**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SHEILA REIS, DENNIS REIS, ASHLEY REIS, MILDRED PACHECO, GARY SOUZA, DONNA SOUZA individually and on behalf of her minor children STEPHANIE PEZZONE and BRITNEY CORDEIRO for whom she is legally guardian, JAMIE BERGERON individually and on behalf of her minor children KRISTA CAMARA and ETHAN BARNETT, ALAN TRECIDA and KIM TRECIDA individually and on behalf of their minor children ELAINA TRECIDA, ALAN J. TRECIDA, JR., and LYNDSAY TRECIDA, and JOSEPH A. TRECIDA**<br><br>**Plaintiffs**<br>**v.**<br><br>**SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS AND NEW ENGLAND GAS**<br><br>**Defendant** | **C.A. No. 05-522T**<br><br>**Related Cases 05-221T**<br>**05-274T**<br>**05-370T** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Anthony J. Sbarra, Esq. of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for the Plaintiffs in the above-captioned matter.

DATED: FEBRUARY 24, 2006

Respectfully Submitted,

**PLAINTIFFS,**
**CAMPBELL CAMPBELL EDWARDS & CONROY**
**PROFESSIONAL CORPORATION**

Anthony J. Sbarra, Esq. (Bar No. 7307)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
FAX (617) 241-5115
sbarra@campbell-trial-lawyers.com

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 336
Hyannis, Massachusetts 02601
(508) 778-7126
(Co-counsel Who Will File Motion
To Be Admitted Pro Hac Vice)

**CERTIFICATION**

I hereby certify that I served the within document, by causing a copy to be delivered by mail to all parties on February 24, 2006.

Paul Revere, III, Esq.