UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, et al., Plaintiffs, | : | C.A. No. 05-522T (Related Cases: 05-221T; 05-274T; 05-370T) |
| v. | : | |
| SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY Defendant. | : | |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Defendant Southern Union Company (improperly sued as "dba Fall River Gas Company") and its unincorporated division New England Gas Company (collectively, "Southern Union"), hereby submits the following change of attorney information: The address for Christina Dodds, Esq. of the law firm of Bishop London Brophy Dodds, who has been admitted pro hac vice in this matter, has been changed to 3701 Bee Cave Road, Austin, Texas, 78746.

Dated: Providence, Rhode Island
August 24, 2006

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*

John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

/s/ *David A. Wollin*

*391029_1.doc*