**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SHEILA REIS, DENNIS REIS, ASHLEY REIS, MILDRED PACHECO, GARY SOUZA, DONNA SOUZA individually and on behalf of her minor children STEPHANIE PEZZONE and BRITNEY CORDEIRO for whom she is legally guardian, JAMIE BERGERON individually and on behalf of her minor children KRISTA CAMARA and ETHAN BARNETT, ALAN TRECIDA and KIM TRECIDA individually and on behalf of their minor children ELAINA TRECIDA, ALAN J. TRECIDA, JR., and LYNDSAY TRECIDA, and JOSEPH A. TRECIDA** | **C.A. No. 05-522T** |
| **Plaintiffs** | **Related Cases 05-221T 05-274T 05-370T** |
| **v.** | |
| **SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS AND NEW ENGLAND GAS** | |
| **Defendant** | |

## NOTICE OF APPEARANCE

Please enter the appearance of Charles K. Mone, Esq. of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for the Plaintiffs in the above-captioned matter.

DATED: November 14, 2006

Respectfully Submitted,

**PLAINTIFFS,**
**CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION**

Charles K. Mone, Esq. (Bar No. 5468)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
FAX (617) 241-5115
cmone@campbell-trial-lawyers.com

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 336
Hyannis, Massachusetts 02601
(508) 778-7126
(Co-counsel Who Will File Motion
To Be Admitted Pro Hac Vice)

**CERTIFICATION**

I hereby certify that I served the within document, by causing a copy to be delivered by hand to counsel for all parties present on November 15, 2006 and by mail to any counsel not present.

Charles K. Mone, Esq.