UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, et al., Plaintiffs, | : | C.A. No. 05-522T (Related Cases: 05-221T; 05-274T; 05-370T) |
| v. | : | |
| SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY Defendant. | : | |

**STIPULATION**

Plaintiffs and Defendant Southern Union Company (improperly sued as "dba Fall River Gas Company") and its unincorporated division New England Gas Company (collectively, "Southern Union"), hereby stipulate and agree that Defendant may have until December 4, 2006 to answer or otherwise respond to the amended complaint.

**CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC**

/s/ *Anthony Sbarra, Esq.*
Anthony Sbarra, Esq. (#7307)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
Fax: (617) 241-5115

*Attorneys for Plaintiffs*

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

and by first class U.S. mail, postage prepaid, to the following:

Paul Revere, III, Esq.
297 North Street, Suite 336
Hyannis, MA 02601

/s/ *David A. Wollin*

*399653_1.doc*