UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. vs. NEW ENGLAND GAS COMPANY, INC. | : | C. A. No. 05-221T |
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs, v. NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | : | C.A. No. 05-274T |
| COLLEEN BIGELOW, et al., Plaintiffs, v. NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION GAS COMPANY, Defendant. | : | C.A. No. 05-370T |

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, et al., Plaintiffs, | : | C.A. No. 05-522T |
| v. | : | |
| SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY Defendant. | : | |

**CONSENT ORDER**

The Court having held a Rule 16 scheduling conference on November 15, 2006 with counsel for all parties to the above-captioned cases, it is hereby ordered, on consent of all parties, that (1) all party and non-party discovery (including all requests and responses thereto), and related motions and communications with the Court, shall be served on counsel for all parties; and (2) all discovery including depositions taken in any of these cases may, to the extent otherwise admissible, be used as though taken in each of the cases.

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
United States District Judge
Date: 12/5/06

*401098_1.doc*