UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, et al.,<br>Plaintiffs,<br><br>v.<br><br>SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY<br><br>Defendant. | : | C.A. No. 05-522T<br>(Related Cases: 05-221T; 05-274T; 05-370T) |

**<u>WITHDRAWAL OF APPEARANCE</u>**

Kenneth J. DeMoura, formerly of Bingham McCutchen LLP, hereby withdraws his appearance on behalf of the Defendants.

**ADLER POLLOCK & SHEEHAN P.C.**

<u>/s/ Kenneth J. DeMoura</u>
Kenneth J. DeMoura
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Russell X. Pollock, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Paul Revere, III, Esq.
297 North Street, Suite 336
Hyannis, MA 02601

*/s/ Kenneth J. DeMoura*

*401761_1.doc*