UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL CORVELLO, ET AL.,
KEVIN BURNS, ET AL.
COLLEEN BIGELOW, ET AL.., AND
SHEILA REIS, ET AL.,

Plaintiffs,

-against-

NEW ENGLAND GAS COMPANY, INC.,

Defendant.

CIVIL ACTION NOS.
05-221T, 05-274T,
05-370T, 05-522T

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Defendant New England Gas Company will conduct the deposition upon oral examination of the Custodian of Records for Fuss & O'Neill, Inc. on **May 28, 2007 at 10:00 a.m. at the offices of Hinckley, Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903**, or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means.

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**

David E. Ross, Esq.
1633 Broadway
New York, NY 10019
(212) 506-1700
FAX: (212) 506-1800

Dated: April 24, 2007
*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice, LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esq.
Thorton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Paul Revere, III, Esq.
Law Offices Of Paul Revere, III
297 North Street, Suite 336
Hyannis, MA 02601

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

-and-

By First-Class Mail, Postage Prepaid to:

Capitol Court Reporting
931 Jefferson Blvd., Suite 2003
Warwick, RI 02886

*<u>/s/ David E. Ross</u>*