UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHEILA REIS, DENNIS REIS, ASHLEY REIS, MILDRED PACHECO, GARY SOUZA, DONNA SOUZA, individually and on behalf of her minor children STEPHANIE PEZZONE and BRITNEY CORDEIRO for whom she is legal guardian, JAMIE BERGERON individually and on behalf of her minor children KRISTA CAMARA and ETHAN BARNETT, ALAN TRECIDA and KIM TRECIDA, individually and on behalf of their minor children ELAINA TRECIDA, ALAN J. TRECIDA, JR., and LYNDSAY TRECIDA, and JOSEPH A. TRECIDA
*Plaintiffs*

v. C.A. No. 05-522T

SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS AND NEW ENGLAND GAS
*Defendant*

**MOTION FOR SUBSTITUTION**

In accordance with Local Rule 206, Attorneys Anthony J. Sbarra, Jr., Charles K. Mone and Russell X Pollock, hereby move this Honorable Court to withdraw their representation of the plaintiffs in this matter, and to substitute Stephen P. Harten and Richard J. Zabbo as counsel.

Anthony J. Sbarra, Jr., Esq./#7307
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
(617) 241-5115 (fax)

Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
(617) 241-5115

Russell X. Pollock., Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
617) 241-3000
(617) 241-5115 (fax)

Stephen P. Harten, Esq./#4102
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (fax)

Richard J. Zabbo, Esq./# 6861
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (fax)

## CERTIFICATION

I hereby certify on this 26th day of September, 2007, a true copy of the foregoing was sent by electronic means (ECF), to: and first class mail.

David A. Wollin, Esq.
John A. Tarantino, Esq.
Kristen W. Sherman, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

David E. Ross, Esq.
Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Brian R. Cunha, Esq.
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Robert J. McConnell, Esq.
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02940

Neil T. Leifer, Esq.
Thornton & Naumes, LLC
100 Summer Street
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109