UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA REIS, DENNIS REIS and ASHLEY REIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY,<br><br>Defendants. | C.A. No. 05-522T<br>(Related Cases: 05-274T; 05-370T; 05-0221T) |
| NEW ENGLAND GAS COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BRIDGESTONE AMERICAS HOLDINGS, INC, HONEYWELL INTERNATIONAL, INC, TOWN OF TIVERTON, GULF OIL CORPORATION, INLAND FUEL TERMINALS, INC, DOMINION RESOURCES, INC, and DOMINION ENERGY BRAYTON POINT, LLC,<br><br>Third-Party Defendants. | |

**NOTICE OF APPEARANCE**

David B. Willis, Esq., Bar No. 4387, hereby enters his appearance on behalf of the Third-Party Defendant Gulf Oil Corporation now known as Chevron USA, Inc. (Chevron).

THIRD-PARTY DEFENDANT GULF OIL CORPORATION,
By its attorneys,

*/s/ David B. Willis*

David B. Willis, Esq.
BBO# 4387
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
Phone: (401) 843-8400
Fax: (401) 843-8401

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| John A. Tarantino, Esq.<br>David A. Wollin, Esq.<br>Kristen W. Sherman, Esq.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345 | Eric D. Herschmann, Esq.<br>David E. Ross, Esq.<br>1633 Broadway<br>New York, NY 10019 |
| Christina Dodds, Esq.<br>3701 Bee Cave Road, Suite 200<br>Austin, TX 78746 | Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 |
| Neil T. Leifer, Esq.<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Mark W. Roberts, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 |
| Paul Revere, III, Esq.<br>Law Offfices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 | Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 |
| Brian R. Cunha, Esq.<br>Brian Cunha & Associates, PC<br>904 Broadway<br>East Providence, RI 02914 | |

*/s/ David B. Willis*
David B. Willis