AO 441 (Rev.5/85) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF *Rhode Island*

PLAINTIFF

***Sharon Reis, Dennis Reis, and Ashley Reis***

V. DEFENDANT AND THIRD PARTY PLAINTIFF

***New England Gas Company***

## THIRD PARTY SUMMONS IN A CIVIL ACTION

**CASE NUMBER** ***05-522T***
***(Related cases: 05-274T; 05-370T; 05-221T)***

V. THIRD PARTY DEFENDANT

***Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.; Honeywell International, Inc.; Town of Tiverton, Gulf Oil Corporation, Inc.; Inland Fuel Terminals, Inc.; Dominion Resources, Inc., and Dominion Energy Brayton Point, LLC***

To: (Name and address of Third Party Defendant)

***Dominion Resources, Inc.***
***100 Tredegar Street***
***Richmond, VA 23219***
***c/o CT Corporation System***
***4701 Cox Rd Ste 301***
***Glen Allen, VA 23060-6802***

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

***Russell X Pollock, Esq.***
***Campbell, Campbell, Edwards & Conroy P.C.***
***One Constitution Plaza***
***Boston, MA 02129***

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

***Robin L. Main, Esq.***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the third-party complaint which is herewith served upon you within *20* days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case with Rule 9 (h) Federal Rules of Civil Procedure, and, (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 10·2·07

(By) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
*Date* *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

832208

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **SHARON REIS, DENNIS REIS, AND ASHLEY REIS<br>PLAINTIFFS<br>SOUTHERN UNION COMPANY DBA<br>FALL RIVER GAS COMPANY, ET AL.,<br>DEFENDANTS**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**NEW ENGLAND GAS COMPANY<br>THIRD-PARTY PLAINTIFF<br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; ET AL.,<br>THIRD-PARTY DEFENDANTS**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**05-522T**<br><br>AFFIDAVIT OF SERVICE OF:<br>**THIRD-PARTY SUMMONS; THIRD-PARTY COMPLAINT; COMPLAINT; ORDER OF TRANSFER; NOTICE OF REMOVAL; SUMMONS; TRACK ORDER; CIVIL ACTION COVER SHEET; CIVIL COVER SHEET** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **2nd day of October, 2007, at 3:45 PM**, at the address of **4701 COX Road STE 301**, **GLEN ALLEN**, **Henrico** County, **VA**; this affiant served the above described documents upon **DOMINION RESOURCES, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lisa Poffenberger, Agent for CT Corporation System, REGISTERED AGENT, A white male approx. 40-45 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **10th day of October, 2007**.

**Eddie W. Null, Sr.**

SUBSCRIBED AND SWORN to before me this 10th day of October, 2007

Kimberly Konias

NOTARY PUBLIC in and for the State of **Virginia**
Residing at: Spotsylvania, Va
My Commission Expires: June 30, 2010

FOR: **Peter Cacioppo**
REF: **014015-126110**

ORIGINAL PROOF OF SERVICE

Tracking #: **4975815** SEA

KIMBERLY ANN KONIAS COMMONWEALTH OF VIRGINIA NOTARY PUBLIC

**Kimberly Ann Konias**
**NOTARY PUBLIC**
**Commonwealth of Virginia**
**Reg. # 7079694**
**My Commission Expires**
**June 30, 2010**