# I

**Schedule 3.2(a)**

*Excluded Liabilities*

1. Any Cure-Amounts;
2. Any fines, damages or penalties imposed on Seller Parties, Affiliates or the Transferred Assets arising or accruing on or prior to the Closing, including with respect to items disclosed in these Disclosure Schedules;
3. Any liability, penalty or damages resulting from the items listed on Schedule 6.7 or any liability, penalty or damage with respect to claims arising or accruing on or prior to the Closing;
4. Any liability or obligation arising out of or resulting from injury or loss of life to individual persons arising or accruing on or prior to the Closing, including any such liabilities with respect to asbestos and any indemnification claims relating thereto asserted by any Party;
5. Any liability or obligation relating to the disclosure set forth in item 3 of Schedule 6.5(c);
6. Except for liabilities arising or accruing after the Closing with respect to the Material Assigned Contracts listed on Schedule 6.9, any liability with respect to any contracts with New England Power Company, including without limitation, the Continuing Site Agreement and the Asset Purchase Agreement dated as of August 5, 1997; and
7. Any liability or obligation of Employer or FMLC arising or accruing prior to, on or after the Closing.