UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, MILDRED PACHECO, GARY SOUZA, DONNA SOUZA, individually and on behalf of her minor children STEPHANIE PEZZONE and BRITNEY CORDEIRO for whom she is legal guardian, JAMIE BERGERON individually and on behalf of her minor children KRISTA CAMARA and ETHAN BARNETT, ALAN TRECIDA and KIM TRECIDA, individually and on behalf of their minor children ELAINA TRECIDA, ALAN J. TRECIDA, JR., and LYNDSAY TRECIDA, and JOSEPH A. TRECIDA *Plaintiffs* | : | |
| v. | : | C.A. No. 05-522T |
| SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS AND NEW ENGLAND GAS *Defendant* | : | (Related Cases: C.A. No. 05-221T C.A. No. 05-274T C.A. No. 05-370T) |

**PLAINTIFFS' DISCOVERY STATUS REPORT**

In accordance with the Court's October 11, 2007 Order, and Magistrate Almond's further directive during the October 25, 2007 hearing, the *Reis* plaintiffs[1] hereby submit the following discovery status report.

Thus far, the plaintiffs have propounded written discovery requests upon the defendant, including first requests for production of documents and three sets of

[1] As used herein, the term "*Reis* Plaintiffs" refers only to those plaintiffs in the instant action. The term "plaintiffs" refers, collectively, to the plaintiffs in all of the Related Cases. On December 5, 2006, the Honorable Ernest C. Torres issued a Consent Order in this and the Related Cases that all discovery, including depositions may, to the extent otherwise admissible, be used as though taken in each of the cases. Given the undersigned's recent appearance in this matter on October 24, 2007, to the extent that any representation contained in this status report is in conflict with any representation made by the *Corvello* plaintiffs in their report, the undersigned defers to counsel in that matter.

interrogatories. Additionally, the plaintiffs noticed six, 30(b)(6) depositions of New England Gas Company, which have been the subject of motions for protective orders filed by the defendant. Counsel have met and conferred concerning the 30(b)(6) notices, and expect that these depositions will take place during the discovery period. The plaintiffs further expected that the depositions and/or documents produced may lead to supplemental discovery requests.

The discovery deposition of Jose Souza, an 88 year old fact witness, is presently scheduled for completion on November 13th. On November 30th the plaintiffs intend to take the *de bene esse* deposition of this witness. The plaintiffs have also scheduled the deposition of an additional witness, Eugene Camara, to occur on November 19th. The plaintiffs have also propounded a request for entry upon land to inspect the defendant's premises located at Charles and Bay Streets in Fall River, Massachusetts, on November 6, 2007

The defendant has issued numerous record subpoenas to non-party corporations, some resulting in the addition of third party defendants to the case. There is presently pending a motion to sever the third party claims, the outcome of which may impact discovery

To date, the *Reis* plaintiffs have not received any discovery requests from the defendants. The plaintiffs anticipate receipt of written discovery from the defendant, as well as deposition requests.

The parties have conferred regarding a discovery plan for the remainder of the discovery period, however, no agreement has been reached at this time

Respectfully Submitted,
*Attorneys for the Plaintiffs Sheila, Dennis and Ashley Reis, et al.*

/s/ Richard J. Zabbo
Richard J. Zabbo, Esq.# 6861
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02906
(401) 331-3400
(401) 331-3440 (fax)

**Certificate of Service**

I hereby certify that on November 2, 2007, a copy of the foregoing was served via electronic means upon all counsel of record.

/s/ Richard J. Zabbo
Richard J. Zabbo, Esq.# 6861