UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL CORVELLO, JOHN D. CORVELLO and JOHN F. CORVELLO, et al., Plaintiffs, | : | |
| vs. | : | C.A. No. 05-221T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff, | : | |
| vs. | : | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al., Third-Party Defendants. | : | |

| | | |
|---|---|---|
| KEVIN BURNS, et. al. Plaintiffs, | : | |
| vs. | : | C.A. No. 05-274T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff, | : | |
| vs. | : | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al., Third-Party Defendants. | : | |

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al. Plaintiffs, | : | |
| vs. | : | C.A. No. 05-370T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff | : | |

vs. :
:
BRIDGESTONE FIRESTONE :
NORTH AMERICAN TIRE, LLC; et al., :
:
Third-Party Defendants. :

---

SHEILA REIS, et al. :
Plaintiffs, :
:
vs. : C.A. No. 05-522T
:
SOUTHERN UNION COMPANY dba :
FALL RIVER GAS and :
NEW ENGLAND GAS :
Defendants/Third-Party :
Plaintiffs, :
:
vs. :
:
BRIDGESTONE FIRESTONE :
NORTH AMERICAN TIRE, LLC; et al., :
:
Third-Party Defendants. :

---

**STIPULATION**

Defendant New England Gas Company and Third-Party Defendant City of Fall River hereby stipulate and agree that the City may have until November 26, 2007 to answer or otherwise respond to the third-party complaint in these cases.

**ADLER POLLOCK & SHEEHAN P.C.**

*/s/ David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
Noelle M. Kowalczyk
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP, LONDON, BROPHY, & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-2000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company*

**MURI ASSOCIATES LLC**

*/s/ Anthony F. Muri*
Anthony F. Muri (#539)
10 Weybosset Street
Providence, RI 02903
(401) 421-7300 Voice
(401) 421-7352 Facsimile
amuri@murilaw.com

*Attorneys for Third-Party Defendant City of Fall River*

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007 this Stipulation was filed electronically, that it is available for viewing and downloading from the ECF system, and that each of the following persons has been served by means of the ECF system:

Gregory L. Benik
gbenik@jreri.com

David A. Cetola
dcetola@mcrobertslaw.com

David A. Crichlow
david.crichlow@pillsburylaw.com

Brian R. Cunha
brian@briancunha.com

Christina C. Dodds
CDodds@bishoplondon.com

Susan B. Forcier
susan.wilson@dem.ri.gov

David M. Goldberg
david.goldberg@pillsburylaw.com, catherine.mcculley@pillsburylaw.com,
judy.way@pillsburylaw.com

Stephen P. Harten
sharten@rbhelaw.com
kpaiva@rbhelaw.com

Eric D. Herschmann
eherschmann@kasowitz.com

Heather Spurlock Kennealy
hskennealy@mcrobertslaw.com

Neil T. Leifer
nleifer@tenlaw.com

Robin-Lee Main
rmain@haslaw.com
sjfoster@haslaw.com

John J. McConnell, Jr.
jmcconnell@motleyrice.com

Robert J. McConnell
bmcconnell@motleyrice.com

Christopher P. McCormack
cmccormack@pullcom.com

Brad J. Mitchell
bmitchell@tenlaw.com

Michael D. Mitchell
mmitchell@admin.ri.gov

Jonathan D. Orent
jorent@motleyrice.com

Gerald J. Petros
gpetros@haslaw.com
clomas@haslaw.com

Paul Revere, III
revereiii@aol.com

Mark W. Roberts
mroberts@mcrobertslaw.com

David E. Ross
dross@kasowitz.com

Paul M. Sanford
psanford@burnslev.com
scook@burnslev.com

Gregory S. Schultz
gregory.schultz@dem.ri.gov

Jeanne M. Scott
jeannescott@utrlaw.com

Kristen W. Sherman
ksherman@apslaw.com
afontaine@apslaw.com
btallman@apslaw.com

Kimberly A. Simpson
ksimpson@vetterandwhite.com

Matthew B. Smith
matthew@verdecchialaw.com

Aileen L. Sprague
asprague@motleyrice.com

Christian Bennett White Stephens
cstephens@taylorduane.com

John A. Tarantino
jtarantino@apslaw.com
dhumm@apslaw.com

Bruce Gregory Tucket
btucker@legalmgt.com

Christian F. Uehlein
cuehlein@tenlaw.com

Brian A. Wagner
brian.wagner@dem.ri.gov

Craig R. Waksler
cwaksler@taylorduane.com

Benjamin V. White, III
bwhite@vetterandwhite.com

Lewis S. Wiener
lewis.wiener@sablaw.com

David B. Willis
dwillis@legalmgt.com

David A. Wollin
dwollin@apslaw.com
epickett@apslaw.com
dciufetelli@apslaw.com

Richard J. Zabbo
rzabbo@rbhelaw.com

I further certify that the following were served by U.S. mail, postage prepaid, at the addresses noted:

Seth Davis
Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Michael K. Marran
P.O. Box 6067
321 South Main Street
Suite 200
Providence, RI 02940-6067

*/s/ Anthony F. Muri*
Anthony F. Muri, Esq.