# SCHEDULE A & B

# Exhibit 1

**FORM B10**

| **UNITED STATES BANKRUPTCY COURT— DISTRICT OF DELAWARE** | | [illegible] |
|---|---|---|
| Name of Debtor<br>**Stone & Webster Management Consultants, Inc.** | Case Number<br>00-2194 (PJW) Jointly Admin. | |
| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Southern Union Company**<br>Name and address where notices should be sent:<br>John T. Coghlan<br>Lathrop & Gage L.C.<br>2345 Grand Blvd., Suite 2800<br>Kansas City, MO 64108<br><br>Telephone number: (816) 292-2000 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope. | THIS SPACE FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim. | |

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other: **Indemnification Claims for Environment Matters-See Attached Supplemental Statement for explanation**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS#: ____________________

Unpaid compensation for services performed

__________ to __________
(date) (date)

**2. Date debt was incurred:** approx. 1890-present

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** **$22,935,168.61 liquidated past costs, plus an undetermined future amount. See attached Supplemental Statement.**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest of additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral *(including a right of setoff).*

Brief Description of Collateral:

☐ Real Estate ☐ Motor Vehicle

☐ Other ____________________

Value of Collateral: $____________________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $__________

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $__________

Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to governmental units -- 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).
- ☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(______).

**Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commercial on or after the date of adjustment.*

**7. Credits:** The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE FOR COURT USE ONLY

RECEIVED

MAY 20 2003

TRUMBULL SERVICES COMPANY

5/20/03

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 5/19/2003 | William G. Beck, Lathrop & Gage L.C., attorney and agent for Southern Union Company |

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

***The instructions and definitions are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily be a debtor, there may be exceptions to these general rules.***

## ——Definitions——

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also Unsecured Claim.)

*Unsecured Claim*

If a claim is not a secure claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as Unsecured Nonpriority Claims.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information About Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**6. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above.) A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by law. Check the appropriate place to specify the type of priority claim.

**7. Credits**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**8. Supporting Documents**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claims or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**Supplemental Statement in Support of Southern Union's Proof of Claim Against the Debtor Stone & Webster Management Consultants**

Southern Union Company's ("Southern Union") proof of claim against Stone & Webster Management Consultants arises out of Southern Union's acquisition of various entities known as Providence Gas, Fall River Gas Company, Valley Gas, and Pennsylvania Gas Company (collectively referred to as the Northeast Division). The Northeast Division is a group of public utility companies located primarily in the Northeast part of the country. The merger between Southern Union and these various public utilities occurred sometime before and after the Debtor filed for bankruptcy protection. As a result of its mergers with these public utilities, Southern Union acquired potential liability for environmental cleanup costs at or near manufactured gas facilities of these public utilities (the "Environmental Claims").

From the early 1900's through the mid-1950's, and possibly later, Stone & Webster[1] operated, managed or controlled the various operations of these public utilities. Stone & Webster, in its oversight and management capacity, caused environmental contamination through various actions giving rise to the Environmental Claims. As a result, Stone & Webster is a potentially responsible party with respect to the Environmental Claims under certain state and federal environmental laws.

At this time, Southern Union has paid actual past costs in connection with the Environmental Claims totaling $22,935,168.61, and estimates the total liability for the Environmental Claims to be very substantial. For confidentiality reasons, Southern Union does not include with this Proof of Claim any individual costs estimates for each

[1] As used herein, Stone & Webster refers to Stone & Webster, Inc. and its subsidiaries, predecessors, and related entities, including but not limited to, Stone & Webster Engineering Corporation and Stone & Webster Management Consultant, Inc.

site. If such costs estimates are necessary, Southern Union will, for confidentiality reasons, seek the Court's permission to file such documents under seal. Southern Union has attached charts pertaining to the various public utilities which set out the location of the contaminated sights and the amount of actual past costs that Southern Union has incurred to date.

Southern Union hereby makes a demand on Stone & Webster for reimbursement and indemnification of all costs, expenses and liabilities that Southern Union either has already incurred or may incur in the future as a result of the Environmental Claims. In addition, Southern Union reserves the right to modify, supplement or amend this proof of claim.

## SOUTHERN UNION COMPANY
## PROVIDENCE GAS FMGP SITES

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **2 Allens Ave. & Globe FMGP**<br>NE corner of Globe St. &2 Allens Ave. (Point & Eddy), Providence, RI | **1910** | **$152,861.00** | **Original Providence Gas Company Operation** |
| **170 Allens Ave. FMGP**<br>(Public St.) Providence, RI | **1916** | **$243,176.27** | **Original Providence Gas Company Operation** |
| **642 Allens Ave. FMGP**<br>N. corner of Allens Ave. & Terminal Rd., Providence, RI | **1956** | **$17,436,459.26** | **Original Providence Gas Company Operation** |
| **Ashburton & Conanicut (Holder)**<br>Inez Ct. & Tremont or Route 95 Overpass, Providence, RI | **1920** | | **Original Providence Gas Company Holder** |
| **20 Blackstone (Gas Regulator)**<br>Eddy St. & I-95, Providence, RI | **1956** | | **Original Providence Gas Company Holder** |
| **30 Blackstone (Holder)**<br>Eddy St. & I-95 (Rhode Island Hosp. parking lot), Providence, RI | **1976** | **$37,885.00** | **Original Providence Gas Company Holder** |
| **Crary & Hospital (Holder)**<br>70-98 Crary & 129-139 Hospital St., Providence RI | **1920** | | **Original Providence Gas Company Holder** |
| **477 Dexter (UST)**<br>Providence, RI | **unknown** | **$442,187.00** | **Underground Storage Tank** |
| **Federal & Cory (Holder)**<br>51 Federal & 2-14 Merrill & 36-50 Cory, Providence, RI | **1920** | | **Original Providence Gas Company Holder** |
| **First & Mauran (Holder)**<br>37-65 First & 101-107 Mauran, East Providence, RI | **1960** | | **Original Providence Gas Company Holder** |
| **Hartford & Petteys (Holder)**<br>576 Hartford/168 Petteys Ave., Providence, RI | **unknown** | | **Original Providence Gas Company Holder** |

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Huntington & Dike (Holder)**<br>111-21 Huntington (Norfolk) and 1-19 Dike (S. of Westminster St.), Providence, RI | **1920** | | **Original Providence Gas Company Holder** |
| **Koppers Company**<br>Rt. 195 and Massasoit (at the Henderson Bridge), Providence, RI | **1956** | | **Tar Processor owned by Koppers. Providence Gas Company may have sold tar to Koppers; cost estimate is for remediation of tars potentially associated with Providence Gas Company operations.** |
| **Mechanic & Dryden (Holder)**<br>8-26 Mechanic & 125-173 Printery near Dryden St. (Thurber Ln.), Providence, RI | **1917** | | **Original Providence Gas Company Holder** |
| **Pike & Benefit FMGP**<br>20-50 Pike & 470-490 Benefit St (S. Main & Tockwotton St.), Providence, RI | **1878** | | **Original Providence Gas Company Operation (known as East Station)** |
| **Plain & Lockwood (Holder)**<br>129-141 Plain & 60-72 Lockwood (Plain St at Oldham & Pearl St.), Providence, RI) | **1920** | | **Original Providence Gas Company Holder** |
| **Westfield & Fuller (Holder)**<br>42 Westfield & Fuller, Providence, RI | **1920** | | **Original Providence Gas Company Holder** |
| **Thames & Wellington FMGP**<br>543 Thames St., Newport, RI | **Mid-1950s** | **$605,762.00** | **Operated by Newport Gas Light Company. Southern Union acquired Newport Gas Light Company on December 31, 1974.** |
| **Thames & Lee FMGP**<br>(between Lee St. & McAllister) Newport, RI | **1890** | | **Operated by Newport Gas Light Company. Southern Union acquired Newport Gas Light Company on December 31, 1974.** |

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Canal Street FMGP**<br>1418 Canal St., Westerly, RI | **after 1964** | **$63,268.98** | **Operated by Westerly Gas and Electric Company, which became Westerly Light and Power, then Narragansett Electric Company. The site was conveyed to Providence Gas Company, the current owner of the site.** |
| **Industrial Drive (Holder)**<br>(between Canal St. & Pleasant St.) Westerly, RI | **after 1964** | | **Operated by Westerly Gas and Electric Company, which became Westerly Light and Power, then Narragansett Electric Company. This holder was associated with the Canal Street FMGP.** |
| **Bradford Dye (Holder)**<br>State Rte 191, Westerly RI | **unknown** | | **Unknown** |
| **East Street (Holder)**<br>(between Orne & Elm Street) North Attleboro, MA | **1947** | | **Operated by North Attleboro Gas Light Company, which was acquired by Providence Energy in 1987.** |
| **Mt. Hope & Commonwealth FMGP**<br>(SE corner), North Attleboro, MA | **after 1965** | | **Operated by North Attleboro Gas Light Company, which was acquired by Providence Energy in 1987.** |
| **Mt. Hope & Elm (Holder)**<br>(NW corner), North Attleboro, MA | **after 1965** | | **Operated by North Attleboro Gas Light Company, which was acquired by Providence Energy in 1987.** |
| Mercury Meter/Regulator Remediation | | **$510,674** | **Costs for Mercury Meter/ Regulator Remediation** |
| **Totals:** | | **$19,492,273.51** | |



CC 1161744v2

**SOUTHERN UNION COMPANY**
**FALL RIVER FMGP SITES**

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Charles & Bay St. FMGP** NW corner of Charles St. at Bay St., Fall River, MA | **after 1976** | | **Originally operated by Fall River Gas Company** |
| **5th & Hartwell FMGP** SE corner of 5th St. at Hartwell, Fall River, MA | **after 1950** | **$14,063.63** | **Originally operated by Fall River Gas Company** |
| **Pond & Anawan FMGP** SE corner of Water St and Anawan St., Fall River, MA | **after 1950** | | **Originally operated by Fall River Gas Company** |
| **Robeson & Cherry (Holder)** NE Corner of Robeson and Cherry, Fall River, MA | **after 1950** | | **Originally operated by Fall River Gas Company** |
| **Turner & Davol (Holder)** SE Corner of Turner and Davol Sts., Fall River, MA | **after 1905** | | **Originally operated by Fall River Gas Company** |
| **Cory's Lane/Andrade FMGP** Cory's Lane and Stafford Rd Tiverton, RI | **1930s** | **$322,717.73** | **Offsite disposal location of Fall River Gas Company** |
| **Plympton FMGP** 45 Main and 132 Mayflower, Plympton, MA | **unknown** | **$77,333.00** | **Offsite disposal location of Fall River Gas Company** |
| Totals: | | **$414,114.36** | |

## SOUTHERN UNION COMPANY
## VALLEY RESOURCES FMGP SITES

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Lawn & Knoll** Attleboro, MA | 1910 | | Offsite disposal location used by Blackstone Valley Gas & Electric Company. |
| **Mendon Rd. Site** 499-501 Mendon Road, Attleboro, MA | 1910 | $311,368.70 | Offsite disposal location used by Blackstone Valley Gas & Electric Company. |
| **High Street FMGP** High & Elm, Central Falls, RI | after 1965 | | Pawtucket Gas Company originally operated the site, then Blackstone Valley Gas & Electric Company. |
| **Pawtucket Water Supply Board Site,** North of Myrtle St., Cumberland, RI | unknown | | Offsite disposal location used by Blackstone Valley Gas & Electric Company. |
| **Exchange Street (Holder)** Exchange & Roosevelt (otherwise known as Mill or N. Main), Pawtucket, RI | before 1923 | | Pawtucket Gas Company originally operated the site, then Blackstone Valley Gas & Electric Company. |
| **Tidewater FMGP** Taft & Tidewater, Pawtucket, RI | 1968 | $287,245.74 | Pawtucket Gas Company originally operated the site, then Blackstone Valley Gas & Electric Company. |
| **Hamlet Avenue FMGP** Hamlet & Front St., Woonsocket, RI | 1913 | $ 96,798.67 | Woonsocket Gas Company originally operated this site, then Blackstone Valley Gas & Electric Company. |
| **Pond Street (Holder)** Pond & Mechanic Ave., Woonsocket, RI | before 1911 | $7,002.11 | Woonsocket Gas Company originally operated this site, then Blackstone Valley Gas & Electric Company. |
| | | $702,415.22 | |

# SOUTHERN UNION COMPANY
# PG ENERGY FMGP SITES

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Berwick FMGP**<br>9th & Oak St., Berwick, PA | 1951 | | Berwick Gas Company operated this site. Scranton-Spring Brook Water Supply Company purchased Berwick Gas Company in 1958 and then changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Bloomsburg FMGP/**<br>7th & Market, Bloomsburg, PA<br>**Railroad St. (Holder)/**<br>Danville, PA<br>**Market St. (Holder)**<br>Market & Carpenter, Muncy, PA | 1962<br>1962<br>after 1949 | | Pennsylvania Power & Light and/or its predecessors operated this site. In 1951, Pennsylvania Power & Light sold the manufactured gas property to Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply Company changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Carbondale FMGP**<br>8th and River St., Carbondale, PA | 1952 | | Carbondale Gas Company operated this site. Eventually the site was sold to Scranton-Spring Brook Water Supply in 1951. Scranton-Spring Brook Water Supply changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Plymouth Ave (Holder)**<br>Plymouth & Russell, Edwardsville, PA | after 1962 | | UGI and/or its predecessors operated this site. UGI conveyed the site to Scranton-Spring Brook Water Supply Company in 1955. Scranton-Spring Brook Water Supply changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Filbert Street FMGP #1**<br>Filbert & Limestone Creek, Milton, PA<br>**Filbert Street FMGP #2 (Storage)**<br>Filbert & Race St., Milton, PA<br>**Filbert Street FMGP #3 (Holder)**<br>Filbert & Race St., Milton, PA<br>**3rd & Wagner (Holder)**<br>3rd & Wagner, Montgomery, PA | 1932<br><br>after 1961<br><br>after 1961<br><br>after 1948 | | Pennsylvania Power & Light and/or its predecessors operated this site. In 1951, Pennsylvania Power & Light sold the manufactured gas property to Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply Company changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Walnut Street FMGP & Holder** | 1960 and 1927 | | UGI and/or its predecessors operated this site. UGI conveyed the site to Scranton-Spring Brook Water Supply Company in 1955. Scranton-Spring Brook Water Supply changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Scranton FMGP**<br>Bridge St. & Lackawanna River, Scranton, PA<br>**Scranton Holder**<br>Albright & Marion, Scranton, PA | 1957<br><br>1941 | $2,867.15 | Scranton Gas & Water Company operated the site, followed by Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |

CC 1161747v2

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Sunbury FMGP**<br>Gashouse Alley & Arch St., Sunbury, PA | 1932 | 235,870.62 | Pennsylvania Power & Light and/or its predecessors operated this site. In 1951, Pennsylvania Power & Light sold the manufactured gas property to Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply Company changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Wilkes-Barre FMGP**<br>20N. Water St., Wilkes-Barre, PA<br>**Wilkes-Barre (Holder)**<br>Darling St. and Reichard, Wilkes-Barre, PA | 1957<br><br>1932 | | Pennsylvania Power & Light and/or its predecessors operated this site. In 1951, Pennsylvania Power & Light sold the manufactured gas property to Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply Company changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |
| **Williamsport FMGP**<br>Mulberry & Bennett St., Williamsport, PA<br>**3rd & Rose (Holder)**<br>Williamsport, PA<br>**Washington St. (Holder)**<br>S. Alley & Washington St., Montoursville, PA | 1932<br><br>unknown<br><br>after 1946 | | Pennsylvania Power & Light and/or its predecessors operated this site. In 1951, Pennsylvania Power & Light sold the manufactured gas property to Scranton-Spring Brook Water Supply Company. Scranton-Spring Brook Water Supply Company changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974. |

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Sixth Street (Holder)**<br>6th and Ave. A, Wyoming, PA | 1967 | | **UGI and/or its predecessors operated this site. UGI conveyed the site to Scranton-Spring Brook Water Supply Company in 1955. Scranton-Spring Brook Water Supply changed its name to Pennsylvania Gas & Water Company in 1960. Pennsylvania Enterprises was created as a holding company for Pennsylvania Gas & Water Company in 1974.** |
| **Totals:** | | 238,737.77 | |

# SOUTHERN UNION COMPANY
## SOUTHERN UNION FMGP SITES

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Prescott FMGP**<br>N. Granite & W. Sheldon St,<br>Prescott, AZ | **1924** | | **Northern Arizona Power & Light operated this site. In 1954, Southern Union Gas acquired the natural gas franchise and "all right title and interest" of Arizona Public Service Company and its subsidiary, Northern Arizona Power & Light, including the Prescott operation.** |
| **East Silver Ave FMGP**<br>E. Silver & S. Broadway,<br>Albuquerque, NM | **1941** | | **Albuquerque Gas & Electric Company operated this site. Southern Union Gas acquired the system in 1949.** |
| **Navajo Lea Refinery**<br>Hwy 18, 5 miles southeast of<br>Lovington, NM | **unknown** | **$255,878.80** | **Southern Union acquired all of the stock of Famariss Oil Corporation, the owner of this site, in 1975. Famariss Oil Corporation was merged into Southern Union Oil Products Company, which was then merged into Southern Union Refining in 1976.** |
| **Monument Refinery**<br>End of County Road 3585<br>PO Box 980<br>Hobbs, NM | **unknown** | | **Southern Union acquired all of the stock of Famariss Oil Corporation, the owner of this site, in 1975. Famariss Oil Corporation was merged into Southern Union Oil Products Company, which was then merged into Southern Union Refining in 1976.** |
| **Roswell FMGP**<br>11th & N. Virginia (N. Pecos Ave.),<br>Roswell, NM | **1930** | | **Southwestern Pubic Service operated this site. On November 17, 1958, Southwestern Public Service sold the site to Lea County Gas Company, which then became Western Gas Service. In 1968, Southern Union merged with Western Gas Service.** |

*Highly Confidential: This information is for use solely in connection with settlement discussions. The information is highly confidential, commercially sensitive and subject to a Confidentiality Agreement.*

| Site & Address | Probable Last Year of Manufactured Gas Operation | Past Costs | Site History |
|---|---|---|---|
| **Santa Fe FMGP** Paseo de Peralta (Federal/Temple) & Washington, Ave., Santa Fe, NM | **1897** | | **Santa Fe Gas Company operated this site. Southern Union Gas acquired Santa Fe's gas franchise around 1930.** |
| **1st & Congress FMGP** 100 Congress Ave., near 2nd & Colorado, Austin, TX | **1920** | | **Austin Gas Light & Coal and, later, Austin Gas Light Company operated this site. In 1926, People's Utility of Texas Corporation purchased Austin Gas Light Company and then changed its name to Austin Gas Company. In 1929, Austin Gas Company changed its name to Texas Public Service Company, which became a wholly-owned subsidiary of People's Light & Power Corporation. In 1949, Southern Union Gas merged with Texas Public Service Company.** |
| **3rd & Medina FMGP**, Austin Texas | **1928** | | **Austin Gas Light & Coal and, later, Austin Gas Light Company operated this site. In 1926, People's Utility of Texas Corporation purchased Austin Gas Light Company and then changed its name to Austin Gas Company. In 1929, Austin Gas Company changed its name to Texas Public Service Company, which became a wholly-owned subsidiary of People's Light & Power Corporation. In 1949, Southern Union Gas merged with Texas Public Service Company.** |

*Highly Confidential: This information is for use solely in connection with settlement discussions. The information is highly confidential, commercially sensitive and subject to a Confidentiality Agreement.*

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **5th & West Avenue FMGP**, Austin, TX | **unknown** | | **Austin Gas Light & Coal and, later, Austin Gas Light Company operated this site. In 1926, People's Utility of Texas Corporation purchased Austin Gas Light Company and then changed its name to Austin Gas Company. In 1929, Austin Gas Company changed its name to Texas Public Service Company, which became a wholly-owned subsidiary of People's Light & Power Corporation. In 1949, Southern Union Gas merged with Texas Public Service Company.** |
| **Brenham FMGP**<br>Bassett & Market (between Clinton & Market), Brenham, TX | **after 1965** | | **Brenham Gas Company and Texas Cities Gas Company operated this site. In 1928, Union Utilities purchased the gas operation, which was to be operated by its subsidiary, Texas Cities Gas Company. In 1929, Lone Star Gas Company purchased Texas Cities Gas Company. In 1941, Texas Southwestern Gas Company, a subsidiary of Southern Union Gas, purchased Texas Cities Gas Company.** |
| **3rd & Chihuahua (FMGP)/ Durazno (Holder)/ Canal Street (Holder)**, El Paso, TX | **1948**<br>**after 1954**<br>**before 1970** | | **El Paso Gas Company operated these sites. In 1929, Union Utilities purchased El Paso Gas Company, to be operated through Texas Cities Gas Company. In 1941, Texas Southwestern Gas Company, a subsidiary of Southern Union Gas, purchased Texas Cities Gas Company.** |

*Highly Confidential: This information is for use solely in connection with settlement discussions. The information is highly confidential, commercially sensitive and subject to a Confidentiality Agreement.*



CC 1161749v2

| Site & Address | Probable Last Year of Manufactured Gas Operation | Past Costs | Site History |
|---|---|---|---|
| **Galveston FMGP**<br>Blocks 512 & 452; 33rd and Ave E (Post Office St.), Galveston, TX | 1920 | $517,025.65 | Galveston Gas Company operated this site. In 1928, Union Utilities purchased Galveston Gas Company, to be operated through Texas Cities Gas Company. In 1941, Texas Southwestern Gas Company, a subsidiary of Southern Union Gas, purchased Texas Cities Gas Company. . |
| **Mineral Wells FMGP**<br>SW 3rd and SW 1st, Mineral Wells, TX | 1925 | | Palo Pinto Gas Company, and then Brazos River Gas Company, conducted operations on a portion of this site. Brazos River Gas Company merged with Southern Union in 1991. |
| **Port Arthur FMGP**<br>Terminal Rd. & West 19th, Port Author, TX | 1925 | | Port Arthur Gas & Power Company operated this site. People's Gas Company acquired the plant in 1921. In 1943, Texas Public Service Company purchased all stock and assets of People's Gas Company. In 1949, Texas Public Service Company merged with Southern Union Gas Company |
| **Weatherford FMGP**<br>606 Fort Worth St. (at Mill Rd.), Weatherford, TX | after 1943 | | Weatherford Gas Company operated this site. At some point, and at least during the 1950s and 1960s, Brazos River Company owned a portion of this site. Brazos River Gas Company merged with Southern Union in 1991. |

*Highly Confidential: This information is for use solely in connection with settlement discussions. The information is highly confidential, commercially sensitive and subject to a Confidentiality Agreement.*

| SITE & ADDRESS | PROBABLE LAST YEAR OF MANUFACTURED GAS OPERATION | PAST COSTS | SITE HISTORY |
|---|---|---|---|
| **Pine Street/ Maltex Pond Site** Pine Street (Eastern shore of Lake Champlain), Burlington, VT | unknown | $1,314,723.30 | During 1929 to 1931, People's Light & Power Corporation, the parent of Green Mountain Power Corporation, exercised operating control over this site. Through a series of transactions, Texas Public Service Company was the last standing subsidiary of the People's Light & Power conglomerate. In 1949, Texas Public Service Company merged with Southern Union Gas Company |
| **Totals:** | | ***$2,087,627.75*** | |

*Highly Confidential: This information is for use solely in connection with settlement discussions. The information is highly confidential, commercially sensitive and subject to a Confidentiality Agreement.*