**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CORVELLO, ET AL.,<br>KEVIN BURNS, ET AL.,<br>COLLEEN BIGELOW, ET AL. and<br>SHEILA REIS, ET AL.,<br>Plaintiffs,<br><br>-against-<br><br>NEW ENGLAND GAS COMPANY, INC<br><br>Defendant and Third Party Plaintiff<br><br>-against-<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT, LLC,<br><br>Third-Party Defendants | CIVIL ACTION NOS.<br><br>05-221T, 05-274T,<br>05-370T, 05-522T |

## WITHDRAWAL OF APPEARANCE

I, Christian B. W. Stephens, hereby withdraw my appearance as counsel for defendants, Defendants Dominion Resources, Inc. & Dominion Energy Brayton Point. Craig R. Waksler will continue to serve as counsel for Defendants Dominion Resources, Inc. & Dominion Energy Brayton Point.

Dominion Resources, Inc., and
Dominion Energy Brayton Point LLC
By their Attorneys,

/s/ Christian B. W. Stephens
Craig R. Waksler
R.I. Bar No. 4945
Christian B. W. Stephens
R.I. Bar No. 7537
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 – Fax

## CERTIFICATE OF SERVICE

I, Christian B. W. Stephens, for the Defendants Dominion Resources, Inc. & Dominion Energy Brayton Point, hereby certify that on December 28, 2007, I mailed a copy of the foregoing:

1. Withdrawal of Appearance,

by regular mail, postage prepaid, to:

| | | |
|---|---|---|
| John A. Tarantino, Esq.<br>David A. Wollin, Esq.<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345<br><br>Eric D. Herchmann, Esq.<br>David E. Ross, Esq.<br>Seth Davis, Esq.<br>Noelle M. Kowalczyk<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br><br>Christina Dodds<br>Bishop, London, Brophy, & Dodds<br>3701 Bee Cave Road, Suite 200<br>Austin, Texas 78746<br><br>Gerald J. Petros<br>Robin L. Main | Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109<br><br>Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02109<br><br>Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br><br>Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601<br><br>Brian Cunha, Esq. | Christopher P. McCormack<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br>Jerry W. Ross, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>2 Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX 770010-1018<br><br>Jeffrey Bromme, Esq.<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004<br><br>Jeanne M. Scott, Esq.<br>Ursillo, Teitz & Ritch, Ltd.<br>2 Williams Street<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Hinckley Allen & Snyder<br>50 Kennedy Plaza<br>Providence, RI 02903<br><br>Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Johnathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>William Wick, Esq.<br>Wactor & Wick<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612 | Anthony F Muri<br>Kerry T. Ryan, Esq.<br>City of Fall River<br>Tarlow, Breed, Hart &<br>Rodgers, P.C.<br>101 Huntington Avenue<br>Prudential Center<br>Boston, MA 02199 |

`

/s/ Christian B. W. Stephens
Christian B. W. Stephens