**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CORVELLO, ET AL.,<br>KEVIN BURNS, ET AL.,<br>COLLEEN BIGELOW, ET AL. and<br>SHEILA REIS, ET AL.,<br>Plaintiffs, | |
| -against- | CIVIL ACTION NOS. |
| NEW ENGLAND GAS COMPANY, INC | 05-221T, 05-274T,<br>05-370T, 05-522T |
| Defendant and Third Party Plaintiff | |
| -against- | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT, LLC, | |
| Third-Party Defendants | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of December 28, 2007, Craig Waksler, counsel for the defendant, Dominion Resources, Inc., and Dominion Energy Brayton Point LLC, in the above action, has moved to:

McGivney & Kluger, P.C
72 Pine Street, 1st Floor
Providence, RI 02903
(401) 272 – 5300 (T)
(401) 331 – 7454 (F)

cwaksler@mcgivneyandkluger.com

Dominion Resources, Inc., and
Dominion Energy Brayton Point LLC
By their Attorneys,

______________________________

Craig R. Waksler
R.I. Bar No. 4945
Christian B. W. Stephens
R.I. Bar No. 7537
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 – Fax

**CERTIFICATE OF SERVICE**

I, Craig R. Waksler, for the Defendants Dominion Resources, Inc. & Dominion Energy Brayton Point, hereby certify that on December 28, 2007, I mailed a copy of the foregoing:

1. Notice of Change of Address

by regular mail, postage prepaid, to:

| | | |
|---|---|---|
| John A. Tarantino, Esq.<br>David A. Wollin, Esq.<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345<br><br>Eric D. Herchmann, Esq.<br>David E. Ross, Esq.<br>Seth Davis, Esq.<br>Noelle M. Kowalczyk<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br><br>Christina Dodds | Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109<br><br>Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02109<br><br>Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Christopher P. McCormack<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br>Jerry W. Ross, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>2 Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX 770010-1018<br><br>Jeffrey Bromme, Esq.<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W. |

| | | |
|---|---|---|
| Bishop, London, Brophy, & Dodds<br>3701 Bee Cave Road, Suite 200<br>Austin, Texas 78746<br><br>Gerald J. Petros<br>Robin L. Main<br>Hinckley Allen & Snyder<br>50 Kennedy Plaza<br>Providence, RI 02903<br><br>Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Johnathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601<br><br>Brian Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br><br>William Wick, Esq.<br>Wactor & Wick<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612 | Washington, D.C. 20004<br><br>Jeanne M. Scott, Esq.<br>Ursillo, Teitz & Ritch, Ltd.<br>2 Williams Street<br>Providence, RI 02903<br><br>Anthony F Muri<br>Kerry T. Ryan, Esq.<br>City of Fall River<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>101 Huntington Avenue<br>Prudential Center<br>Boston, MA 02199 |

/s/ Craig R. Waksler
Craig R. Waksler