**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL CORVELLO, et al.,<br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY,<br>Defendant and<br>Third-party Plaintiff,<br><br>v.<br><br>BRIDGSTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGSTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC. and DOMINION ENERGY BRAYTON POINT, LLC,<br>Third-party<br>Defendants. | : | C.A. Nos.: 05-221T; 05-274T;<br>05-370T; 05-522T |

**<u>RULE 26 DISCLOSURE STATEMENT OF</u>**
**<u>THE TOWN OF TIVERTON</u>**

Third Party Defendant and Third Party Counterclaim Plaintiff, the Town of Tiverton ("Tiverton"), hereby makes the following initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1).

These disclosures are not intended and should not be construed as a waiver of any objection to the production, use or admission of any document or information that Tiverton may be legally entitled to assert during the discovery or trial of this action.

**<u>Rule 26(a)(1)(A)</u>**

The Town of Tiverton identifies the following individuals likely to have

discoverable information that may be used to support Tiverton's claims and defenses, unless solely for impeachment:

1. All plaintiffs identified in Corvello, et al. v. New England Gas Company, Inc., C.A. No. 05-221T; Burns, et al. v. New England Gas Co., C.A. No. 05-274T; Bigelow, et al. v. New England Gas Co., C.A. No. 05-370T; and Reis, et al. v. Southern New England Gas, et al., C.A. No. 05-522T.
2. Jose Souza, 4 Church Street, Tiverton, Rhode Island 02878.
3. Jeff Crawford and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island Department of Environmental Management, 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800.
4. Robert Vanderslice and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island Department of Health, 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231.
5. David Sousa, former Tiverton Town Administrator.
6. James Towers, former Tiverton Town Administrator.
7. Persons (identities currently undetermined or unknown) now or formerly associated with Starwood Tiverton, L.L.C., (401) 624-2971. Addresses currently unknown.
8. Persons (identities currently undetermined or unknown) now or formerly associated with Fall River Gas Company. Addresses currently unknown.
9. Persons (identities currently undetermined or unknown) now or formerly associated with New England Gas Company. Addresses currently unknown.

10. Persons (identities currently undetermined or unknown) now or formerly associated with Southern Union Company. Addresses currently unknown.

11. Timothy M. O'Connor, Claude M. Masse and/or other persons (identities currently undetermined or unknown) now or formerly associated with Vanasse Hangen Brustlin, Inc. ("VHB"), 530 Broadway, Providence, Rhode Island 02909, (401) 272-8100. The home addresses of employees of VHB are currently unknown.

12. Persons (identities currently undetermined or unknown) now or formerly associated with WOODARD & CURRAN, INC., 980 Washington Street, Suite 325 Dedham, Massachusetts 02026, (800) 446-5518. The home addresses of employees of WOODARD & CURRAN, INC. are currently unknown.

13. Persons (identities currently undetermined or unknown) now or formerly associated with FUSS & O'NEILL, INC., 275 Promenade Street, Suite 350, Providence, Rhode Island 02908, (401) 861-3070. The home addresses of employees of FUSS & O'NEILL, INC. are currently unknown.

14. Timothy Regan and/or other persons (identities currently undetermined or unknown) now or formerly associated with EA ENGINEERING, SCIENCE, AND TECHNOLOGY, INC. ("EA Engineering"), 2540 Post Road, Warwick, Rhode Island, 02886, (401) 736-3440. The home addresses of employees of EA Engineering are currently unknown.

15. Persons (identities currently undetermined or unknown) now or formerly associated with the Mount Hope Bay Sewer Interceptor project in Tiverton.

16. Persons (identities currently undetermined or unknown) now or formerly associated with D'AMBRA CONSTRUCTION COMPANY, INC. ("D'Ambra Construction"), 800 Jefferson Boulevard, Warwick, Rhode Island, 02886, (800) 966-7645. The home addresses of employees of D'Ambra Construction are currently unknown.

17. Persons (identities currently undetermined or unknown) who have conducted environmental testing or other testing of materials, land, water, or any other substances in the Bay Street area of Tiverton.

**Rule 26(a)(1)(B)**

The Town of Tiverton has already produced all documents, electronically stored information, and tangible items in its possession, custody or control pursuant to the Keeper of Records Subpoena dated September 29, 2006.

**Rule 26(a)(1)(C)**

At this time, the Town of Tiverton has no documents relating to damages, other than those supplied pursuant to the Keeper of the Records Subpoena dated September 29, 2006.

**Rule 26(a)(1)(D)**

No insurance agreements exist that cover all or part of a judgment entered against the Town of Tiverton.

* * *

The Town of Tiverton reserves the right to disclose and later utilize witnesses or documents not listed herein as more facts and information become available. The Town of Tiverton also reserves the right to amend or supplement this disclosure, if necessary, as discovery and investigation continue pursuant to Federal Rule of Civil Procedure 26(e).

The Town of Tiverton,
By its Attorneys,

/s/ Jeanne M. Scott
Jeanne M. Scott, Esq. (#6178)
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, Rhode Island 02903
(401) 331-2222
(401) 751-5257 (facsimile)
jeannescott@utrlaw.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

January 9, 2008
Dated:

S:\JEANNE\Corvello\Rule 26 Disclosure Statement