# EXHIBIT 3

**Main, Robin L.**

**From:** Mark Roberts [MRoberts@mcrobertsandroberts.com]

**Sent:** Friday, January 18, 2008 1:41 PM

**To:** Main, Robin L.; mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com

**Cc:** David Ross; Christina Dodds; Seth Davis; Noelle Kowalczyk; Petros, Gerald J.

**Subject:** RE: Failure to produce documents

Robin,

Fact discovery does not end until 2/29, our export report is due 2/15 so you will in fact receive the requested materials during the discovery period.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

**From:** Main, Robin L. [mailto:rmain@haslaw.com]
**Sent:** Friday, January 18, 2008 12:21 PM
**To:** Mark Roberts; mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com
**Cc:** David Ross; Christina Dodds; Seth Davis; Noelle Kowalczyk; Petros, Gerald J.
**Subject:** RE: Failure to produce documents

Mark:

I take it from your response that you will not produce the information that I seek during fact discovery. Please confirm. Thanks.

Robin L. Main
**HinckleyAllenSnyderLLP**
*50 Kennedy Plaza, Providence RI 02903*
*Phone: (401)457-5278*
*Fax: (401)457-5279*
*rmain@haslaw.com*

*http://www.haslaw.com*

---

**From:** Mark Roberts [mailto:MRoberts@mcrobertsandroberts.com]
**Sent:** Friday, January 18, 2008 12:11 PM
**To:** Main, Robin L.; mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com
**Cc:** David Ross; Christina Dodds; Seth Davis; Noelle Kowalczyk; Petros, Gerald J.
**Subject:** RE: Failure to produce documents

Robin,

Our experts are in the process of producing documents related to their investigation. All of these documents will be produced with the expert report.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

**From:** Main, Robin L. [mailto:rmain@haslaw.com]
**Sent:** Friday, January 18, 2008 11:37 AM
**To:** mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com
**Cc:** David Ross; Christina Dodds; Seth Davis; Noelle Kowalczyk; Petros, Gerald J.
**Subject:** Failure to produce documents

Dear Mark:

At the hearing on January 15, you stated to the Court that sampling has been done on about 2/3 to 3/4 of the plaintiffs' properties and, among other things, clinkers, coal dust, PAHs, and coal tar have been found. The plaintiffs have not produced any documents related to these activities and findings, which we believe are fully discoverable. Please let me know immediately if you will be producing all documents related to the various activities, such as sampling and test pits, performed on the plaintiffs' property. We ask that all documents related to the same be produced by Tuesday morning, January 22. I look forward to hearing from you today. Thanks,
Robin

Robin L. Main
**HinckleyAllenSnyderLLP**
*50 Kennedy Plaza, Providence RI 02903*
*Phone: (401)457-5278*
*Fax: (401)457-5279*
*rmain@haslaw.com*
*http://www.haslaw.com*