**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| NEW ENGLAND GAS COMPANY, INC., | ) C.A. No. 05-221T |
| *Defendant and Third-Party Plaintiff,* | ) (Consolidated case nos: 05-274T, 05- 370T, 05-522T) |
| v. | ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAN HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; DOMINION ENERGY BRAYTON POINT LLC, and THE CITY OF FALL RIVER | ) |
| *Third-Party Defendants.* | ) |

**PLAINTIFFS' CORRECTED EMERGENCY MOTION TO QUASH DEFENDANT'S NOTICE OF DEPOSITION AND REQUEST FOR EXPEDITED HEARING**

Plaintiffs hereby move to quash Defendant's New England Gas Company, Inc ("NEG") notice of deposition of the keeper of the records of Weston & Sampson ("W&S") as it is premature as many of the documents sought do not yet exist or are in the process of being reveeiewed for quality assurance/quality control, seeks documents that are protected by the work product privilege and is being noticed to distract Plaintiffs experts from their work of preparing their expert reports on or before February 15, 2008. In support of this Emergency Motion, the Plaintiffs submit the following memorandum:

I. Procedural History

1. On December 28, 2007, the Court granted the Plaintiffs' Motion to Compel giving the Plaintiffs' environmental expert, W&S, immediate access to NEGCo's property located at 120 Charles Street, Fall River, Massachusetts ("Charles Street Property"). See Document No. 445.

2. On December 19 and 20, 2007, Plaintiffs experts conducted sampling in the Bay Street neighborhood of Tiverton.

3. On January 8 and 9, 2007, after extensive negotiation and motion practice the Plaintiffs finally got access to test on the Charles Street property.

4. Plaintiffs requested all environmental reports related to NEGCo's investigation of the Bay Street neighborhood on September 7, 2007. NEGCo objected to every instruction, definition and request. On September 4, 2007, Plaintiffs served a second set of discovery seeking all documents related to NEGCo's investigation. NEGCo listed publicly available reports from 2 of 3 consultants that represented that they were working for NEGCo. NEGCo produced no documents and did not offer to make any documents available. After further negotiation NEGCo agreed that it would produce responsive documents from its consultant VHB, would consider producing documents from its consultant Environ and would not produce documents from Woodard & Curran, a consultant that was paid by NEGCo and represented itself as working for NEGCo. On December 13,2007, Plaintiffs received 4 inches of documents from VHB and were told that the reports were publically available as NEGCo's full response to Plaintiffs requests for environmental documents. Plaintiffs then subpoenaed all of NEGCo's consultants requiring production the first week of January. VHB had 31 boxes of documents plus electronic files, Environ is still preparing between 10 and 15 boxes of

documents and Woodard & Curran produced an oversized bankers box of documents including a subpoena from Adler Pollack in this action dated April of 2007 which was never filed with the Court. See attached. Plaintiffs' experts Weston & Sampson were finally given access to the VHB documents on January 24, 2008, reviewed and marked documents in 30 boxes. One box is still being reviewed for privilege and no electronic files have been produced.

5. On January 22, 2008, the Plaintiffs and NEG filed a *joint* motion to extend the time to complete expert discovery. In that Joint Motion, the Parties agreed, *inter alia*, that the Plaintiffs will disclose their expert reports by February 15, 2008. See Document No. 533.

6. On January 18, 2008, less than a month after the Bay Street investigation and less than 10 days after the investigation at the Charles Street location, NEGCo sent a series of emails accusing the Plaintiffs of failing to produce documents from Weston & Sampson, many of which such as testing results had not been received back from the laboratory, or like the boring logs had not been subjected to quality assurance/quality control review. NEGCo was directed to documents in their possession that responded to their concerns and informed them that the Plaintiffs and their experts were working hard to prepare the documents and that they would all be produced with the expert disclosure on February 15, 2008.

7. On January 24, 2008, NEG filed an emergency motion to compel the Plaintiffs to produce scientific data, test results and related documents gathered by W&S. See Document No. 542.

8. Then, on January 25, 2008, NEG filed a Notice of Deposition of the Keeper of the Records for W&S, noticing a deposition for February 5, 2008. See Document No. 548.

II. Argument

The Plaintiffs hereby move for the Court to quash the deposition. First, the Plaintiffs' expert, W&S, is urgently trying to (i) obtain all chemical analyses from their laboratories and have all of the analyses evaluated by Plainitiffs' not only by them but also Plaintiffs' forensics expert, (ii) assemble, review and analyze all of the materials generated during their recent investigations as well as the documents that have been, and will be produced by NEGCo's environmental experts, (iii) prepare boring logs, test pit diagrams, data tables, site and contamination diagrams of their recent investigations and (iii) compile a expert report by February 15, 2008, the deadline for the disclosure established by the court. More disconcerting, is that the severe time constraints that W&S are now working under were caused by NEG's unjustifiable refusal to grant access to the Charles Street Property and wrongful refusal to produce the documents documenting NEGCo's investigation of the Bay Street Area. It was only after the Court's order on December 28, 2007 that W&S was granted access to conduct soil sampling and they were delayed until January 8, 2008 from actually gaining access, and slowed down in their investigation by NEGCo's requirement that they install two 6" vactor borings to 5 feet below grade before being able to drill and collect samples, a requirement that is not standard in the industry and not imposed on NEGCo's own experts during their ongoing investigations of the Charles Street facility .

By noticing the deposition at this time, it is obvious that NEG is making an "eleventh hour" attempt to further frustrate W&S' efforts to conduct all of the work necessary to complete its expert report by the February 15, 2008 deadline. If the Court denies the Plaintiffs' instant motion, the Plaintiffs and W&S would be seriously hindered from completing the expert report by February 15th, as significant resources will have to be expended to respond to NEG's

document production request and prepare for the deposition. Plaintiffs have repeatedly informed NEGCo that all of the data relied on by W&S and their other experts will be disclosed with their expert reports which are due 10 days after the scheduled deposition.

Moreover, the Plaintiffs reassert their position that all of the data collected at the Charles Street Property, along with the Plaintiffs' properties, is not discoverable because it is attorney work product. Clearly, the soil sampling data is not assembled in the Plaintiffs' ordinary course of business, and instead, is being assembled solely for this litigation to prove the Plaintiffs' claims against NEG. Thus, the data generated from the Plaintiffs' soil sampling is attorney work product and not discoverable. See Southern Scrap Material Co. v. Fleming, 2003 WL 21474516, at *6 (E.D. La. June 18, 2003). The data that W&S relies on in its expert report will be provided to NEG in accordance with Fed. R. Civ. P. 26(a)(2)(B).

For the foregoing reasons, the Plaintiffs respectfully request the Court allow their Emergency Motion to Quash Defendant's Notice of Deposition. The Plaintiffs further respectfully request expedite briefing and an expedited hearing to resolve this motion as the Defendant has noticed the deposition at issue for February 5, 2008.

Dated: January 30, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Robert J. McConnell*

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Neil T. Leifer*
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

*/s/ Mark W. Roberts*
Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

**CERTIFICATION**

Service upon the following parties was completed electronically via the ECF system on January 30, 2008 pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

*/s/ Mark W. Roberts*
Mark W. Roberts

**Plaintiffs' Counsel**


Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
Email: RevereIII@aol.com

Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Email: brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
Email: rzabbo@rbhelaw.com


**Southern Union**


David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: ksherman@apslaw.com

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800
dross@kasowitz.com

Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Eric D. Herschmann, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800
Email: eherschmann@kasowitz.com

Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
274-2000
Fax: 277-9600
Email: gpetros@haslaw.com

Robin-Lee Main, Esq.
Hinckley Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-0819
401-274-2000
Email: rmain@haslaw.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, PC
3701 Bee Cave Road
Austin, TX 78746
512-479-5900
Fax: 512-479-5934
Email: CDodds@bishoplondon.com

**INTERESTED PARTIES**

**RIDEM**

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415
Tel: 202-383-0140
Fax: 202-637-3593
Cell: 202-299-7992
Email: lewis.wiener@sablaw.com
LEAD ATTORNEY

Patty Allison Fairweather, Esq.
Executive Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
patty.fairweather@dem.ri.gov

Susan B. Forcier, Esq.
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street
Fourth Floor
Providence, RI 02908
222-6607
Fax: 222-3378
Email: susan.wilson@dem.ri.gov

Gregory S. Schultz, Esq.
Legal Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
gregory.schultz@dem.ri.gov

**RI Governor Donald L. Carcieri**

Michael D. Mitchell, Esq.
Department of Administration
One Capitol Hill
Providence, RI 02908
401-222-8339

Matthew B. Smith, Esq.
Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909
272-7277

Fax: 401-222-8244
Email: mmitchell@admin.ri.gov

Fax: 454-5557
Email: matthew@verdecchialaw.com

**Jose Souza, Sr.**

Michael K. Marran, Esq.
PO Box 6067
321 South Main Street, Suite 200
Providence, RI 02940-6067
401-454-4000
Fax: 401-457-7708

**THIRD PARTY DEFENDANTS**

**Gulf Oil Corporation**

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401
Email: btucker@legalmgt.com

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401

David A. Crichlow, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 2212-858-1640
Fax: 212-858-1500

David M. Goldberg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 215-858-1450
Fax: 917-456-3472

Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
909 Fannin Street
Houston, TX 77010
713-276-7633
Fax: 281-582-7545

**Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:**

Benjamin V. White, III Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
bwhite@vetterandwhite.com

Kimberly A. Simpson, Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
ksimpson@vetterandwhite.com

William David Wick

Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc:**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
Email: psanford@burnslev.com

Christopher P. McCormack, Esq.
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2016
Fax: 203-576-8888
Email: cmccormack@pullcom.com

**Honeywell International, Inc**

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
Fax: 202-942-5999
Email: jefrey_bromme@aporter.com

**Dominion Resources, Inc**
**Dominion Energy Brayton Point LLC :**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
Email: cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208
804-697-1449
Fax: 804-698-6001

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: 401-272-5300
Fax: 401-331-7454
cwaksler@mcgivneyandkluger.com

**CITY OF FALL RIVER:**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street

Prudential Center
Boston, MA 02199
Main # 617-218-2000\
Direct Line: 617-218-2027
Kryan@tbhr-law.com

Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, PC
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
Fax: 617-261-7673

**TOWN OF TIVERTON:**

Jeanne M. Scott, Esq.
URSILLO, TEITZ & RITCH, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 Ext. 205
Email: Jeannescott@utrlaw.com

Providence, RI 02903
401-421-7300
Fax: 401-421-7352
Email: amuri@murilaw.com