**Exhibit "B"**

**DUCES TECUM**

1. Any and all Documents created or maintained by New England Gas Company ("NEGCO") reflecting contents of all corporate historical and current Documents in possession of NEGCO, including its parent company and subsidiaries.

2. Any and all NEGCO records retention policies or other similar Documents.

3. Any and all internal NEGCO communications between any NEGCO employees, agents, or other persons involved in the searches listed in Exhibit "A."

4. Any and all Documents created or used by any NEGCO agents or employees to carry out the searches listed in Exhibit "A."

5. Any and all surveys or questionnaires distributed to NEGCO employees regarding the searches listed in Exhibit "A."

6. Any and all Documents containing a comprehensive listing of all facilities and locations in which NEGCO stores its current and historical Documents.

7. Any and all Documents that describe the management structure and/or lists the agents or employees of NEGCO employed or retained to work in any of NEGCO's Document storage facilities.

8. Inventory lists or Document control logs and/or databases reflecting the contents of Documents stored in NEGCO's Document storage locations.