**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO ET AL., Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO. 05-0221T** |
| **NEW ENGLAND GAS COMPANY, INC., Defendant.** | ) | |

**SUGGESTION OF DEATH UPON THE RECORD**

Now comes the Plaintiffs and suggests upon the record, pursuant to Fed. R. Civ. P. 25(a)(1), the death of John Silvia during the pendency of this action.

Dated: January 30, 2008

Respectfully submitted,

/s/Robert J. McConnell

Robert J. McConnell (#3888)
Motley Rice LLC
321 South Main Street
Providence, RI 02940
(401) 521-9400