UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, ET AL.,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>- against -<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; ET AL.,<br><br>Third-Party Defendants. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Defendant New England Gas Company will conduct the deposition upon oral examination of **Barry Hair** on February 21, 2008 at 9:30 a.m. at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903, or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be videotaped.

Dated: February 7, 2008

**ADLER, POLLOCK & SHEEHAN P.C.**

By: *<u>/s/ Kristen W. Sherman</u>*

John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

- and -

**BISHOP, LONDON, BROPHY, & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

*Attorneys for Defendant*
*New England Gas Company,*
*an unincorporated division of*
*Southern Union Company*

-and-

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-2000

*Attorneys for Defendant*
*New England Gas Company,*
*an unincorporated division of*
*Southern Union Company, as to*
*Third-Party Defendants*
*Dominion Resources, Inc. and*
*Dominion Energy Brayton Point LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2008, I did send a true copy of the within document by electronic means (ECF) or email to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

Jeanne M. Scott
Ursillo, Teitz & Ritch, Ltd
2 Williams Street
Providence, RI 02903

David B. Willis
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903

Gregory L. Benik
Benik & Associates
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Paul M. Sanford
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903

David A. Crichlow
David M. Goldberg
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Craig Waksler
Christian Bennett White Stephens
Taylor Duane Barton & Gilman LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Jeffrey Bromme
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Benjamin V. White, III
Kimberly A. Simpson
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Anthony F. Muri
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903

William D. Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

Christopher P. McCormack
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601

Matthew B. Kirsner
Andrew G. Mauck
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Kerry T. Ryan
Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199

Andrew G. Mauck
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

`

*<u>/s/ Kristen W. Sherman</u>*

443895_1.DOC