# CORVELLO, et al. VS. NEGCO

**Privilege Log**

**(Bates Nos. REC & GII Prefixes)**

***See index of individuals appearing on privilege log located at end of chart.**

| Date | Bates Nos. | *Author (A) Recipient (R) | Description | Privilege |
|---|---|---|---|---|
| **Ransom Environmental Consultants, Inc.** | | | | |
| REC 1 - 54 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 07/02/58 & 10/25/60 | REC 54 | Gilbert Silva Company (A) | Diagram (prepared by Gilbert Silva Co.) of Simpson properties with handwritten notes obtained and reviewed in anticipation of litigation. | WP |
| 02/18/04 | REC 55 | Ransom (A) | Ransom internal notes on 02/18/04 *ProJo* newspaper article on Tiverton site obtained and reviewed in anticipation of litigation. | WP |
| REC 56 - 62 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| Jan., 2004 | REC 63 | Ransom (A); Nixon Peabody (R) | Diagram of Simpson properties with handwritten notes prepared at the request of legal counsel and reviewed by legal counsel in anticipation of litigation. | WP |
| June, 1918 | REC 64 | E. M. Corbett (A) | 1918 Diagram by (Engineer E. M. Corbett) of Borden property obtained in anticipation of litigation at the request of Ransom and Carolyn Kaplan. | WP |
| undated | REC 65 | Unknown | Diagram of the Simpson property obtained in anticipation of litigation at the request of Ransom and Carolyn Kaplan. | WP |
| REC 66 - 507 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 04/27/02 | REC 508-553 | Ransom (A) | Notes and draft presentation to DEM re historic review of Fall River Gas Works ("FRGW") and properties north of Judson Street prepared in anticipation of litigation. | WP |
| 01/27/03 | REC 554-616 | Ransom (A) | Ransom handwritten notes commenting on 01/27/03 letter from Jeff Crawford, RIDEM, to Robert Young, Southern Union reviewed in | WP |

| | | | | |
|---|---|---|---|---|
| | | | anticipation of litigation. | |
| REC 617 - 772 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 02/17/04 | REC 773 - 778 | Environmental Data Resources (A); Ransom (R) | Research re surveys of electronic Sanborn maps of FRGW prepared at Ransom's request in anticipation of litigation. | WP |
| REC 779 - 1664 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 03/24/07 | REC 1665 – 1665 A | Carolyn Kaplan, Nixon Peabody (A); Gary Kaufman, Ransom (R) | E-mail re legal issues involving extent of Moratorium Area with handwritten notes re legal consultation and decisions in anticipation of litigation. | WP |
| 03/10/04 | REC 1666 – 1666 A | Ransom (A) | Handwritten notes of telephone conversation with Carolyn Kaplan (Nixon Peabody) re legal issues involving Moratorium Area and taken in consultation with legal counsel in anticipation of litigation. | WP |
| undated | REC 1667 | Ransom (A) | Handwritten notes of telephone conversation with Carolyn Kaplan (Nixon Peabody) re Moratorium Area taken in consultation with legal counsel in anticipation of litigation. | WP |
| 02/18/04 | REC 1668 – 1668 A | Janice Carroll (A); Gary Kaufman, Ransom (R) | E-mail with handwritten Ransom notes re research gathered on potential witness in consultation with legal counsel in anticipation of litigation. | AC; WP |
| REC 1669 - 1671 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 12/29/03 | REC 1672 - 1674 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Chart re land purchases of the Simpson family with handwritten notes prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/22/04 | REC 1675 – 1676 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared at the request of legal counsel in anticipation of litigation. | AC; WP |
| 01/22/04 | REC 1677 – 1686 | Ransom (A) | Draft – Property ownership records – Bay Street Project. | WP |

| | | | | |
|---|---|---|---|---|
| 01/14/04 | REC 1687 – 1689 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 12/17/03 | REC 1690 – 1694 | Ransom (A) | Draft charts and handwritten notes re land purchases of the Simpson Estate in consultation with legal counsel in anticipation of litigation. | WP |
| 11/13/03 | REC 1695 – 1696 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | WP |
| 01/22/04 | REC 1697 – 1698 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | WP |
| 11/14/03 | REC 1699 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody & Ransom (R) | Fax of chart and handwritten notes re land purchases of the Simpson Estate in consultation with legal counsel in anticipation of litigation. | AC |
| 11/14/03 | REC 1700 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody & Ransom (R) | Fax of chart and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC |
| 01/07/04 | REC 1701 | Ransom (A) | Handwritten notes re boring samples from Moratorium Area prepared in anticipation of litigation. | WP |
| 02/12/04 | REC 1702 – 1705 | Ransom (A) | Handwritten notes re meetings and conversations with client re Moratorium Area prepared in anticipation of litigation. | AC; WP |
| 01/23/04 | REC 1706 – 1717 | Ransom (A) | Handwritten notes re meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 2003 | REC | Ransom (A) | 11/12/03 & 12/09/03 Handwritten notes re | AC; WP |

| | | | | |
|---|---|---|---|---|
| | 1718 – 1722 | | meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | |
| 11/06/03 | REC 1723 – 1725 | Ransom (A) | Handwritten notes of conversations with Jeff Crawford, RIDEM re Moratorium Area conducted in anticipation of litigation. | WP |
| REC 1726 - 1884 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 11/05/03 | REC 1885 – 1886 | Ransom (A) | Handwritten notes re meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 11/03/03 | REC 1887 – 1891 | Ransom (A) | Handwritten notes re impressions on issues discussed at Tiverton public meeting taken in anticipation of litigation. | WP |
| 11/17/03 | REC 1892 – 1902 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Fax of handwritten notes re 10/21/03 meeting with client re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 10/21/03 | REC 1903 – 1904 | Ransom (A) | Handwritten notes re meeting at Nixon Peabody w/client re Moratorium Area taken in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 09/22/03 | REC 1905 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 09/19/03 | REC 1906 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 08/27/03 | REC 1907 | Ransom (A) | Handwritten notes of teleconference or meeting with Janice Carroll re Moratorium Area taken in anticipation of litigation. | WP |
| 08/28/03 | REC | Ransom (A) | Handwritten notes of teleconference or meeting | WP |

| | | | | |
|---|---|---|---|---|
| | 1908 | | with Janice Carroll re Moratorium Area taken in anticipation of litigation. | |
| 08/28/03 | REC 1909 | Ransom (A) | Handwritten notes of teleconference or meeting with client Janice Carroll re Moratorium Area soil testing conducted in anticipation of litigation. | WP |
| 08/28/03 | REC 1910 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 08/12/03 | REC 1911 – 1912 | Ransom (A) | Handwritten notes of teleconference or meeting with Janice Carroll re Moratorium Area taken in anticipation of litigation. | WP; AC |
| 01/15/04 | REC 1913 & 1917 | RIDEM (A); Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Handwritten notes on fax re request for access to properties for testing, and e-mail re conversations with client Janice Carroll re schematic maps conducted in consultation with legal counsel in anticipation of litigation. (See below re REC 1914 – 1916). | AC; WP |
| (REC 1914 – 1916) Previously withheld document. Produced to NEGCO 12/17/07. | | | | |
| 01/15/04 | REC 1918 - 1919 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re e-mail conversations with client Janice Carroll re various Simpson properties conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/14/04 | REC 1920 – 1921 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re conversations with client Janice Carroll re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/09/04 | REC 1922 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll (R) | E-mail inquiry re various issues re Simpson properties in consultation with legal counsel in anticipation of litigation. | AC |
| 01/09/04 | REC 1923 – 1924 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll (R) | E-mail exchange re Janice Carroll's responses to various inquiries re Simpson properties in consultation with legal counsel in anticipation of litigation. | AC |
| 01/06/04 | REC | Janice Carroll (A); | Memo and handwritten notes re Moratorium Area | AC |

| | | | | |
|---|---|---|---|---|
| | 1925 – 1927 | Carolyn Kaplan, Nixon Peabody (R) | prepared in consultation with legal counsel in anticipation of litigation. | |
| 12/08/03 | REC 1928 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re conversations with client Janice Carroll re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 12/08/03 | REC 1929 – 1932 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of counsel w/handwritten notes conducted in consultation with legal counsel in anticipation of litigation. | AC |
| 11/21/03 | REC 1933 – 1934 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax with handwritten notes enclosing 11/19/03 Town of Tiverton notice letter re Site investigation prepared in consultation with legal counsel in anticipation of litigation. | AC |
| 11/18/03 | REC 1935 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re info supplementing information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/18/03 | REC 1936 – 1938 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | Duplicate of attachment to REC 1930 – 1931re material prepared in consultation with legal counsel in anticipation of litigation... | AC |
| 11/18/03 | REC 1939 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re supplementing information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/14/03 | REC 1940 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| REC 1941 (<u>non</u>-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 11/13/03 | REC 1942 – 1943 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Memo re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/13/03 | REC 1944 | Janice Carroll (A); Carolyn Kaplan, | Chart re information gathered at the request of legal counsel in anticipation of litigation. | AC |

| | | | | |
|---|---|---|---|---|
| | – 1945 | Nixon Peabody (R) | | |
| 11/06/03 | REC 1946 – 1947 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll & Ransom (R) | E-mail conveying information requested by counsel in anticipation of litigation. | AC |
| 11/03/03 | REC 1948 – 1956 | Ransom (A) | Printout of DEM webpage re Moratorium Area w/handwritten notes by Ransom obtained and prepared in anticipation of litigation. | WP |
| 11/03/03 | REC 1957 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re news article to legal counsel gathered in anticipation of litigation. | AC |
| 11/02/03 | REC 1958 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/01/03 | REC 1959 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re news article to legal counsel gathered in anticipation of litigation. | AC |
| 10/31/03 | REC 1960 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re ENACT meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/30/03 | REC 1961 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Letter re information from Town Counsel meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/26/03 | REC 1962 - 1965 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information about Town Council meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/21/03 | REC 1966 – | Carolyn Kaplan, Nixon Peabody, Janice Carroll & | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |

| | | | | |
|---|---|---|---|---|
| | 1968 | Ransom (A) | | |
| 10/10/03 | REC 1969 – 1970 | Carolyn Kaplan, Nixon Peabody (A); Ransom & Janice Carroll (R) | E-mail re documents collected at the advice of legal counsel in anticipation of litigation. | AC; WP |
| 10/01/03 | REC 1971 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 09/23/03 | REC 1972 – 1974 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| REC 1975 - 1981 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 09/10/03 | REC 1982 – 1984 | Janice Carroll (A); Ransom (R) | Fax re information of property ownership gathered in anticipation of litigation at the request of consultant Ransom w/handwritten notes by Ransom on same. | WP |
| 08/29/03 | REC 1985 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/29/03 | REC 1986 | Ransom (A); Janice Carroll , Carolyn Kaplan, Nixon Peabody (R) | E-mail re property information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/29/03 | REC 1987 – 1988 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re property information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/26/03 | REC 1989 – 1990 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | E-mail re newspaper article concerning Moratorium Area w/handwritten notations gathered in anticipation of litigation at the request of legal counsel. | AC |
| 08/26/03 | REC 1991 – | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | Fax at the request of legal counsel in anticipation of litigation of 08/21/03 NEGCO letter with handwritten notations. | AC |

| | | | | |
|---|---|---|---|---|
| | 1992 | | | |
| 08/22/03 | REC 1993 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re forwarding of attorney-client materials and plans for a site visit in anticipation of litigation. | AC; WP |
| 08/13/03 | REC 1994 – 2080 | Carolyn Kaplan, Nixon Peabody (A); Ransom & Janice Carroll (R) | Letter enclosing Moratorium Site information drafted by legal counsel concerning scope of work and gathered at the request of legal counsel in anticipation of litigation. | AC; WP |
| 02/20/04 | REC 2081 – 2085 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re review of Plan Books for potential inclusion in consultant report. | WP |
| 12/00/03 | REC 2086 – 2090 | Ransom (A) | Draft of notes generated at the advice of legal counsel and provided by client Janice Carroll re various properties owned by the Simpson family with handwritten marginalia by Ransom. | AC; WP |
| 03/25/04 | REC 2091 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re information culled for potential inclusion in report. | WP |
| 02/12/04 | REC 2092 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re review of records stored at the Fall River Historical Society. | WP |
| 03/25/04 | REC 2093 - 2094 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re RIDEM potential involvement in Site remediation. | WP |
| 02/17/04 | REC 2095 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re information culled from Town Clerk's office for potential inclusion in report. | WP |
| 03/09/04 | REC 2096 – 2097 | Ransom (printed by Ransom) | Information re coal gasification obtained in anticipation of litigation and printed by Ransom from internet sources. | WP |
| 04/02/04 | REC 2098 | Ransom (A) | Handwritten notes of consultation with legal counsel in anticipation of litigation re | AC; WP |

| | | | | |
|---|---|---|---|---|
| | – 2099 | | teleconference with Carolyn Kaplan and Janice Carroll. | |
| 04/15/04 | REC 2100 – 2103 | Ransom (A) | Handwritten notes of teleconference consultation with legal counsel Carolyn Kaplan in anticipation of litigation re preparation of schematic diagrams. | WP |
| Undated | REC 2104 – 2105 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference consultation with legal counsel Carolyn Kaplan and Janice Carroll family. | AC; WP |
| 04/20/04 | REC 2106 – 2109 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference with Janice Carroll family and legal counsel Carolyn Kaplan. | AC; WP |
| 06/25/04 | REC 2110 – 2118 | Ransom (A) | Handwritten notes re attached 06/20/04 memo authored by Janice Carroll to Carolyn Kaplan and Ransom seeking legal advice and information and attaching information about MPG sites in New York. | AC; WP |
| 11/00/03 | REC 2119 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re soil borings in Moratorium Site. | WP |
| REC 2120 - 2125 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 10/00/03 | REC 2126 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re soil borings in Moratorium Site. | WP |
| 10/00/03 | REC 2127 | Ransom (A) | Handwritten notes prepared in anticipation of litigation on Vanasse Hagen Brustlin, Inc. ("VHB") map re areas of fill. | WP |
| Undated | REC 2128 – 2131 | JaniceCarroll, Ransom, Carolyn Kaplan, Nixon Peabody (A) | Handwritten notes on various schematic diagrams prepared at the advice of, in cooperation with, and for review by legal counsel, Carolyn Kaplan, Nixon Peabody. | AC |
| 01/00/04 & 02/26/04 | REC 2132 – 2140 | Ransom (A) | Diagrams and aerial photos prepared at the advice of and for review by legal counsel, and 02/26/04 handwritten Ransom notes re impression of 02/26/04 meeting w/RIDEM. | AC; WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 02/25/04 | REC 2141 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference with Janice Carroll and impressions of information provided at Town Council meeting. | AC; WP |
| Date gathered unknown | REC 2142 – 2144 | Ransom (A) | Aerial photos (04/24/59, 03/28/71, 05/04/80) obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| 02/17/04 | REC 2145 – 2147 | Ransom (A) | PowerPoint outline attaching handwritten Ransom notes re teleconference w/legal counsel Carolyn Kaplan, Nixon Peabody containing legal advice. | AC; WP |
| Date gathered unknown | REC 2148 – 2156 | Ransom (A) | Aerial photos (1951, 1962, 1965, 1972, 1981, & 1992) obtained in anticipation of litigation at an undetermined time for review and potential inclusion in consultant report. | WP |
| 11/04/03 | REC 2157 – 2162 | Ransom (A); Peter McMannus, Massachusetts Highway Survey Dept. (R) | Ransom request (11/04/03) and payment (11/07/03) of information on aerial photos of Moratorium Site obtained in anticipation of litigation. | WP |
| Undated | REC 2163 – 2170 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re impressions and interpretations of aerial photos listed above as REC 2148 – 2156. | WP |
| Date gathered unknown | REC 2171 – 2178 | Ransom (A) | Duplicates of REC 2148 – 2156 described above. | WP |
| 09/10/03 | REC 2179 – 2181 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re impressions and interpretations of aerial photos (not attached). | WP |
| Date gathered unknown | REC 2182 – 2184 | Ransom (A) | Aerial photos with handwritten marginalia obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| | | | | |