**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al.,** **Plaintiffs,** | ) | |
| | ) | **C.A. No. 05-221T** |
| **v.** | ) | **(Related Case No. 05-274T, 05-370T, 05-522T)** |
| | ) | |
| **NEW ENGLAND GAS COMPANY, INC.;** **Defendant.** | ) | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO PRECLUDE DEFENDANT NEW ENGLAND GAS COMPANY FROM CALLING AS TRIAL WITNESSES ANY INDIVIDUALS OR ORGANIZATIONS IMPROPERLY DESIGNATED BY ITS RULE 26(a)(1)(A) DISCLOSURE**

Plaintiffs submit this memorandum of law in support of their motion to preclude defendant New England Gas Company from calling as fact witnesses any individuals whom they could have and should have identified pursuant to Federal Rule of Civil Procedure 26(a)(1)(A). That rule expressly requires that "a party, must, without awaiting a discovery request, provide to other parties:

> (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

On November 15, 2007, NEGCo served its Rule 26(a)(1) disclosure in which it purported to identify "individuals or organizations who may have discoverable information that may be used to support its defenses." A copy of that disclosure, which is attached hereto

as Exhibit A, makes clear that far from identifying any "individual likely to have discoverable information that the disclosing party may use to support its … defenses" every fact witness purportedly identified by NEGCo is actually identified as nothing more than ***"Persons (identities currently undetermined or unknown)"***. See NEGCo disclosure at 2-3 (emphasis added..) In fact, the disclosure fails to identify a single individual.

A party cannot depose or prepare to cross examine a person whose identity is currently undetermined or unknown, and to correct this failure by NEGCo plaintiffs asked NEGCo to substitute this defective and facially deficient disclosure with real names and, if known, real addresses and real telephone numbers. NEGCo has failed to provide the identity of a single potential fact witness.

The parties are now barely more than a month from trial. As recently as Saturday, March 9, 2007, the undersigned requested the identity of these individuals and, if possible, dates for immediate depositions. Counsel for NEGCo promised to provide the names of these individual by March 11, 2007. While NEGCo failed to meet that date, when it finally made real disclosures, it only identified individuals from a few categories and with regard to the few individuals it did disclose, NEGCo failed, despite repeated requests, to offer any deposition dates. See, emails between Neil Leifer and David Ross attached hereto as Exhibit B.

Given the other significant work that plaintiffs must do to prepare for trial and NEGCo's failure to make proper disclosures either in the first place or when reasonably asked, the plaintiffs have no alternative but to move for an order precluding NEGCo from calling as fact witnesses to support any of its defenses any individuals that could have

been properly designated pursuant to Rule 26(a)(1)(A). This Court has the inherent authority under the Federal Rules of Civil Procedure to enforce the Rules so that parties have a reasonably opportunity to prepare for trial, including the preparation of cross examination of known fact witnesses. Among its powers, is the Court's power to sanction a party for noncompliance with the Rules of Civil Procedure. Rule(c)(1) expressly provides that "A party that without substantial justification fails to disclose information required by Rule 26(a) … *is not, unless such failure is harmless, permitted to use as evidence at trial ... any witness or information not so disclosed.*" (Emphasis added.) NEGCo's failure in this instance is neither harmless nor without substantial justification. Therefore, by operation of Rule 37(c)(1) it should be precluded from calling as fact witnesses to support any of its defenses any individuals that should have been properly designated pursuant to Rule 26(a)(1)(A), including any persons associated with any of the categories or organizations indentified in their deficient Rule 26(a)(1)(A) disclosure.

WHEREFORE, plaintiffs respectfully request that the Court preclude NEGCo from calling as fact witnesses to support any of its defenses any individuals that should have been properly designated pursuant to Rule 26(a)(1)(A), including any persons associated with any of the categories or organizations indentified in their deficient Rule 26(a)(1)(A) disclosure.

Dated: March 17, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Neil T. Leifer*
Neil T. Leifer
David C. Strouss
Brad J. Mitchell
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-13333

*/s/ Robert J. McConnell*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Mark W. Roberts*
Mark W. Roberts
McROBERTS & ROBERTS
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

Service upon the following parties was completed electronically via the ECF system on March 12, 2008 pursuant to Fed.R.Civ.P. 5(b)(2)(d) and §10(b) of Admin. Order 2006-01.

/s/ Neil T. Leifer
Neil T. Leifer

**Plaintiffs' Counsel**

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
(508) 778-7126
ReverelII@aol.com

Brian R. Cunha
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
rzabbo@rbhelaw.com

**Southern Union**

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700

Fax: 351-4607
Email: ksherman@apslaw.com

212-506-1800
dross@kasowitz.com

Seth Davis
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800
Email: eherschmann@kasowitz.com

Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Email: gpetros@haslaw.com

Robin-Lee Main
Hinckley Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903-0819
Email: rmain@haslaw.com

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
3701 Bee Cave Road
Austin, TX 78746
Email: CDodds@bishoplondon.com

**INTERESTED PARTIES:**

**RIDEM**
Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415
Email: lewis.wiener@sablaw.com

Patty Allison Fairweather, Esq.
Executive Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
patty.fairweather@dem.ri.gov

Gerald J. Pels, Esq.
Sutherland, Asbill & Brennan, LLP
2 Houston Center
909 Fannin, Suite 2200
Houston, TX 77010
gerry.pels@sablaw.com

Gregory S. Schultz, Esq.
Legal Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street

Providence, RI 02908-5767
gregory.schultz@dem.ri.gov

Susan B. Forcier
R.I. Department of Environmental Mngt.
Office of Legal Services
235 Promenade Street
Fourth Floor
Providence, RI 02908

Email: susan.wilson@dem.ri.gov

Brian A. Wagner
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908

Email: brian.wagner@dem.ri.gov

**RI Governor Donald L. Carcieri**

Matthew B. Smith
Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909
Email: matthew@verdecchialaw.com

Michael D Mitchell, Esq.
Department of Administration
One Capitol Hill
Providence, RI 02908
Email: mmitchell@admin.ri.gov

**Jose Souza, Sr.**

Michael K. Marran, Esq.
P.O. Box 6067
321 South Main Street, Suite 200
Providence, RI 02940
(401) 454-4000

**THIRD PARTY DEFENDANTS**

Gulf Oil Corporation

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
Email: btucker@legalmgt.com

Gulf Oil Corporation

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842

Gulf Oil Corporation

David A. Crichlow
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036

Gulf Oil Corporation

David M. Goldberg
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036

Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings,

Honeywell International, Inc

Inc.:

Benjamin V. White, III Esq.
Kimberly A. Simpson, Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
bwhite@vetterandwhite.com
ksimpson@vetterandwhite.com

Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Email: gbenik@nixonpeabody.com

Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc.**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
401-831-8359 facsimile
psanford@burnslev.com

Christopher P. McCormack, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203-330-2016
203-576-8888
cmccormack@pullman.com

**Honeywell International, Inc.**

Gregory L. Benik, Esq.
Benik & Associates, P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
202-942-5999
jefrey_bromme@aporter.com

**Dominion Resources, Inc.**
**Dominion Energy Brayton Point LLC**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700

1001 Halifax Point
Richmond, VA 23208

Providence, RI 02903
401-273-7171
cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Haxal Point
Richmond, VA 23208
804-697-1449
804-698-6001 facsimile

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
401-272-5300
401-331-7454
cwaksler@mcgivneyandkluger.com

**City of Fall River**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Boston, MA 02199
617-218-2000 Main
617-218-2027 Direct Line
kyran@tbhr-law.com

Anthony F. Muri, Esq.
Muri Associates LLC
10 Keybosset Street
Providence, RI 02903
401-421-7300
amuri@murilaw.com

Emily C. Shanahan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
617-261-7673

**Town of Tiverton**

Jeanne M. Scott, Esq.
Ursillo Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 X205
jeannescott@utrlaw.com

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, ET AL., Plaintiffs, - against - NEW ENGLAND GAS COMPANY, INC., Defendant and Third-Party Plaintiff, - against - BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; ET AL., Third-Party Defendants. | C.A. No. 05-0221T (Related Cases: 05-274T; 05-370T; 05-522T) |

**DEFENDANT NEW ENGLAND GAS COMPANY'S RULE 26(a)(1) DISCLOSURES TO THIRD-PARTY DEFENDANTS**

Defendant, New England Gas Company ("NEGasCo"), through its undersigned counsel, hereby makes the following disclosures to the third-party defendants pursuant to Rule 26(a)(1)(A), (B) and (D) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A) Disclosure

NEGasCo identifies the following individuals or organizations who may have discoverable information that may be used to support NEGasCo's defenses (unless solely for impeachment):

Plaintiffs

1. All plaintiffs identified in Corvello, et al. v. New England Gas Company, Inc., C.A. No. 05-221T.
2. All plaintiffs identified in Burns, et al. v. New England Gas Company, C.A. No. 05-274T.
3. All plaintiffs identified in Bigelow, et al. v. New England Gas Company, C.A. No. 05-370T.
4. All plaintiffs identified in Reis, et al. v. Southern Union Company, C.A. No. 05-522T.

Additional Fact Witnesses

1. Additional fact witnesses identified in plaintiffs' Rule 26(a)(1)(A) disclosure in Corvello et al v. New England Gas Company, Inc., C.A. No. 05-221T, and related actions.
2. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800. The home address(es) of employee(s) or representative(s) of RIDEM is currently unknown.
3. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Health ("RIDOH"). RIDOH's address is 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231. The home address(es) of employee(s) or representative(s) of RIDOH is currently unknown.
4. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the United States Department of Environmental Protection ("EPA") Region 1. The EPA Region 1 address is One Congress Street, Boston, Massachusetts 02114, (888) 372-7341. The home address(es) of employee(s) or representative(s) of EPA is currently unknown.
5. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Town of Tiverton, Rhode Island. The Town of Tiverton's address is 343 Highland Road, Tiverton, Rhode Island 02878, (401) 625-6710. The home address(es) of employee(s) or representative(s) of the Town of Tiverton is currently unknown.
6. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the City of Fall River, Massachusetts. The City of Fall River's address is One Government Center, Fall River, Massachusetts, (508) 324-2000. The home address(es) of employee(s) or representative(s) of the City of Fall River is currently unknown.
7. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Starwood Tiverton, LLC. Starwood Tiverton's address is 1793 Main Road, Tiverton, Rhode Island 02878, (401) 624-2972. The home address(es) of employee(s) or representative(s) of Starwood Tiverton, LLC is currently unknown.
8. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Vanasse Hangen Brustlin, Inc. ("VHB"). VHB's address is 530 Broadway, Providence, Rhode Island, (401) 272-8100. The home address(es) of employee(s) or representative(s) of VHB is currently unknown.
9. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Woodard and Curran, Inc. Woodard and Curran's address is 980 Washington Street, Suite 325 Dedham, Massachusetts 02026,

(800) 446-5518. The home address(es) of employee(s) or representative(s) of Woodard and Curran is currently unknown.

10. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Fuss and O'Neil, Inc. Fuss and O'Neil's address is 275 Promenade Street, Suite 350, Providence, Rhode Island 02908, (401) 861-3070. The home address(es) of employee(s) or representative(s) of Fuss and O'Neil is currently unknown.

11. Persons (identities currently undetermined or unknown) who are now or were formerly associated with GeoInsight, Inc. GeoInsight's address is 5 Lan Drive, Suite 200, Westford, Massachusetts 01886, (978) 692-1114. The home address(es) of employee(s) or representative(s) of GeoInsight is currently unknown.

12. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENSR. ENSR's address is 2 Technology Park Drive, Westford, Massachusetts 01886, (978) 589-3000. The home address(es) of employee(s) or representative(s) of ENSR is currently unknown.

13. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Ransom Environmental Consultants, Inc. ("Ransom"). Ransom's address is 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island 02915, (401) 433-2160. The home address(es) of employee(s) or representative(s) of Ransom are currently unknown.

14. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). ENVIRON's address is P.O. Box 2424 Amherst, Massachusetts 01004, (413) 256-3556. The home address(es) of employee(s) or representative(s) of ENVIRON is currently unknown.

15. Persons (identities currently undetermined or unknown) who are now or were formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"). EA Engineering's address is 2350 Post Road, Warwick, Rhode Island 02886, (401) 736-3440. The home address(es) of employee(s) or representative(s) of EA Engineering is currently unknown.

16. Persons (identities currently undetermined or unknown) who are now or were formerly associated with South Coast Environmental - Finsness Environmental. Finsness Environmental's address is 206 Palmer Street, Somerset, Massachusetts 02726, (508) 679-2002. The home address(es) of employee(s) or representative(s) of Finsness Environmental is currently unknown.

17. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Environmental Neighborhood Awareness Committee of Tiverton ("ENACT"). ENACT's address is 190 Bay Street, Tiverton, Rhode Island, (401) 624-8648. The home address(es) of employee(s) or representative(s) of ENACT is currently unknown.

18. Persons and entities (identities currently undetermined or unknown) who are now or were formerly associated with Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.; Honeywell International, Inc.; the Town of Tiverton, Rhode Island; Gulf Oil Corporation; Inland Fuel Terminals, Inc.; Dominion Resources, Inc.; Dominion Energy Brayton Point,

LLC; and the City of Fall River, Massachusetts who caused, contributed to, or bear responsibility for any alleged contamination in the Bay Street Area of Tiverton, Rhode Island.

19. Persons (identities currently undetermined or unknown) who have conducted environmental testing or other testing of materials, land, water, or any other substances in the Bay Street Area.

Rule 26(a)(1)(B) Disclosure

NEGasCo identifies by category the following documents, data compilations and tangible things that are in the possession, custody or control of NEGasCo that NEGasCo may use to support their claims or defenses (unless solely for impeachment), which are available for inspection and copying at the offices of NEGasCo's counsel, Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903:

1. Documents of the Fall River Gas Company and its predecessors.
2. Reports, studies, analyses and supporting materials concerning the Bay Street Area.
3. All documents produced by plaintiffs.
4. All documents produced pursuant to subpoenas.
5. Town Hall Meeting Minutes of the Town of Tiverton, Rhode Island.

Rule 26(a)(1)(D) Disclosure

NEGasCo identifies for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

To be provided under separate cover.

The foregoing are based upon NEGasCo's investigation to date. NEGasCo reserves its right to amend or supplement this disclosure.

Dated: November 15, 2007

Respectfully Submitted,

**ADLER, POLLOCK & SHEEHAN P.C.**

By: ______________________
John A. Tarantino (#2586)
David A. Wollin (#4950)

Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

- and -

**BISHOP, LONDON, BROPHY, & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company*

-and-

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, RI
(401) 274-2000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company, as to Third-Party Defendants Dominion Resources, Inc. and Dominion Energy Brayton Point LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2007, I did send a true copy of the within document by first class U.S. mail, postage prepaid, to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |
| Bruce Gregory Tucker, Esq.<br>55 Hammarlund Way<br>Middletown, RI 02842 | Richard J. Zabbo, Esq.<br>Ratcliffe Burke Harten & Elias LLP<br>160 Financial Plaza<br>Providence, RI 02903 |
| Gregory L. Benik<br>Benik & Associates<br>931 Jefferson Blvd., Suite 2008<br>Warwick, RI 02886 | Paul M. Sanford<br>Burns & Levinson LLP<br>One Citizens Plaza<br>Suite 1100<br>Providence, RI 02903 |
| David A. Crichlow<br>David M. Goldberg<br>Pillsbury Winthrop Shaw Pittman, LLP<br>1540 Broadway<br>New York, NY 10036 | Craig Waksler<br>Taylor Duane Barton & Gilman LLP<br>10 Dorrance Street<br>Suite 700<br>Providence, RI 02903 |
| Anthony F. Muri<br>Muri Associates LLC<br>10 Weybosset Street<br>Providence, RI 02903 | William David Wick<br>Wactor & Wick LLP<br>180 Grand Avenue<br>Suite 950<br>Oakland, CA 94612 |

| | |
|---|---|
| Christopher P. McCormack<br>Pullman & Comley LLC<br>850 Main Street<br>Bridgeport, CT 06601 | Matthew B. Kirsner<br>Andrew G. Mauck<br>Troutman Sanders, LLP<br>P.O. Box 1122<br>1001 Haxall Point<br>Richmond, VA 23208 |
| Jeanne M. Scott<br>Ursillo, Teitz & Ritch, Ltd<br>2 Williams Street<br>Providence, RI 02903 | Benjamin V. White, III<br>Kimberly A. Simpson<br>Vetter & White, Incorporated<br>20 Washington Place<br>Providence, RI 02903 |

*435477_1.doc*

# Exhibit B

**Neil Leifer**

**From:** Neil Leifer
**Sent:** Thursday, March 13, 2008 10:03 AM
**To:** 'David Ross'; mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com; David Strouss
**Cc:** Eric D. Herschmann; cdodds@bishoplondon.com; Seth Davis; Noelle Kowalczyk; gpetros@haslaw.com; jtarantino@apslaw.com; rmain@haslaw.com; dwollin@apslaw.com; Edward Lee; Cara Ciuffani; Samuel K. Moore
**Subject:** RE: Supplementation of NEGC's Rule 26(a)(1)(A) Disclosures

We are in receipt of your suppemental disclosure. However, the information is late and incomplete. Please provide dates when the the NEGCo and ENVIRON fact witnesses are available for deposition in Providence. Since you have given us 6 names for VHB and 7 names for ATSDR, you will need to provide more information as to the particular area of knowledge possessed by each fact witness so that we can make an informed decision about the necessity for their depositions in Providence. I also note that you have not disclosed actual names for any of the other 19 categories and entities described in your November 15, 2007 disclosure and we treat those as withdrawn. Please provide the information and deposition dates requested above by the close of business on Friday or notify us by that time that you will not be doing so.

In addition, we request to confer as soon as possible to discuss an exchange of trial witness lists. Neil Leifer

-----Original Message-----
From: David Ross [mailto:DRoss@kasowitz.com]
Sent: Wednesday, March 12, 2008 7:21 PM
To: mroberts@mcrobertslaw.com; bmcconnell@motleyrice.com; Neil Leifer
Cc: Eric D. Herschmann; cdodds@bishoplondon.com; Seth Davis; Noelle Kowalczyk; gpetros@haslaw.com; jtarantino@apslaw.com; rmain@haslaw.com; dwollin@apslaw.com; Edward Lee; Cara Ciuffani; Samuel K. Moore; David Ross
Subject: Supplementation of NEGC's Rule 26(a)(1)(A) Disclosures

Dear Mark,

NEGasCo supplements its Rule 26(a)(1)(A) disclosures as follows:

1. Witnesses identified in Plaintiffs' and Tiverton's Rule 26 disclosures, including all amendments and supplements thereto.

2. Witnesses deposed in any of the consolidated cases.

3. Witnesses from the Rhode Island Department of Environmental Management: Michael Sullivan, Jeffrey Crawford, Dean Albro, Richard Enander.

4. Witnesses from the Rhode Island Department of Health: Dr. Robert Vanderslice, Cynthia Fuller.
5. Witnesses from the Agency for Toxic Substances and Disease Registry of the U.S. Department of Health and Human Services: Jane Zhu, Jamie Mutter, Steve Martin, Susan Moore, Peter Kowalski, Katherine Robbins and Rose Jackson.

6. Witness from the Town of Tiverton: (a) witnesses identified by the Town of Tiverton in response to NEGasCo's Rule 30(b)(6) notice; (b) Members of the Tiverton Town Council who considered or voted upon the imposition of, modifications to, and/or extensions of, the " Moratorium"; (c) The Director(s) of the Tiverton Public Works Department during the period 2002 to present; (d) President(s) of the Tiverton Town Council during the period 2002 to present; and (e) Tiverton Town Solicitor.

7. Witnesses from VHB: Pam McCarthy, Adam Rosenblatt, Tim O'Connor, Claude Masse, Ana Gower, Robin Bluestein.

8. Witness(es) from ENVIRON: Annette Shipp, William Fuller.

9. New England Gas Company: Robert Hack, Derek Tomka.

NEGasCo reserves the right to identify additional fact witnesses who are discovered during ongoing discovery, and to modify and/or supplement these disclosures.

Regards,
David

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(T) 212-506-1748
(F) 212-506-1800
dross@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.