UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHEILA REIS, DENNIS REIS, GARY SOUZA, DONNA SOUZA, ALAN TRECIDA, KIM TRECIDA and JOSEPH A. TRECIDA

Plaintiffs

v

SOUTHERN UNION COMPANY dba FALL RIVER GAS AND NEW ENGLAND GAS

Defendant

C.A. No. 05-522T
Consolidated with 05-221T; 05-274T; and 05-370T)

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT**

In accordance with Rule 15 of the Federal Rules of Civil Procedure, and Local Civil Rule 15, the plaintiffs in the above-captioned action respectfully move this Court to amend their complaint in the form attached as Exhibit A. The plaintiffs further rely upon the Memorandum of Law accompanying this motion.

WHEREFORE, for the reasons stated herein, the plaintiffs respectfully request that the Court grant their motion.

Plaintiffs
By their Attorneys,

/s/Richard J. Zabbo, Esq.

Stephen P. Harten (#4102)
Richard J. Zabbo (#6861)
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400 [MAIN]
(401) 331-3440 [FAX]
sharten@rbhelaw.com
rzabbo@rbhelaw.com

**CERTIFICATION**

I hereby certify on this day of March, 2008, a true copy of the foregoing was served upon the following parties *via* the ECF system pursuant to Fed. R. Civ. P. 5(b)(2) and §10(b) of Admin. Order 2006-01 , to:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Aileen L. Sprague, Esq.
Motley Rice, LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

Neil T. Leifer, Esq
Brad J. Mitchell, Esq.
Christian F. Uehlein, Esq.
Thornton & Naumes, LLC
100 Summer Street
Boston, MA 02110

Mark W. Roberts, Esq
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

David A. Wollin, Esq
John A. Tarantino, Esq.
Kristen W. Sherman, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

David E. Ross, Esq
Eric D. Herschmann, Esq
Seth Davis, Esq
Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Christina Dodds, Esq.
Bishop, London, Brophy & Dodds
3701 Bee Cave Road, Suite 200
Austin, TX 78746

Gerald Petros, Esq
Hinckley, Allen & Snyder
50 Kennedy Plaza
Providence, RI 02903

Jeffrey Bromme, Esq
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Christopher P. McCormack, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903

Kerry T. Ryan, Esq.
Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199

Brian R. Cunha, Esq.
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Bruce Gregory Tucker, Esq
300 Centerville Road, Suite 304S
Warwick, RI 02886

Gregory L. Benik, Esq.
Benik & Associates
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Paul M. Sanford, Esq
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

David A. Crichlow, Esq.
David M. Goldberg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Craig Waksler, Esq
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903

Benjamin V. White, III
Kimberly A. Simpson, Esq.
Vetter & White Incorporated
20 Washington Place
Providence, RI 02903

David B. Willis, Esq.
300 Centerville Road, Suite 304S
Warwick, RI 02886

/s/Richard J. Zabbo, Esq.________
Richard J Zabbo