UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA REIS, DENNIS REIS, GARY SOUZA, DONNA SOUZA, ALAN TRECIDA, KIM TRECIDA and JOSEPH A. TRECIDA<br><br>Plaintiffs<br>v.<br><br>SOUTHERN UNION COMPANY dba FALL RIVER GAS AND NEW ENGLAND GAS<br><br>Defendant | C.A No. 05-522T<br>(Consolidated with 05-221T; 05-274T; and 05-370T) |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT**

The plaintiffs in this action respectfully move this Court to amend their complaint in the form as attached to the accompanying motion to amend the complaint.

This amendment is made in accordance with Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 15 to allow the complaint to conform with the evidence to be introduced at trial. Specifically, the Amended Complaint eliminates allegations of personal injury, and eliminates claims that had been asserted on behalf of the plaintiffs' minor children. The plaintiffs provided a copy of their proposed Amended Complaint to the defendant for its review, and as the defendant previously indicated to the Court, it does not object to the proposed Amended Complaint.

WHEREFORE, for the reasons stated herein, the plaintiffs respectfully request that the Court grant their motion.

Plaintiffs
By their Attorneys,

/s/Richard J. Zabbo, Esq.
Stephen P. Harten (#4102)
Richard J. Zabbo (#6861)
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400 [MAIN]
(401) 331-3440 [FAX]
sharten@rbhelaw.com
rzabbo@rbhelaw.com

**CERTIFICATION**

I hereby certify on this day of March, 2008, a true copy of the foregoing was served upon the following parties *via* the ECF system pursuant to Fed. R. Civ. P. 5(b)(2) and §10(b) of Admin. Order 2006-01., to:

:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Aileen L. Sprague, Esq.
Motley Rice, LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

Neil T. Leifer, Esq.
Brad J. Mitchell, Esq.
Christian F. Uehlein, Esq.
Thornton & Naumes, LLC
100 Summer Street
Boston, MA 02110

Mark W. Roberts, Esq
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

David A. Wollin, Esq.
John A. Tarantino, Esq.
Kristen W. Sherman, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

David E. Ross, Esq.
Eric D. Herschmann, Esq.
Seth Davis, Esq.
Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Christina Dodds, Esq.
Bishop, London, Brophy & Dodds
3701 Bee Cave Road, Suite 200
Austin, TX 78746

Gerald Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza
Providence, RI 02903

Jeffrey Bromme, Esq.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd
2 Williams Street
Providence, RI 02903

William D. Wick, Esq
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Christopher P. McCormack, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Anthony F. Muri, Esq
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903

Kerry T. Ryan, Esq.
Emily C Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, P C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199

Brian R Cunha, Esq.
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Bruce Gregory Tucker, Esq.
300 Centerville Road, Suite 304S
Warwick, RI 02886

Gregory L. Benik, Esq
Benik & Associates
931 Jefferson Blvd , Suite 2008
Warwick, RI 02886

Paul M Sanford, Esq
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

David A. Crichlow, Esq.
David M. Goldberg, Esq
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Craig Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903

Benjamin V. White, III
Kimberly A. Simpson, Esq.
Vetter & White Incorporated
20 Washington Place
Providence, RI 02903

David B. Willis, Esq
300 Centerville Road, Suite 304S
Warwick, RI 02886

/s/Richard J. Zabbo, Esq.
Richard J. Zabbo