# LIMITED SITE ASSESSMENT REPORT

## Bay Street Neighborhood Study Area, Tiverton, Rhode Island
## and
## Former Fall River Gas Company, 120 Charles Street, Fall River, Massachusetts

Submitted by


Kelley C. Race, P.G., LSP
Project Manager

Frank M. Ricciardi, P.E., LSP
Project Engineer

Prasanta K. Bhunia, Ph.D., LSP
Senior Technical Review

Weston & Sampson Engineers, Inc.
5 Centennial Drive
Peabody, Massachusetts 01960


February 14, 2008

# TABLE OF CONTENTS


Page

TABLE OF CONTENTS ..... i

LIST OF FIGURES ..... iii

LIST OF TABLES ..... iii

LIST OF APPENDICES ..... iii

ACRONYM LIST ..... iv

EXECUTIVE SUMMARY ..... v

1.0 INTRODUCTION AND PROJECT HISTORY ..... 1-1
- 1.1 Bay Street Neighborhood Study Area ..... 1-1
  - 1.1.1 BSNSA Current and Past Land Uses ..... 1-4
- 1.2 Fall River Gas Company ..... 1-4

2.0 DOCUMENTATION REVIEW ..... 2-1
- 2.1 Documents Provided by Counsel ..... 2-1
- 2.2 BSNSA Historical Assessments ..... 2-2
- 2.3 GZA Remedial Cost Estimate – BSNSA ..... 2-4
- 2.4 Limited MADEP File Review for FRGC Property ..... 2-5
  - 2.4.1 FRGC RTN 4-19466 ..... 2-6
  - 2.4.2 FRGC RTN 4-19809 ..... 2-7
- 2.5 Limited EDR Document Review ..... 2-7

3.0 SITE VISIT ..... 3-1

4.0 LIMITED SITE INVESTIGATIONS – SCOPE OF WORK/FIELD SAMPLING PLAN4-1
- 4.1 Rationale and Scope of Work – Limited BSNSA Investigation ..... 4-2
  - 4.1.1 Limited Site Assessment Activities - BSNSA ..... 4-3
  - 4.1.2 Sample Labeling and Identification Codes ..... 4-3
  - 4.1.3 Sample Handling and Custody Requirements ..... 4-5
- 4.2 Rationale and Scope of Work – Limited FRGC Investigation ..... 4-6

5.0 BSNSA LIMITED SITE ASSESSMENT RESULTS ..... 5-1
- 5.1 BSNSA Geology ..... 5-1
- 5.2 BSNSA Analytical Results ..... 5-1
- 5.3 Physical and Analytical Summary- BSNSA ..... 5-6

6.0 FRGC LIMITED SITE ASSESSMENT RESULTS ..... 6-1
- 6.1 FRGC Geology ..... 6-1
- 6.2 FRGC Analytical/Physical Results ..... 6-1
- 6.3 Comparison of Observations/Data -Weston & Sampson/ENSR FRGC Assessments 6-2

7.0 CHEMICAL PARAMETER OVERVIEW ..... 7-1

8.0 ENVIRONMENTAL FORSENIC EVALUATION ..... 8-1

## TABLE OF CONTENTS (Continued)

9.0 ADDITIONAL ASSESSMENT AND RECOMMENDATIONS .......... 9-1
10.0 FINDINGS AND CONCLUSIONS .......... 10-1
10.1 Findings .......... 10-1
10.2 Conclusions .......... 10-3
11.0 BIBLIOGRAPHY .......... 11-1
12.0 LIMITATIONS .......... 12-1

O:\Tiverton RI\McRoberts-Roberts 2070684\W&S Report\W&S Report FINAL.doc

## LIST OF FIGURES


| | |
|---|---|
| Figure 1 | Locus Map |
| Figure 2 | BSNSA Limited Site Assessment |
| Figure 3 | FRGC Limited Site Assessment |
| Figure 4 | Depiction of Physical and Chemical Results in BSNSA |


## LIST OF TABLES


| | |
|---|---|
| Table 1 | BSNSA Sample Locations and Rationale |
| Table 2 | Soil Analytical Results-BSNSA |
| Table 3 | Soil Analytical Results-Fall River Gas Company |
| Table 4 | Comparison of Weston & Sampson and ENSR Assessment Results-Fall River Gas Company |


## LIST OF APPENDICES


| | |
|---|---|
| Appendix A | Suuberg Expert Report |
| Appendix B | Bibliography of Documents Provided by Counsel |
| Appendix C | Environmental Data Resources (EDR) Documentation |
| Appendix D | DEP File Review-FRGC |
| Appendix E | GZA Remedial Cost Estimate Spreadsheets and BSNSA Database Summary |
| Appendix F | F-1 Analytical Data- BSNSA<br>F-2 Analytical Data- FRGC |
| Appendix G | G-1 Weston & Sampson Boring Logs: BSNSA<br>G-2 Weston & Sampson Test Pit Logs: BSNSA<br>G-3 Weston & Sampson Boring Logs: FRGC<br>G-4 VHB Boring Logs and Field Notes |
| Appendix H | H-1 Photos: FRGC<br>H-2 Photos: BSNSA |
| Appendix I | Comparison Data Summary (BSNSA) |
| Appendix J | Exponent, Inc. Report |
| Appendix K | Qualifications |


O:\Tiverton RI\McRoberts-Roberts 2070684\W&S Report\W&S Report FINAL.doc

# 10.0 FINDINGS AND CONCLUSIONS

## 10.1 Findings

Based on the documentation reviewed and the results of the limited site assessments conducted within the BSNSA and at FRGC, Weston & Sampson provides the following findings regarding the presence of MGP waste:

- MGP waste is widespread and heterogeneous throughout the BSNSA as documented by both Weston & Sampson and NEGC's environmental consultant, VHB. Based on information presented in the VHB reports and the GZA remedial cost estimates, MGP waste was observed by VHB on 77 of the 100 properties investigated.

- Evidence of MGP waste in the BSNSA was identified in previous documentation submitted to DEM.

- Weston & Sampson's limited site assessment in BSNSA and FRGC identified similar visual indicators of MGP residuals/fill. These observation included the following: soil with blue/black staining, mothball odors, presence of slag, clinker, ash, brick, concrete, wood/mulch and other non-native fill material. In addition coal tar/saturated oily soil was observed in multiple locations on the FRGC. These observations are also consistent with previous environmental assessments.

- Exceedances of the RIDEC in BSNSA were observed on nine of the thirteen properties investigated by Weston & Sampson including the following parameters: cyanide/physiologically available cyanide, arsenic, lead, and the following PAHs: benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene, fluoranthene, indeno(1,2,3-cd)pyrene, phenanthrene, and pyrene. These parameters have been historically detected throughout the BSNSA as documented in the previous environmental reports.

- Exceedances of the MCP S-1 standard were observed at FRGC for the following parameters: PAHs, CN/PAC, arsenic, chromium, and lead. These parameters were also detected in the BSNSA and exceeded the applicable RIDEC criteria with the exception of Chromium.

- Weston & Sampson observed scattered brick across the FRGC site. The bricks observed were labeled with "S&H". Legible stenciling on the brick was observed as an ampersand symbol ("&"). In addition, the stenciling was located in the center of the brick in a recessed area. The edges of the brick were raised. These similar markings/characteristics ("&", recessed stenciling, and raised edges) were also observed on bricks in the BSNSA.

- In the BSNSA, approximately 70% of the properties where Weston & Sampson conducted a subsurface investigation, concentrations of PAHs above the RIDEC were detected in areas with MGP waste.

- A summary correlation of the properties assessed by VHB in the BSNSA between physical observations and chemical analysis was conducted by Weston & Sampson which indicated the following:
  - 25% contained physical characteristics and PAH exceedances
  - 5% contained physical characteristics and Be exceedances
  - 16% contained physical evidence and lead exceedances.
  - 12% contained physical evidence and arsenic exceedances.

  Based on these low percentages and a review of the sample interval collected within the BSNSA by VHB and the laboratory analysis conducted by VHB, several data bias issues have been identified. These include the following: sampling of an interval under the fill material, mixing of fill material intervals and native materials, selection of laboratory analysis inconsistent with observed materials (e.g. PAHs were not always selected for analysis of the fill material).

- The BSNSA property (1604) with the highest PAHs detected by Weston & Sampson also contained the highest concentrations of naphthalene and had a "mothball" like odor. Physical observations in these test pits indicated dark pockets of ash, clinkers and/or large pieces of slag.

- PAHs were detected by Weston & Sampson in the BSNSA at concentrations 70 times the applicable RIDEC standard.

- The highest concentrations of cyanide detected in the BSNSA by Weston & Sampson were detected on a property where remedial actions had been historically conducted. The remaining cyanide concentrations are over four times the RIDEC.

- Based on the data collected by VHB, arsenic concentrations above RIDEC are widespread throughout the BSNSA

The following findings are excerpted from the Exponent, Inc. expert report (2008):

- "Five of the former MGP site soils (B-1, B-5[4-8'], B-5[10-16'], B-5A, and B-6) contain unweathered to moderately weathered coal tar.

- Three of the former MGP site soil samples (B-2, B3, and B4) contain mixtures of fuel oil (No. 2 and IFO), coal tar residues and urban background hydrocarbons.

- One of the former MGP site soil samples (B-7) contains primarily urban background hydrocarbons with traces of coal oil/coal tar.

- Five of the residential property soil samples contain substantial coal tar contamination (0308-WSTP-1, 1303-WSGP-1, 1602-WSTP-1, 1604-WSTP-1 and 1604-WSTP-2).

- Two of the residential property soil samples contain moderate to low level coal tar contamination (1703-WSGP-1 and 1704-WSTP-1).

- Four of the residential property soil samples contain urban background hydrocarbon with trace coal tar/coal oil contamination (0304-WSGP-1, 0304-WSTP-1, 1704-WSGP-1 and 2204-WSGP-1).

- One of the residential samples (1604-WSTP-1) contains a petroleum residue with a triterpane distribution very similar to one of the MGP site samples (B-4) indicating through biomarker analysis a probable source linkage between MGP waste from FRGC and BSNSA.

## 10.2 Conclusions

The conclusions presented below are based upon a reasonable degree of scientific certainty as it relates to the information collected during investigations conducted by Weston & Sampson within the BSNSA and FRGC and a review of the documents described herein. Based on the information included in this report and the documents reviewed as provided in the bibliography (Section 11.0), Weston & Sampson makes the following conclusions:

- The horizontal and vertical extent of MGP waste in the BSNSA is not defined. The only way to appropriately characterize the MGP waste in the BSNSA is to conduct a systematic assessment as described in Section 9.0.

- Of the physical and analytical data generated by VHB and the locations selected by Weston & Sampson for further evaluation from that data, a 100% correlation existed between the presence of MGP waste (fill) and the presence of detected concentrations above the RIDEC for PAHs in the data collected by VHB.

- A direct correlation exists between the presence of MGP waste (fill) materials and concentrations of PAHs above the RIDEM direct exposure criteria.

- Based on the analytical data and characteristics of the fill material observed at FRGC and BSNSA, the MGP waste at BSNSA is of MGP origin.

The opinions set forth in this report are based upon documents that Weston & Sampson were in possession as of the date this report was prepared. Weston & Sampson reserves the right to supplement or amend this report should further documents relevant to these sites be produced for or become known to Weston & Sampson. Weston & Sampson's qualifications for key staff involved in this investigation are provided in Appendix K.

O:\Tiverton RI\McRoberts-Roberts 2070684\W&S Report\W&S Report FINAL.doc

# 11.0 BIBLIOGRAPHY

Commonwealth of Massachusetts, Massachusetts Contingency Plan – 310 CMR 40.0000 et seq., December, 2007.

ENSR Corporation, Immediate Response Action Plan: 120 Charles Street, Fall River, Massachusetts, RTN 4-19809. July 25, 2006.

ENSR Corporation, Immediate Response Action Completion Report: 120 Charles Street, Fall River, Massachusetts, RTN 4-19809. June 4, 2007.

ENSR Corporation, Summary of Initial Site Investigation: New England Gas Company, 120 Charles Street, Fall River, Massachusetts. November 14, 2005.

ENSR Corporation, Immediate Response Action Completion Report and Class B-1 Response Action Outcome - Statement State Avenue Study Area: Vicinity of State Avenue and Bay Street, Fall River, Massachusetts, RTN 4-18521. June 30, 2005.

Environmental Data Resources, EDR Radius map with GeoCheck, November 21, 20007.

Environmental Data Resources, The EDR Aerial Photo Decade Package - Fall River Gas Company - 120 Charles Street, Fall River, MA 02724, November 21, 2007.

Environmental Data Resources, The EDR-City Directory Abstract - Fall River Gas Company 120 Charles Street, Fall River, MA 02724, November 21, 2007.

Environmental Data Resources, Certified Sanborn® Map Report - Fall River Gas Company 120 Charles Street, Fall River, MA 02724, November 21, 2007.

Exponent Inc., Expert Report of Paul D. Boehm, Ph.D. Chemical Fingerprinting of Soil Samples, Bay Street Area Neighborhood, Tiverton, RI, Gail Corvello, et al., v. New England Gas Company, Inc. (C.A. No. 05-1619), February 13, 2008.

Letter of Transmittal from ENSR Corporation to MADEP, 120 Charles Street, Fall River, Massachusetts, RTN 4-19809: Bill of Lading Form BWSC-012. June 5, 2007.

MADEP, DEP BWSC Response Action Outcome (RAO) Technical Screening Audit Form: RTN-4-18521. July 9, 2005.

State of Rhode Island and Providence Plantations - Department of Environmental Management Office of Waste Management, Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases (Short Title: Remediation Regulations DEM-DSR-01-93), AS AMENDED August 1996, February 2004.

Suuberg, Eric M., A Review of the Manufacturing Facilities and Practices at the Fall River, Massachusetts Manufactured Gas Plants as related to disposal of Wastes in Tiverton, Rhode

Island, January 31, 2008.

VHB, Inc., Site Investigation Report: Bay Street Suspected Fill Area. October 2003

VHB, Inc., Site Investigation Report Addendum: Bay Street Suspected Fill Area. October 2003

VHB, Inc., Site Investigation Report Tax Assessor's Plat 8-7 Block 22 Lots 3 and 4. December 2003

VHB, Inc., Site Investigation Report: Plat 8-7 Block 17. December 2003

VHB, Inc., Site Investigation Report Addendum II: Bay Street Suspected Fill Area. January 2004

VHB, Inc., Short Term Response Action Report, Plat 8-6 Block 3 Lot 4: Bay Street Suspected Fill Area. April 2004

VHB, Inc., Phase II Site Investigations: Bay Street Suspected Fill Area. August 2005

VHB, Inc., Short Response Action Work Plan, Plat 8-7 Block 13 Lot 3: Bay Street Suspected Fill Area. September 2006.

Weston & Sampson, Field Sampling Plan: Former Fall River Gas Company, January 3, 2008.

O:\Tiverton RI\McRoberts-Roberts 2070684\W&S Report\W&S Report FINAL.doc