# EXHIBIT 5

# A Review of the Manufacturing Facilities and Practices at the Fall River, Massachusetts Manufactured Gas Plants, as Related to Disposal of Wastes in Tiverton, Rhode Island

*Prepared for:*


**Mark W. Roberts**
**McRoberts, Roberts and Rainer, LLP**
**53 State Street**
**Boston, MA 02109**

**And**
**Jonathan Orent**
**Motley and Rice, LLC**
**321 South Main Street**
**Providence, RI 02940**


*Prepared by:*


**Eric M. Suuberg, Sc.D., P.E.**
**Consulting Engineer**
**and Professor of Engineering at Brown University**


**January 31, 2008**

to cool, contain and purify it. It would contain tars and solid matter carried with the gas from where the gas was produced to this initial cooling stage. This material, when removed from the decanters, would generally be dumped as waste. Another type of sludge was ammonia still sludge, which contained lime. This material would also generally be sent to the dump. A third source of sludges was tanks that were used to hold tars. Often, the bottoms of these vessels contained a mixture of rust, dirt and tar that would be difficult to pump or handle. If such tanks had to be cleaned out, the sludge from them was normally dumped, as there was little economic incentive for companies to try to separate the tar from the solids.

A more volumetrically significant solid waste was so-called spent oxide. This material consisted of iron oxides on some solid support, such as wood chips. While in use at MGPs, this material was contained in sealed vessels, often called oxide boxes. At Fall River, there were a series of several cylindrical oxide boxes. These would need to have their oxides periodically changed out, as they became saturated with sulfur gases. After their sulfur capture potential was exhausted, these oxide materials could often be recycled several times back into the oxide boxes, following their "revivification", by spreading them out and exposing them to the air outside of the boxes. At some point, though, the oxides lost their activity for purification, and then had to be disposed of.

The oxide materials were somewhat varying in composition. In spent state, they would always contain sulfur compounds, in addition to iron oxide. There was an important difference in the oxides that came from purification of coal gas and CWG. Coal gas oxides could contain sulphocyanides, ammonia and ferric-ferrocyanides, the latter imparting a characteristic Prussian blue color to the waste. This blue color is thus normally associated with spent oxide from coal gas processes, since CWG did not contain much ammonia or cyanic compounds. Blue-stained oxides are one of the most common markers of former MGP operations. Spent oxide could be other colors than blue- it could also be found as yellow to black material. The black color could be the result of several chemical species, but if the spent oxide were exposed to gas from which a poor job had been done disengaging tars, this was one important source. A tar coating would render the oxide useless for its intended purification purpose, and it would have to be disposed of. It is common to find oxide waste that contains significant quantities of PAH or tars.

Spent oxides were very commonly used as fill, both on MGP sites and off site. Spent oxides were known to spontaneously ignite, and because of the presence of sulfur compounds, this burning material would release sulfurous fumes. Its dumping was therefore commonly prohibited at public dumps. When placed in the ground in an oxygen-containing environment, the iron sulfide in the waste is oxidized to sulfuric acid, which can dissolve the iron oxides in the waste. This can leave behind small particles of ferric-ferrocyanides, which can be mobilized and stain other nearby objects with the characteristic blue color. This is why materials near where oxide wastes were dumped might also have the bright blue color of oxide waste.

Harkins (1988) cited data showing that anywhere from 3.9 to 39 CF of spent oxide could be generated per million CF of gas produced. Typical coal gas spent oxide waste might contain several thousand ppm of cyanides, and be quite acidic. Again, the oxides can also contain PAH compounds.

Other common solid wastes were the ashes and clinker. All coals and cokes used by MGP's brought with them mineral matter or ash. Strictly speaking, raw coal contains mineral matter that is converted into ash only during the combustion process. Hence the mineral