# EXHIBIT 6

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COUNTY OF NEWPORT

At a meeting of the Town Council of the Town of Tiverton, County and State aforesaid, held at the Tiverton Town Hall on the 25th day of August 2003 A.D. at 7:00 p.m.

**MEMBERS PRESENT**

Claudette Linhares, President
Manuel Cabral, Vice President
Donald Bollin Tracy Connors
Lori Doyle Louise Durfee
John Fernandes

Town Administrator, James F. Towers and
Town Solicitor William Harsch, Esq. were also present.

President Linhares opened the meeting with the Pledge of Allegiance.

**MINUTES:**

**Regular Town Council Meeting held on August 12, 2003**

A motion was made by Mr. Cabral, seconded by Mr. Fernandes, to accept the minutes of the aforementioned meeting. The motion passed unanimously.

**Executive Session held on August 12, 2003**

A motion was made by Mr. Cabral, seconded by Mr. Fernandes, to accept the minutes of the aforementioned Executive Session. The motion passed unanimously.

**PROCLAMATIONS, PROMOTIONS AND AWARDS:**

**Tiverton Little League – State 9-10 All-Stars Softball Champions**

President Linhares, assisted by Councilor Doyle, presented Proclamations of Congratulations from the Town and Proclamations by Governor Carcieri to each of the team members and their coaches in recognition of their Division 2 Championship and their undefeated State Softball Championship. The audience joined in, offering their congratulations to the athletes and coaches.

**T.F.D. – Swearing in of Captain Passwater**

This agenda item was withdrawn.

**OLD BUSINESS:**

**E.N.A.C.T. - Judson St. – Status of Site Investigation Report (SIR) on Additional Road Testing**

A representative from E.N.A.C.T. was present to inquire into the status of the SIR on additional road testing. Mr. Tim Regan of EA Engineering responded to the question presented. He informed those present that a draft report would be finalized and forwarded to Mr. Jeff Crawford of R.I.D.E.M. (DEM) after which it would be released to the public. He further indicated that, based on the results of the testing, DEM could order additional tests in the area. He stated that he would get back to E.N.A.C.T. with the results of Phase III testing, which was recently completed. He expects to forward a finalized report to DEM within the next two weeks.

**E.N.A.C.T. - Judson St. – Status of Letter to DEM and Department of Health**

Mr. Regan continued to provide responses to questions presented by E.N.A.C.T. He stated that he would look into making contact with the two organizations to cement contacts for the Bay Street area residents at both.

**E.N.A.C.T. - Judson St. – Issuance of Building Permits in the Bay Street Area**

Residents expressed a concern regarding the issuance of building permits in the area by the Town due to contaminated soil and the possible release of contaminants into the air. Mr. Walker, the Building Inspector indicated that the building site was not on the list for testing according to DEM, and that the Town has no jurisdiction to stop building on the site.

A lengthy discussion ensued during which it was opined that, because of the great health and safety risk, there should not be any excavation taking place in the area. Zoning Ordinances should be modified relating to the building process and soil testing should be required before the issuance of a building permit. The Town Administrator suggested the creation of an emergency moratorium on land excavation projects in the contaminated area until such time as all test results have been received.

Mr. Connors moved that the Council take action to create an emergency moratorium of a certain defined area, which is bounded by State Avenue on the North, the Sakonnet River on the West, Lepes Road on the South and Church Street, extended to State Avenue and Lepes Road on the East., exempting regulatory testing. Mrs. Doyle seconded the motion.

A brief discussion continued regarding projects already in place and building permits already issued. The North Tiverton Water District has a project requiring the installation of a water line, which will be placed on hold until test results have been received.

The Town Solicitor, William Harsch was requested to review the status of pending permits and to prepare a formal moratorium after all information is received.

The motion to create the emergency moratorium passed unanimously.

The Administrator will mail notification to all property owners in the moratorium area via first class mail.

Mr. Connors moved that the Council requests the Planning Board to draft appropriate phraseology in Tiverton Zoning Ordinances that better protect public health and safety by establishing prudent policies regarding excavations that might inadvertently expose the public to contaminated soils. Also, that the Council requests the Planning Board to place a high priority on completing they're recommended zoning changes. Ms. Durfee seconded the motion, which passed unanimously.

**NEW BUSINESS:**

**Essex Library-Building Consultant for the Library**

Ms. Barbara Donnelly, Chair of the Library Board of Trustees, and Ms. Cheryl Maraj-Aboudolo, Director of the Library informed the Council that Building Consultant Ms. Elizabeth Mainiero of Connecticut had been hired and that the Library Building Committee was moving ahead with the building process. Focus groups would be meeting to gather input from the community and input from the Council would be welcomed.

They reported that the summer program was very successful and thanked all the vendors who participated in the program.

**Wastewater Management Commission-Request for Joint Workshop**

A joint workshop was scheduled by the Council to be held at Town Hall on October 6, 2003 at 7:00 p.m. to discuss increasing user fees, the hiring of an Asst. Director and the construction of Contracts #3 and #4.

**Tax & Revenue Commission-Fire Dept. Fees & Report Update**

Mr. Robert Koohy and Mr. Stuart Hardy informed the Council that the Commission is currently working on development impact fees (a one time fee on new construction) and tax relief for the elderly. Mr. Koohy asked if the council would consider budgeting $2,000.00 for technical research? A suggestion was made that State Wide Planning and other State Agencies be contacted for information.

Submitted to the Council for approval was recommended fees to be charged by the Fire Department.

Ms. Durfee moved the approval of the fee schedule as submitted. The motion was seconded by Mr. Connors and carried unanimously.

The Fee Schedule is as follows:

**RESOLUTION OF THE TIVERTON TOWN COUNCIL PROMULGATING THE FOLLOWING FEE SCHEDULE**

**TIVERTON FIRE DEPARTMENT**

**Residential Plan Review**

| | |
|---|---|
| Residential Plan Review Existing Structures | |
| Additions 1,000 sq./ft or less | $ 30.00 |
| Additions 1001 sq./ft or more | $ 50.00 |
| Residential Plan Review New Construction | |
| Single dwelling 5,000 sq./ft or less | $ 50.00 |
| Single dwelling 5,001 sq./ft or more | $ 100.00 |
| Each additional dwelling unit | $ 10.00 |
| Residential Smoke and Carbon Monoxide Certificate | |
| Smoke/Carbon Monoxide Certificates | $ 30.00 |
| Re-Inspection Fee | $ 30.00 |
| Copies of Certificate | $ 10.00 |

**Commercial Plan Review**

| | |
|---|---|
| 10,000 sq./ft or less | $ 200.00 |
| 10,001 sq./ft to 49,999 sq./ft | $ 400.00 |
| 50,000 sq./ft to 149,999 sq./ft | $ 800.00 |
| 150,000 sq./ft to 299,999 sq./ft | $ 1,400.00 |
| 300,000 sq./ft or more | $ 2,000.00 |
| Sprinkler System Plan Review | $ 75.00 |

**Miscellaneous Department Fees**

| | |
|---|---|
| Copies of Fire/EMS Reports | $ 5.00 |
| Tent Inspection | $ 25.00 |
| Emergency Response Planning | $ 50.00 |
| Fireworks Inspection | $ 75.00 |