# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | C.A. NO. 05-221T |
| GAIL CORVELLO, et al * | |
| VS. * | SEPTEMBER 11, 2007<br>10:05 A.M. |
| NEW ENGLAND GAS CO., INC., et al * | |
| * * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

SENIOR JUDGE

(Defendant's Motion for Leave to File Third-Party Complaints)

FOR THE PLAINTIFF:

MARK W. ROBERTS, ESQ.
McRoberts, Robers & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

JOHN J. McCONNELL, JR., ESQ.
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

FOR THE DEFENDANT:

DAVID E. ROSS, ESQ.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Tiverton, which is the subject of the moratorium area.

There was a hat factory, which caused mercury pollution, and the EPA came in and dealt with that specific contamination.

Our position is that it would make sense to bifurcate off these, that bringing them in, if it's purely a contribution action, that it would materially slow this down.

The moratorium area just got renewed for a sixth year. People can't sell their houses, they can't-- I think you've identified that there's a nuisance out there.

Discovery has been very slow-going. There is a witness who testified that he brought stuff from Southern Union down to the Bay Street area. The day before we were going to depose him, he was deposed in the DEM action. He's 86, so his son wouldn't let two depositions go forward. We've now got a schedule for that deposition.

We were presented with 380 boxes. We've filed 30(b)6 depositions, which were opposed. We've worked out an agreement on how interrogatories and requests to produce are going to be answered and documents produced.

And so we-- I think, bringing these parties in would substantially slow the case down. And, based on the allegations in the third-party complaint, there's no allegation that there's any one party that's responsible for