**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | |
| NEW ENGLAND GAS COMPANY, INC., | ) | C.A. No. 05-221T |
| *Defendant and Third-Party Plaintiff,* ) | ) | (Consolidated case nos: 05-274T, 05- 370T, 05-522T) |
| v. | ) | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al. | ) | |
| *Third-Party Defendants.* | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT NEW ENGLAND GAS COMPANY'S EMERGENCY MOTION TO STRIKE REMEDIATION DAMAGES**

Plaintiffs hereby oppose New England Gas Company's Motion to Strike Plaintiffs' Remediation Damages Expert Report. In support of their opposition, the Plaintiffs submit the following memorandum:

MEMORANDUM

New England Gas Company ("NEGCo") has moved to strike Weston & Sampson's Remediation Damages Expert Report (the "Remediation Damages Report") on the basis that they were "ambushed" by the disclosure as Weston & Sampson was not listed as a damages expert on an email naming damages experts. In November, NEGCo moved to preclude the Plaintiffs from seeking remediation damages by filing a Motion for Partial Judgment on the Pleading. The Court denied this motion, holding that Plaintiffs could seek abatement and/or damages for

remediation costs. Weston & Sampson was properly disclosed as Plaintiffs' environmental experts. Weston & Sampson's opinion concerning remediation was properly disclosed by March 14, 2008 pursuant to the Order of the Court.

When the Remediation Damages Report was disclosed, the Court had indicated that the trial was most likely going to be bifurcated with liability being tried first. As a result, the parties were operating with the understanding that liability reports needed to be disclosed in February and that damages reports would be disclosed during the four (4) month period of discovery preceding the damages days of the trial. When the Court consolidated both the liability and damages phases of the trial, it set March 14, 2008 as a deadline for disclosing damages experts. Plaintiffs have made clear that Weston & Sampson would be testifying as to the costs of potential remediation of the contamination in the Bay Street Neighborhood Study Area ("BSNSA"). At pages 2-5 of the Remediation Damages Report, Weston & Sampson described the remedial cost estimate prepared by GZA GeoEnvironmental, Inc. ("GZA") and the factors used by GZA to create their remedial cost estimate. The GZA remedial cost estimate was prepared in connection with the sale of certain assets by Southern Union Company to National Grid and has been in the possession of NEGCo since July 2006.

When the Court consolidated both the liability and damages phases of the trial, Weston & Sampson conducted its own evaluation of the remediation necessary in the BSNSA, based upon the GZA cost estimates. The same basic remedial strategy was adopted, however, additional properties, differences in estimates of fill and the passage of time were incorporated into Weston & Sampson's estimate of the cost of remediating the BSNSA. 99% of the data relied upon by Weston & Sampson is from work performed on behalf of NEGCo. The remainder of the data

was disclosed to NEGCo with Weston & Sampson's liability report, or is from historic reports prepared on behalf of the Town of Tiverton and have been available for years.

It was Plaintiffs' understanding that only new experts on damages had to be disclosed on February 29. It is a little far-fetched for NEGCo to claim that given the extensive briefing on this issue that it thought Plaintiffs had given up this claim merely because they did not restate that Kelley Race, LSP from Weston & Sampson was their environmental expert and would be testifying both to the nature and extent of the contamination and also what is required to clean it up. The deposition of Kelley Race, LSP, of Weston & Sampson was held on March 19 and 25, 2008 to provide Defendants with an opportunity to fully examine her expert opinions, expertise and experience. The attorneys for NEGCo made preliminary inquiries into Ms. Race's remediation opinions, but chose to await the result of this motion before inquiring further, stating that the deposition was suspended and with an anticipation that Ms. Race would appear for a third day of deposition if this motion is denied. Plaintiffs have complied with the Court's order concerning the timing of disclosure of damages opinions, had previously disclosed Ms. Race as their environmental expert and made Ms. Race available for two (2) days of deposition already; the remediation damages report is not the type of "ambush" or new opinion which the First Circuit in *Macaulay v. Anas*, 32f. 3d45, 50 (1st. Circ. 2003) intends to prevent. NEGCo has had between two (2) and five (5) years to understand its data and has had all of Weston & Sampson's data since February 15, 2008. Therefore, it has had more than ample time to review and understand the full extent of manufactured gas plant waste ("MGP") in the BSNSA area and has the ability to respond to the remediation damages report as it is responding to Plaintiffs' property damage and emotional distress/loss of use and enjoyment experts.

WHEREFORE, NEGCo is attempting to create issues concerning Plaintiffs' remediation damages report where no substantive issue exists. All of the disclosures and actions complained about in NEGCo's Motion to Strike are appropriate and consistent with the Rules of Federal Procedure as well as the Court's order in this case.

WHEREFORE, Plaintiffs respectfully request that the Court find that the disclosures of Plaintiffs' Remediation Damages Report was appropriate and timely, and deny the NEGCo's motion in its entirety.

Dated: April 1, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Mark W. Roberts*
Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

*/s/ Robert J. McConnell*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Neil T. Leifer*
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

# CERTIFICATION

Service upon the following parties was completed electronically via the ECF system on April 2, 2008 pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

*/s/ Mark W. Roberts*
Mark W. Roberts

**Plaintiffs' Counsel**

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
Email: RevereIII@aol.com

Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Email: brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
Email: rzabbo@rbhelaw.com

**Southern Union**

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: ksherman@apslaw.com

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800
dross@kasowitz.com

Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Eric D. Herschmann, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Email: eherschmann@kasowitz.com

Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
274-2000
Fax: 277-9600
Email: gpetros@haslaw.com

Robin-Lee Main, Esq.
Hinckley Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-0819
401-274-2000
Email: rmain@haslaw.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, PC
3701 Bee Cave Road
Austin, TX 78746
512-479-5900
Fax: 512-479-5934
Email: CDodds@bishoplondon.com

**INTERESTED PARTIES**

**RIDEM**

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415
Tel: 202-383-0140
Fax: 202-637-3593
Cell: 202-299-7992
Email: lewis.wiener@sablaw.com
LEAD ATTORNEY

Patty Allison Fairweather, Esq.
Executive Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
patty.fairweather@dem.ri.gov

Susan B. Forcier, Esq.
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street
Fourth Floor
Providence, RI 02908
222-6607
Fax: 222-3378
Email: susan.wilson@dem.ri.gov

Gregory S. Schultz, Esq.
Legal Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
gregory.schultz@dem.ri.gov

**RI Governor Donald L. Carcieri**

Michael D. Mitchell, Esq.

Matthew B. Smith, Esq.

Department of Administration
One Capitol Hill
Providence, RI 02908
401-222-8339
Fax: 401-222-8244
Email: mmitchell@admin.ri.gov

Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909
272-7277
Fax: 454-5557
Email: matthew@verdecchialaw.com

**Jose Souza, Sr.**

Michael K. Marran, Esq.
PO Box 6067
321 South Main Street, Suite 200
Providence, RI 02940-6067
401-454-4000
Fax: 401-457-7708

**THIRD PARTY DEFENDANTS**

**Gulf Oil Corporation**

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401
Email: btucker@legalmgt.com

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401

David A. Crichlow, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 2212-858-1640
Fax: 212-858-1500

David M. Goldberg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 215-858-1450
Fax: 917-456-3472

Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
909 Fannin Street
Houston, TX 77010
713-276-7633
Fax: 281-582-7545

**Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:**

Benjamin V. White, III Esq.
Vetter & White Inc.
20 Washington Place

Kimberly A. Simpson, Esq.
Vetter & White Inc.
20 Washington Place

Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
bwhite@vetterandwhite.com

Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
ksimpson@vetterandwhite.com

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc:**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
Email: psanford@burnslev.com

Christopher P. McCormack, Esq.
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2016
Fax: 203-576-8888
Email: cmccormack@pullcom.com

**Honeywell International, Inc**

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
Fax: 202-942-5999
Email: jefrey_bromme@aporter.com

**Dominion Resources, Inc**
**Dominion Energy Brayton Point LLC :**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
Email: cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: 401-272-5300

804-697-1449
Fax: 804-698-6001

Fax: 401-331-7454
cwaksler@mcgivneyandkluger.com

**CITY OF FALL RIVER:**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Boston, MA 02199
Main # 617-218-2000\
Direct Line: 617-218-2027
Kryan@tbhr-law.com

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903
401-421-7300
Fax: 401-421-7352
Email: amuri@murilaw.com

Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, PC
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
Fax: 617-261-7673

**TOWN OF TIVERTON:**

Jeanne M. Scott, Esq.
URSILLO, TEITZ & RITCH, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 Ext. 205
Email: Jeannescott@utrlaw.com