UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHEILA REIS, DENNIS REIS, GARY SOUZA, DONNA SOUZA, ALAN TRECIDA, KIM TRECIDA and JOSEPH A. TRECIDA<br><br>Plaintiffs<br>v.<br><br>SOUTHERN UNION COMPANY dba FALL RIVER GAS AND NEW ENGLAND GAS<br><br>Defendant | C.A. No. 05-522T<br>(Consolidated with 05-221T; 05-274T; and 05-370T) |

**NOTICE TO TAKE DEPOSITION**

TO: **Randall W. Grip**
**Aero-Data Corporation**

**c/o Robin Main, Esq.**
**Hinckley Allen & Snyder, LLP**
**50 Kennedy Plaza**
**Providence, RI 02903**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above consolidated matters will conduct the deposition upon oral examination of **Randall W. Grip** on **Friday, April 11, 2008 at 9:30 a.m.** at the offices of Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903. This deposition will continue from day to day until completed, and will be conducted before an officer or other person duly authorized to administer oaths. This deposition will be recorded by stenographic and videographic means. At the time of said deposition, the deponent, Randall W. Grip, is requested to bring with him the documents listed on ***Exhibit A***.

DATED: Apr. 9, 2008

Plaintiffs
By and through their Attorneys,

/s/Richard J. Zabbo, Esq.
Stephen P. Harten (#4102)
Richard J. Zabbo (#6861)
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400 [MAIN]
(401) 331-3440 [FAX]
sharten@rbhelaw.com
rzabbo@rbhelaw.com

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document upon all counsel of record via ECF.

/s/ Richard J. Zabbo