# EXHIBIT A

1. All documents the witness has reviewed in connection with preparation of his March, 2008 report entitled "Statement of Opinions, Randall W. Grip, Aero-Data Corporation, Concerning Interpretation of Aerial Photographs Showing North Tiverton in Newport County, Rhode Island"

2. All documents the witness has reviewed in connection with his anticipated trial testimony.

3. All documents the witness has reviewed regarding nature and/or origin of the alleged contamination in the Bay Street Area, as discovered in 2002.

4. All documents the witness has reviewed regarding coal gasification processes and/or the creation and/or nature of any byproducts created therefrom.

5. All documents the witness has reviewed regarding the knowledge of NEGasCo, its predecessors in interest or Southern Union regarding the disposal of any byproducts or waste created by the type of coal gasification operations conducted in Fall River.