# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 05-522T

Related Cases
C.A. No. 05-221T
C.A. No. 05-274T
C.A. No. 05-370T

SHEILA REIS, DENNIS REIS, ASHLEY REIS, MILDRED PACHECO, GARY SOUZA, DONNA SOUZA individually and on behalf of her minor children STEPHANIE PEZZONE and BRITNEY CORDEIRO for whom she is legally guardian, JAMIE BERGERON individually and on behalf of her minor children KRISTA CAMARA and ETHAN BARNETT, ALAN TRECIDA and KIM TRECIDA individually and on behalf of their minor children ELAINA TRECIDA, ALAN J. TRECIDA, JR., and LYNDSAY TRECIDA, and JOSEPH A. TRECIDA,

Plaintiffs

v.

SOUTHERN UNION COMPANY d/b/a FALL RIVER GAS & NEW ENGLAND GAS

Defendants.

PLAINTIFF SHEILA REIS ET AL.'S AUTOMATIC DISCLOSURE
PURSUANT TO FEDERAL RULE 26(a)

Pursuant to Federal Rule of Civil Procedure 26(a), the plaintiff respectfully submits the following automatic disclosure:

Rule 26(a)(1)(A)

The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

At the present time, plaintiffs believe the following individuals or classes of individuals have discoverable information with respect to this matter:

1. All parties identified in Corvello, et al. v. New England Gas Company, Inc., C.A. No. 05-221T.

2. All parties identified in Burns, et al, v. New England Gas Company, Inc., C.A. No. 05-274 T.

3. All parties identified in Bigelow, et al v. New England Gas Company, C.A. No.: 05- 370T.

4. All parties identified in Reis, et al. v. Southern Union Company, C.A. No. 05-522T.

5. All individuals and entities identified in pre-discovery disclosures of other parties in the proceedings listed in paragraphs 1 through 4 above.

6. Current and former employees and/or individuals associated with the Rhode Island Department of Environmental Management ("RIDEM") and predecessor agencies. RIDEM's address is 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800.

7. Current and former employees and/or individuals associated with the Rhode Island Department of Health ("RIDOH"). RIDOH's address is 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231.

8. Current and former employees and/or individuals associated with the United States Department of Environmental Protection ("EPA") Region 1. The EPA Region 1 address is One Congress Street, Boston, Massachusetts 02114, (888) 372-7341.

9. Current and former employees and/or individuals associated with the Town of Tiverton, Rhode Island. The Town of Tiverton's address is 343 Highland Road, Tiverton, Rhode Island 02878, (401)625-6710.

10. Current and former employees and/or individuals associated with the City of Fall River, Massachusetts. The City of Fall River's address is One Government Center, Fall River, Massachusetts, (508) 324-2000.

11. Current and former employees and/or individuals associated Starwood Tiverton, LLC. Starwood Tiverton's address is 1793 Main Road, Tiverton, Rhode Island 02878, (401) 624-2972.

12. Current and former employees and/or individuals associated with Vanasse Hangen Brustlin ("VHB"). VHB's address is 530 Broadway, Providence, Rhode Island, (401) 272-8100.

13. Current and former employees and/or individuals associated with Woodard and Curran Inc. Woodard and Curran's address is 980 Washington Street, Suite 325 Dedham, Massachusetts 02026, (800) 446-5518.

14. Current and former employees and/or individuals associated with ENSR's address is 2 Technology Park Drive, Westford, Massachusetts 01886, (978) 589-3000.

15. Current and former employees and/or individuals associated with ENVIRON Health Sciences Institute ("ENVIRON"). ENVIRON's address is P.O. ox 2424 Amherst, Massachusetts 01004, (413) 256-3556.

16. Current and former employees and/or individuals associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"). EA Engineering's address is 2350 Post Road, Warwick, Rhode Island 02887, (401) 736-3440.

17. Current and former individuals associated with the Environmental Neighborhood Awareness Committee of Tiverton ("ENACT"). ENACT's address if 190 Bay Street, Tiverton, Rhode Island, (401) 624-8648.

Plaintiffs reserve the right to supplement this list in the appropriate manner as discovery progresses.

**Rule 26(a)(1)(B)**

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

Plaintiffs identify by category and location the following documents, electronically stored information, and tangible things, that are in the possession, custody or control of the plaintiffs and that plaintiffs may use to support their claims, or defenses (unless solely for impeachment):

1. Investigative reports, environmental studies, maps, plans and related materials concerning the investigation of alleged chemical contamination and/or geographical/topographical conditions in the area near the Plaintiffs' property.

2. Mortgage statements and information and related documents addressing the purchase, sale and ownership of the properties owned by the Plaintiffs.

3. Personal records relating to claims of personal injury including medical records, medical bills and related documents.

4. Samples of chemical contamination on Plaintiffs' property taken with permission of Defendants during site investigation.

5. The subject properties.

**Rule 26(a)(1)(C)**

A computation of any category of damages claimed by the disclosing party, making available documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials on the nature and extent of injuries suffered.

**RESPONSE:**

Plaintiffs are seeking recovery of the following damages in this lawsuit::

1. Plaintiffs are seeking economic damages to their real property. At the present time, plaintiffs preliminarily estimate that this totals approximately $1,350,000.00.

2. Plaintiffs are seeking compensation for the loss of use and loss of enjoyment of their real property. At this time, plaintiffs do not have an estimated monetary value for this category of damages.

3. Plaintiffs are seeking the cost of remediation, clean up and eradication of

the pollutants and contaminants to the greatest degree possible.

4. Plaintiffs are also seeking compensation for their personal injuries, pain, suffering and emotional distress, as well as for the increased risk they have for developing illness in the future due to the presence of pollutants and contaminants on their property.

5. Plaintiffs are also seeking any all damages they are entitled to under the controlling regulatory statues, including any doubling or treble or recoverable damages as permitted.

6. Plaintiffs are seeking interest, costs and attorneys' fees as provided by law.

7. Plaintiffs reserve their right to seek punitive damages for defendants conduct was sufficiently willful, reckless and wicked amounting to criminality.

**Rule 26(a)(1)(D)**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

This provision is not applicable to the plaintiffs.

Plaintiffs expressly reserve the right to supplement this disclosure by way of discovery or any other practical and appropriate manner.

/s/ Paul Revere, III
Paul Revere, III
(BBO 636200)
Law Offices of Paul Revere, III
297 North Street, Suite 337
Hyannis, Massachusetts 02601
508-778-7126

Dated: January 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2007, I did send a true copy of the within document by e-mail to the following:

John A. Tarantino, Esquire
David A. Wollin, Esquire
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Robert J. McConnell, Esquire
Michael G. Rousseau, Esquire
Jonathan D. Orent, Esquire
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esquire
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

ric D. Herschmann, Esquire
avid E. Ross, Esquire
ASOWITZ, BENSON, TORRES
FRIEDEMAN LLP
633 Broadway
ew York, New York 10019

hristina Dodds, Esquire
ISHOP LONDON BROPHY DODDS
701 Bee Cave Road
ustin, Texas 78746

ark W. Roberts, Esquire
ICROBERTS, ROBERTS & RAINER, LLP
3 State Street
oston, MA 02109

/s/Paul Revere, III
**Paul Revere, III**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D. | ) | |
| AND JOHN F. CORVELLO, et al. | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | C.A. No. 05-221T |
| | ) | (Related Case No. 05-274T) |
| | ) | |
| | ) | |
| NEW ENGLAND GAS COMPANY, INC. | ) | |
| *Defendant.* | ) | |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURE**

The Plaintiffs, through their undersigned counsel, hereby make the following disclosures pursuant to Rule 26(a)(1)(A) and (B) of the Federal Rules of Civil Procedure and the Order of the Court, Martin, J. dated September 22, 2006:

**A. The Plaintiffs identify the following individuals or organizations as having discoverable information that may be used to support their claims and defenses (unless solely for impeachment):**

Plaintiffs

1. Gail, John F. and John D. Corvello, 188-190 Bay Street, Tiverton, Rhode Island.
2. Linda M. and Robert M. Ferreira, 37 A. Connell Street, Tiverton, Rhode Island.
3. Gary P. Rose and Victor Rose III, 34 Chace Avenue, Tiverton, Rhode Island.
4. Jose A. and Gina Adorno, 15 Bay Street, Tiverton, Rhode Island.
5. Lorraine A. and Frank J. Aguiar, Jr. 62 Canonicus Street, Tiverton, Rhode Island.
6. Cathleen and Michael A. Alvarnas, 39 Chace Avenue, Tiverton, Rhode Island.
7. Mary Lou and Carlos Amaral, 17 Foote Street, Tiverton, Rhode Island.

8. Fatima Amaral, Liria Amaral, Debra Beausoleil, and Susan Correia, 38 Hilton Street, Tiverton, Rhode Island.
9. Maria I. and Pedro M. Amaral, 49 Hilton Street, Tiverton, Rhode Island.
10. Bay View Holy Ghost Citizens Club, c/o its president Shawn Jagmin, 66 Bottom Street, Tiverton, Rhode Island.
11. Henry M. Beirola, Jr., 25 Terrace Avenue, Tiverton, Rhode Island.
12. Stephen Bigos, 36 Canonicus Street, Tiverton, Rhode Island.
13. Nancy Ann and Robert Borden, 26 Culver Drive, Rockland, Massachusetts.
14. Jane and Richard Borges, 60 Chace Avenue, Tiverton, Rhode Island.
15. Mark Bouchard, 19 Clement Street, Apt. 2R, Tiverton, Rhode Island.
16. Sara Cabral, 58 Canonicus Street, Tiverton, Rhode Island.
17. Ellen G. and John Cabral, 85 Canonicus Street, Tiverton, Rhode Island.
18. KWC, LLC, representatives c/o William G. Camara, 1074 Stafford Road, Fall River, Massachusetts.
19. Junya and John Cambra, 91 State Street, Tiverton, Rhode Island.
20. Janice M. and Barry C. Carroll, 145 Judson Street, Tiverton, Rhode Island.
21. Pauline Carvalho, 11A Connell Street, Tiverton, Rhode Island.
22. Karen A. and Claywell M. Chafton, III, 16 Chace Avenue, Tiverton, Rhode Island
23. Kathleen and John Christo, 48 Canconicus Street, Tiverton, Rhode Island.
24. Carolyn Collins, 61 Hilton Street, Tiverton, Rhode Island.
25. Normenia and Jose P. Cordeiro, 51 Canonicus Street, Tiverton, Rhode Island.
26. Shirley M. Cordeiro and Patricia Aguiar, 130 Bay Street, Tiverton, Rhode Island.

27. Isabel M. and Francis R. Correia, 8 Bay Street, Tiverton, Rhode Island.
28. Colleen Fernandes and Manuel Christo, 39 Hilton Street, Tiverton, Rhode Island.
29. Doris and Dennis Duarte, 58 Hilton Street, Tiverton, Rhode Island.
30. John F. Duarte, 9 Hilton Street, Tiverton, Rhode Island.
31. The Estate of Christina Farias, 61 Canonicus Street, Tiverton, Rhode Island.
32. Stephen and Rochelle Ferry, 47 A Connell Street, Tiverton, Rhode Island.
33. Linda and Barry Hair, 52 Hilton Street, Tiverton, Rhode Island.
34. Mary and Larry A. Held, 28 Hilton Street, Tiverton, Rhode Island.
35. Pamela A. and Edward J. Klus, 36 Hooper Street, Tiverton, Rhode Island.
36. Raymond and Judith Lepage, 23 Methuen Street, Tiverton, Rhode Island.
37. Victoria and Michael Macomber, 103 Canonicus Street, Tiverton, Rhode Island.
38. Hilda R., Myron J. and Richard M. Martin, 44 Hilton Street, Tiverton, Rhode Island.
39. Jean and Thomas J. Medeiros, 111 State Avenue, Tiverton, Rhode Island.
40. Linda Mello-Fournier, 114 Canonicus Street, Tiverton, Rhode Island.
41. Lisa M. Mendoza, 28 Hooper Street, Tiverton, Rhode Island.
42. Eleanor and Michael Monast, 40 Judson Street, Tiverton, Rhode Island.
43. Evelyn Morris and Antone Custodio, 126 Hilton Street, Tiverton, Rhode Island.
44. Lucia and Dimas A. Pavao, 88 Bay Street, Tiverton, Rhode Island.
45. Manuel and Odelia Pavao, 80 Bay Street, Tiverton, Rhode Island.
46. Evelyn Rogers and David A. Tavares, 51 Hooper Street, Tiverton, Rhode Island.
47. Lois and Stephen J. Scanlon, 129 Bottom Street, Tiverton, Rhode Island.

48. Michelle and David Silva, 29 Canonicus Street, Tiverton, Rhode Island.

49. Angelina Silvia, 42 Chace Avenue, Tiverton, Rhode Island.

50. Loree A. and Dana Silvia, 30 Judson Street, Tiverton, Rhode Island.

51. Dana and John Silvia, 96 Bay Street, Tiverton, Rhode Island.

52. Barbara A. and Tobias Silvia, Jr., 50 Hooper Street, Tiverton, Rhode Island.

53. Georgianna and Alvin B. Simpson, 123 Judson Street, Tiverton, Rhode Island.

54. Alvin B. Simpson Revocable Trust and Georgianna Simpson Revocable Trust, c/o Janice Carroll, Trustee, 145 Judson Street, Tiverton, Rhode Island

55. Marsha and Clinton Skarka, 114 Lepes Road, Tiverton, Rhode Island.

56. Daniel J. Terceiro, Theresa Farias and Margaret Medeiros, 140 Whitewood Drive, Cranston, Rhode Island.

57. Paul E. Terceiro, 33 Bay Street, Tiverton, Rhode Island.

58. Bruce Thompson, 126 Chace Avenue, Tiverton, Rhode Island.

59. Carolyn and Dennis Valois, 42 Bay Street, Tiverton, Rhode Island.

60. Heather and Antonio Vieira, 55 Canonicus Street, Tiverton, Rhode Island.

61. Betsey D. Warren, 17 Canonicus Street, Tiverton, Rhode Island.

62. Lynne V. and Timothy Waters, 54 Judson Street, Tiverton, Rhode Island.

63. Lisa and Robert Lee Wilt, Jr., 218 Lepes Road, Tiverton, Rhode Island.

64. Cynthia A. Reagan, Debra A. Depaola, and the Estate of George Oliveira, 35 Hilton Street, Tiverton, Rhode Island.

65. Mary Souza, Mary P. Faria, Virginia Borges, Hilda Martin and Delores Boyle, 43 Hilton Street, Tiverton, Rhode Island.

66. Plaintiffs Donna Braga, Jennifer Braga and Adam Braga, 40 Bottom Street, Tiverton Rhode Island.

67. Norma and Ernest Simpson AND the Marion Bradshaw Trust, c/o Motley Rice, LLC, 321 South Main Street, 2nd Floor, Providence, Rhode Island.

Additional Fact Witnesses

68. Jose Sousa, 4 Church Street, Tiverton, Rhode Island.(401) 624-9724

69. Sarafin "Pete" DeSoto, 90 Worcester Road, Washington Depot, Connecticut, (860) 868-2677.

70. John DeSoto, 177 Irving Avenue, Somerset, Massachusetts, (508) 678-9567.

71. Eugene Camara, Dillman Street, Fall River, Massachusetts, (508) 678-3139.

72. John Arruda, 976 Walnut Street, Fall River, Massachusetts, (508) 676-3182.

73. Eddy Carreiro, c/o Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, Massachusetts 02110.

74. Elaine Clark, 14 Fox Run Road, Portsmouth, Rhode Island, (401) 683-1651.

75. Ralph Urban, c/o Motley Rice, LLC 321 South Main Street, 2nd Floor, Providence, Rhode Island 02940.

76. Sarah Cabral, 58 Canonicus Street, Tiverton Rhode Island, (401) 683-3285.

Witnesses with site specific information relating to environmental contamination, effects of contamination, assessment and/or remediation

77. Jeffrey Crawford, Leo Hellested and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island

Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island, (401) 222-6800. The home address(es) of employees of the RIDEM is currently unknown.

78. Robert Vanderslice, and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island RI Department of Health ("DOH"). The DOH's address is 3 Capitol Hill, Providence, Rhode Island, (401) 222-2231. The home address(es) of employees of the DOH is currently unknown.

79. Persons (now or formerly associated with the United States Department of Environmental Protection ,("EPA") Region 1. The EPA Region 1 address is 1 Congress Street, Boston, Massachusetts, (888) 372-7341. The address of employees of the EPA is unknown.

80. Persons (identities currently undetermined or unknown) who have knowledge of dumping or disposal of products from the Fall River Gas Plant in Tiverton, Rhode Island at the Site. Specific addresses currently unknown.

81. David Sousa, James Towers, Joseph Farius, William Grota and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Town of Tiverton, Rhode Island, (401) 625-6710. Specific addresses currently unknown.

82. Persons (identities currently undetermined or unknown) now or formerly associated with Starwood Tiverton, LLC, (401) 624-2971. Specific addresses currently unknown.

83. Persons (identities currently undetermined or unknown) now or formerly associated with Fall River Gas Company. Addresses currently unknown.

84. Persons (identities currently undetermined or unknown) now or formerly associated with New England Gas Company. Addresses currently unknown.

85. Persons (identities currently undetermined or unknown) now or formerly associated with Southern Union Company. Addresses currently unknown.

86. Timothy M. O'Connor, Claude M. Masse and/or other persons (identities currently undetermined or unknown) now or formerly associated with Vanasse Hangen Brustlin, ("VHB"), 530 Broadway, Providence, Rhode Island, (401)272-8100. The home addresses of employees of VHB are currently unknown.

87. Persons (identities currently undetermined or unknown) now or formerly associated with Woodard and Curran, 980 Washington Street, Suite 325 Dedham, Massachusetts, (800) 446-5518. The home addresses of employees of Woodard and Curran are currently unknown.

88. Persons (identities currently undetermined or unknown) now or formerly associated with Fuss and O'Neill, 275 Promenade Street, Suite 350, Providence, Rhode Island, (401) 861-3070. The home addresses of employees of Fuss and O'Neill are currently unknown.

89. Joel J. Trifilo, Michael J. Webster and/or other persons (identities currently undetermined or unknown) now or formerly associated with GeoInsight, 5 Lan Drive, Suite 200, Westford, Massachusetts, (978) 692-1114. The home addresses of employees of GeoInsight are currently unknown.

90. Christopher G. Mariano and/or other persons (identities currently undetermined or unknown) now or formerly associated with ENSR, 2 Technology Park Drive, Westford, Massachusetts, (978) 589-3000. The home addresses of employees of ENSR are currently unknown.

91. Persons (identities currently undetermined or unknown) now or formerly associated with Ransom Environmental Consultants, Inc. ("Ransom"), 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island, (401) 433-2160. The home addresses of employees of Ransom are currently unknown.

92. Persons (identities currently undetermined or unknown) now or formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). The home addresses of employees of ENVIRON are currently unknown.

93. Timothy Regan and/or other persons (identities currently undetermined or unknown) now or formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"), (401) 736-3440. The home addresses of employees of EA Engineering are currently unknown.

94. Persons (identities currently undetermined or unknown) now or formerly associated with Finsness Environmental, 206 Palmer Street, Somerset, Massachusetts, (508) 679-2002. The home addresses of employees of Finsness Environmental are currently unknown.

**B. The plaintiffs identify by category and location the following documents, data compilations and tangible things that are in the possession, custody or control of the plaintiffs and that the plaintiffs may use to support their claims or defenses (unless solely for impeachment), which will be made available for inspection and copying at the offices of plaintiffs counsel, Motley Rice, LLC:**

Corvello vs. NEGCO
Rule 26(b) Disclosure

| CATEGORY | DESCRIPTION | LOCATION |
|---|---|---|
| Media | 1.) Newspapers<br><br>2.) ENACT Media advisories, public statements, press conferences, and PowerPoint presentations<br><br>3.) Public statements and information disseminated by NEGCO via their websites:<br>www.southernunionco.com,<br>www.negasco.com, and www.baystreetproject.com | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Correspondence | 1.) RIDEM<br><br>2.) NEGCO<br><br>3.) Elected Officials (Jack Reed, Lincoln Chaffee, & Donald Carcieri)<br><br>4.) Town of Tiverton<br><br>5.) Tiverton Conservation Commission<br><br>6.) Office of RI Attorney General | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Meeting Minutes | 1.) Town of Tiverton<br><br>2.) Town of Tiverton Resolutions<br><br>3.) ENACT | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Environmental Reports | 1.) RIDEM Management Bay Street Tiverton Study Area reports<br><br>2.) Massachusetts Depart. of Environ. Protection State Avenue Study Area report | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |

| | | |
|---|---|---|
| | 3.) Vanasse Hangen Brustlin reports<br>4.) ENVIRON reports<br>5.) EA Engineering reports<br>6.) US Dept. of Health and Human Services report<br>7.) Ransom reports<br>8.) ENSR reports<br>9.) Fuss & O'Neill<br>10.) Woodward & Curran<br>11.) GeoInsight | |
| Photos | 1.) Site photos<br>2.) Aerial photos | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Incorporations | 1.) RI Secretary of State files<br>2.) SEC filings | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Maps | 1.) Sanborn<br>2.) RI | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Fall River Gas Co. | 1.) Annual reports<br>2.) Newsletters | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Literature | 1.) Management of Manufactured Gas Plant Sites, vols. 1 & 2, edited by Hayes, et al., 1996<br>2.) Toxicology of Coal Conversion Processing, edited by Gray, et al, 1988 | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Other Litigation | 1.) Corys Lane, Tiverton, RI | Motley Rice, LLC |

| | | |
|---|---|---|
| | 2.) Stone & Webster Bankruptcy | 321 South Main Street, 2nd Floor Providence, RI 02903 |
| Hearings/Testimony | 1.) Public Utilities Commission | Motley Rice, LLC 321 South Main Street, 2nd Floor Providence, RI 02903 |

**PLAINTIFFS FULLY RESERVE THEIR RIGHT TO AMEND OR SUPPLEMENT THIS DISCLOSURE BASED UPON FURTHER RULINGS OF THE COURT, IN RESPONSE TO ANY EXHIBITS, DEPOSITIONS OR WITNESSES DESIGNATED BY DEFENDANT, OR FOR ANY OTHER REASON.**

*Dated*: October 2, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER, LLP**
53 State Street
Boston, MA 02109
(617) 722-8222

**CERTIFICATION**

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this 2nd day of October, 2006.

/s/ Susan E. Hargreaves

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
106 E. Sixth Street
Suite 700
Austin, TX 78701

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110

-----Original Message-----
From: Susi Ferreira [mailto:suzy@briancunha.com]
Sent: Tuesday, December 19, 2006 2:32 PM
To: Wollin, David; 'eherschmann@kasowitz.com'; 'cdodds@bishoplondon.com'; 'rmcconnell@motleyrice.com'; 'nleifer@tenlaw.com'; 'mroberts@mcrobertslaw.com'; 'rpollock@campbell-trial-lawyers.com'; 'Revere!!!@aol.com'
Subject: Corvelo, et al v New England Gas Company Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and
JOHN F CORVELLO, et al : C.A. No. 05-221T

VS.

NEW ENGLAND GAS COMPANY INC. :

KEVIN R. BURNS AND FLORENCE J. BURNS, et al : C.A. No. 05-274T

VS.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY :

COLLEEN BIGELOW, et al :

VS. : C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY :

SHEILA REIS, DENNIS REIS, ASHLEY REIS et al : C.A. No. 05-522T

v.

SOUTHERN UNION COMPANY :
ba FALL RIVER GAS COMPANY, and :

NEW ENGLAND GAS COMPANY :

PLAINTIFFS' KEVIN R. BURNS, ET AL AND COLLEEN BIGELOW, ET AL

RULE 26(a)(1) DISCLOSURE

Plaintiffs, Kevin R. Burns, et al and Colleen Bigelow, et al, through their counsel, hereby make the following disclosures pursuant to Rule 26(a)(1)(A), (B) and (d) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A) Disclosure

Plaintiffs, Kevin R. Burns, et al and Colleen Bigelow, et al, identifies the following individuals or organizations who may have discoverable information that may be used to support plaintiffs' claim against the defendant:

1. All plaintiffs identified in Corvello, et al. V. New England Gas Company, Inc., C.A. No. 05-221T.

2. All plaintiffs identified in Burns, et al, v. New England Gas Company, Inc., C.A. No. 05-274 T.

3. All plaintiffs identified in Bigelow, et al vs. New England Gas Company, C.A. No.: 05- 370 T.

4. All plaintiffs identified in Reis, et al. V. Southern Union Company, C.A. No. 05-522T.

Additional Fact Witnesses

1. Additional fact witnesses identified in plaintiffs' Rule 26(a) (1) (A) disclosure in Corvello et al v. New England Gas Company, Inc., C.A. No. 05-221T, and related actions.

2. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with te Rhode Island Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800. The home address(es) of employee(s) or representative(s) of RIDEM is currently unknown.

3. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Health ("RIDOH"). RIDOH's address is 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231. The home address(es) of employee(s) or representative(s) of RIDOH is currently unknown.

4. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the United States Department of Environmental Protection ("EPA") Region 1. The EPA Region 1 address is One Congress Street, Boston, Massachusetts 02114, (888) 372-7341. The home address(es) of employee(s) or representative(s) of EPA is currently unknown.

5. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Town of Tiverton, Rhode Island. The town of Tiverton's address is 343 Highland Road, Tiverton, Rhode Island 02878, (401)625-6710. The home address(es) of employee(s) or representative(s) of the Town of Tiverton is currently unknown.

6. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with the City of Fall River, Massachusetts. The City of Fall River's address is One Government Center, Fall River, Massachusetts, (508) 324-2000. The home address(es) of employee(s) or representative(s) of the City of Fall River is currently unknown.

7. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with Starwood Tiverton, LLC. Starwood Tiverton's address is 1793 Main

Road, Tiverton, Rhode Island 02878, (401) 624-2972. The home address(es) of employee(s) or representative(s) of Starwood Tiverton, LLC is currently unknown.

8. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Vanasse Hangen Brustlin ("VHB"). VHB's address is 530 Broadway, Providence, Rhode Island, (401) 272-8100. The home address(es) of employee(s) or representative(s) of VHB is currently unknown.

9. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Woodard and Curran Inc. Woodard and Curran's address is 980 Washington Street, Suite 325 Dedham, Massachusetts 02026, (800) 446-5518. The home address(es) of employee(s) or representative(s) of Woodard and Curran is currently unknown.

10. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Fuss and O'Neil. Fuss and O'Neil's address is 275 Promenade Street, Suite 350, Providence, Rhode Island 02908, (401) 861-3070. The home address(es) of employee(s) or representative(s0 of Fuss and O'Neil is currently unknown.

11. Persons (identities currently undetermined or unknown) who are now or were formerly associated with GeoInsight. GeoInsight's address is 5 Lan Drive, Suite 200, Westford, Massachusetts 01886, (978) 692-1114. The home address(es) of employee(s) or representative(s) of GeoInsight is currently unknown.

12. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENSR. ENSR's address is 2 Technology Park Drive, Westford, Massachusetts 01886, (978) 589-3000. The home address(es) of employee(s) or representative(s) of ENSR is currently unknown.

13. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Ransom Environmental Consultant, Inc. ("Ransom"). Ransom's address is 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island 02915, (401) 433-2160. The home address(es) of employee(s) or representative(s) of Ransom are currently unknown.

14. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). ENVIRON's address is P.O. ox 2424 Amherst, Massachusetts 01004, (413) 256-3556. The home address(es) of employee(s) or representative(s) of ENVIRON is currently unknown.

15. Persons (identities currently undetermined or unknown) who are now or were formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"). EA Engineering's address is 2350 Post Road, Warwick, Rhode Island 02887, (401) 736-3440. The home address(es) of employee(s) or representative(s) of EA Engineering is currently unknown.

16. Persons (identities currently undetermined or unknown) who are now or were formerly associated with South Coast Environmental - Finsness Environmental. Finsness Environmental's address is 206 Palmer Street, Somerset, Massachusetts 02726, (508) 679-2002. The home address(es) of employee(s) or representative(s) of Finsness Environmental is currently unknown.

17. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Environmental Neighborhood Awareness Committee of Tiverton ("ENACT"). ENACT's address if 190 Bay Street, Tiverton, Rhode Island, (401) 624-8648. The home address(es) of employee(s) or representative(s) of ENACT is currently unknown.

18. Persons and entities (identities currently undetermined or unknown) who are now or were formerly associated with Firestone Tire & Rubber/Bridgestone Americas Holding, Inc., Gulf Oil L. P., Shell Oil Co./Honeywell, Inland Fuel Terminals, Inc./Santa Energy Corp., PD Humphrey Co., Whitney's Auto Repair, and other entities (identities currently undetermined or unknown) who caused, contributed to, or bear responsibility for contamination in the Bay Street Area of Tiverton, Rhode Island.

19. Persons (identities currently undetermined or unknown) who have conducted environmental testing or other testing of materials, land, water, or any other substances in the Bay Street Area.

Rule 26(a)(1)(B) Disclosure

The plaintiffs identify by category the documents, data compilations and tangible things that are in the possession, custody or control of the plaintiffs and that plaintiffs may use to support their claims, or defenses (unless solely for impeachment), which will made available for inspection and copying at the plaintiffs' counsel, Brian Cunha & Associates, 311 Pine Street, Fall River, Massachusetts 02720:

1. Reports, studies, analysis and supporting materials concerning the Bay Street area.
2. All documents produced by defendants.
3. Please see disc to be forwarded under separate cover.

The foregoing are based upon plaintiffs' investigation to date. Plaintiffs reserve their rights to amend or supplement this disclosure.

/s/ Brian R. Cunha

Brian R. Cunha, Esq.
Brian Cunha & Associates

311 Pine Street
Fall River, MA 02720
(508) 675-9500

DATED: December 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2006, I did send a true copy of the within document by e-mail to the following:

John A. Tarantino, Esquire
David A. Wollin, Esquire
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herschmann, Esquire
David E. Ross, Esquire
KASOWITZ, BENSON, TORRES
& FRIEDEMAN LLP
1633 Broadway
New York, New York 10019

Christina Dodds, Esquire
BISHOP LONDON BROPHY DODDS
3701 Bee Cave Road
Austin, Texas 78746

Robert J. McConnell, Esquire
Michael G. Rousseau, Esquire
Jonathan D. Orent, Esquire
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esquire
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esquire
MCROBERTS, ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock, Esquire
Anthony Sbarra, Esquire
CAMPBELL, CAMPBELL, EDWARDS & CONROY , P.C.
One Constitution Plaza
Boston, MA 02129

Paul Revere, III, Esquire
297 North Street, Suite 336
Hyannis, MA 02601

/s/ Brian R. Cunha

Brian R. Cunha, Esq.

Brian Cunha & Associates

311 Pine Street
Fall River, MA 02720
(508) 675-9500