PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF THE DEPOSITION OF WILLIAM GROTA

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant and Third-Party Plaintiff,* )<br><br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al.<br><br>*Third-Party Defendants.* | C.A. No. 05-221T<br>(Consolidated case nos:<br>05-274T, 05- 370T, 05-522T) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF THE DEPOSITION OF WILLIAM GROTA**

I, Mark W. Roberts, counsel for the Gail Corvello, et al Plaintiffs in the above-captioned action, does hereby depose and state as follows to the best of my knowledge and understanding:

1. I am a partner at the law firm McRoberts, Roberts & Rainer, LLP, and licensed in good standing to practice law in the Commonwealth of Massachusetts.

2. Our office through lead Plaintiff, Gail Corvello, was first in contact with Mr. Grota in 2006. Mr. Grota was first disclosed to Defendants in Plaintiffs' Rule 26 Disclosures filed with the Court of October 2, 2006. Subsequently, Plaintiffs identified Mr. Grota in Supplemental Rule 26 Disclosures as a non-party fact witness that "Plaintiffs will call at trial and their experts will rely on".

2. Upon information and belief, William Grota was rushed to the Citrus Memorial Hospital ("hospital") on January 22, 2008 due to inflammation in his pancreas cause by deterioration of Mr. Grota's gallbladder. Upon arrival to the emergency room, Mr. Grato went into kidney failure. He was transferred to the Critical Care Unit where he was hooked up to a respirator and feeding tube. At that time, or relatively soon after, the attending physician found a large stone in Mr. Grota's bowl duct and made the medical decision that his gallbladder was in

such a degenerative state it had to be removed. However, due to Mr. Grota's age and unstable condition it was decided by the medical staff to wait till Mr. Grota was stabilized.

3. Upon information and belief, Mr. Grota remained in the hospital until on or about February 5th when he was transferred to Life Care rehabilitation center. He remained at Life Care until February 18, 2008.

4. Upon returning home for recuperation prior to the gallbladder surgery, Mr. Grato, according to his wife Anne Grota, was very weak and had to receive home nurse care two (2) times a week as well as home rehabilitation services three (3) times a week.

5. Upon information and belief, Mr. Grota had his gallbladder removed at Citrus Memorial Hospital by Dr. Marc Fernandez on March 13, 2008. Due to the size of the gull stone, laparoscopic surgery was not a viable option so the surgeon had to make an incision of eight (8) inches across Mr. Grota's stomach and two (2) inches vertically. He remained in the hospital until March 16, 2008. See Attached hereto Exhibit 1, Medical intake and discharge Orders for Mr. Grota.

6. Upon information and belief, between March 16th and the first part of April 2008 Mr. Grota has been recovering from this major surgery. On April 4th a drainage tube was removed from his abdomen area used during the surgery.

7. Due to Mr. Grota's condition he was unable to communicate with our office during the months of February and March to schedule his deposition. Once he was more stabilized, he communicated to my office on April 11th that he was well for the deposition to take place at his home in Florida but would be unable to travel to Rhode Island. We subsequently noticed Mr. Grota's deposition on the following Monday, April 14th, for April 17th with April 21st as a possible alternate date.

Subscribed and sworn to under pains and penalties of perjury this 15th day of April, 2008.

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Mark W. Roberts*

Mark W. Roberts
**McRoberts, Roberts and Rainer, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF THE DEPOSITION OF WILLIAM GROTA

# Exhibit 1

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

March 06, 2008

MAYL066P0122564
WILLIAM GROTA
10250 N ADLER DR
CITRUS SPRINGS FL 34434-2700

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-0040A**

If you have questions, write or call:
Medicare Part A (#00090)
Post Office Box 45053
Jacksonville, FL 32232

**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask For Hospital Services**

**TTY for Hearing Impaired: 1-877-486-2048**

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

This is a summary of claims processed on 02/14/2008.

## PART A HOSPITAL INSURANCE - INPATIENT CLAIMS

| Dates of Service | Benefit Days Used | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|
| Control number 20804201004905<br>**Citrus Memorial Hospital**<br>**Highland Blvd At Line Street**<br>**Inverness, FL 34452-4754**<br>Referred by: R P. Bellam<br>01/21/08-02/05/08 | 15 days | $0.00 | $1,024.00 | $1,024.00 | a<br>b,c |

Notes Section:

a The amount Medicare paid the provider for this claim is $13,661.85.

b Days are being subtracted from your total inpatient hospital benefits for this benefit period.

c $1,024.00 was applied to your inpatient deductible.

THIS IS NOT A BILL - Keep this notice for your records.

attn: Heather

INVERNESS SURGICAL ASSOCIATES

William Grota

SURGERY IS AT: CMH

DATE OF PREADMIT: 03/10/08 TIME: 11:30 AM LOCATION MOB 2nd Fl

1.bring all meds,and insurance cards
2.you may eat and take your regular meds this day.

DATE OF SURGERY: 03/13/08 Thursday

1.REMEMBER:NOTHING TO EAT OR DRINK AFTER MIDNIGHT
2.The hospital will call you the night before and tell you what time to arrive for surgery/procedure.
3.If you need to cancel or reschedule preadmit or surgery,please call our office at 352-726-3646.
4.Call our office after you get out of hospital to make a post-op appt.

GENERAL INFORMATION ABOUT INCISIONS

SWELLING:it may swell around and below incision.

BRUISING:this occurs in some areas more than others and generally looks worse than it is.

HEALING RIDGE:when swelling goes down,you may notice a hard ridge along incision line,this is a normal part of the healing process and will gradually diminish over several weeks to three months.

PAIN:soreness,a burning sensation,and pain may occur but should gradually diminish,also you may have a sharp,burning pain as the nerves heal,sometimes it feels like an electric shock,this is normal to the healing process.

SIGNS TO WATCH FOR INFECTION

1.red,hot,hard incision

2.fever over 101 degrees

3.drainage-yellowish,green,or thick white as in puss or a foul odor, you need to call Inverness Surgical or go to E.R. if unable to reach us.

ACTIVITIES

Pls stop aspirin now!!

1.you may get up and walk

2.no lifting over 10lbs until Dr. or nurse advises otherwise.

3.follow discharge instructions from hospital.

4.call us with any other questions or concerns at 352-726-3646.

## DISCHARGE INSTRUCTIONS

Drug/Food Interactions Reviewed: ☑ Yes Comment:

Medication Information Reviewed: ☑ Yes Comment:

Community Resources Availability Reviewed: ☑ Yes Comment:

Support Group Availability Reviewed: ☑ Yes Comment:

Smoking Cessation Information Given: ☑ Yes Comment: **in Admission packet**

Diet Information reviewed: ☑ Yes Comment: Low fat

**Equipment needed / ordered for home:**
☐ Walker ☐ Cane ☐ Crutches ☐ Wheelchair ☐ Hospital Bed ☐ Hoyer Lift ☐ Commode
☐ Suction ☐ Oxygen ☐ Diabetes Take Home Kit ☐ Ostomy Supplies

**Disease Instruction Provided:** ☐ Cardiac ☐ Joint Replacement ☐ Ostomy ☐ Stroke ☐ Diabetes
☐ Coumadin Therapy ☐ Home Exercise (breathing, joint, swallowing) ☐ Other:

☐ **Heart Failure:** Weight monitoring daily at the same time of day, report weight gain of 3-5 lbs. within a week to your physician; report new or increased shortness of breath, swelling, fatigue to your physician; follow low sodium, low cholesterol diet; follow activity as tolerated; take medications as directed; call your physician for a follow-up appointment within 2 weeks.

**Symptoms to report to physician** (symptom management /follow-up needs)
☑ Pain - changes in intensity, duration, frequency ☑ Fever ☐ High/low blood sugar ☐ High/low B/P ☑ Swelling
☑ Pain - not controlled with current medication ☐ Cough/wheezing ☑ Nausea/vomiting ☐ Shortness of breath
☑ Wound redness/drainage ☐ Signs/symptoms: ☐ Other:

**Specific Instructions:** (i.e. TED, IS, PICC) / Wound Care: Paint incision c betadine cover with 4x4's daily. T-tube: drain & record every 8 hours

**Weight Monitoring:** ☐ Report weight gain / loss to physician ( 3-5 lbs. within a week)

**Activity:** As tolerated ☑ Other: No lifting more than 10 LBS for 6 wks no showers, bath, swimming or anything until

**Follow-up:** f/u with CHH follow up 10-14 days Dr. [illegible] [illegible] Nurse Visit

**Ongoing needs:** ☑ N/A ☐ Home Health ☐ Referral made
☐ Therapy - PT / ST / OT ☐ Out-patient treatment: ☐ Cardiac Rehab ☐ Heart Healthy Eating
☐ Private care: ☐ County Assistance: ☐ Pulmonary Rehab ☐ Cancer Support Group
☐ $O^2$/Respiratory ☐ Referral made ☐ Diabetic classes (352) 341-6110
☐ Hospice ☐ Referral made

**Pt. Valuables accounted for:** ☐ Dentures ☐ Glasses ☐ Hearing Aid ☐ Clothes/Shoes ☐ Valuables (wallet, jewelry)
☐ Other:
**Accompanied by:** ☑ Family ☐ Volunteer ☐ Med Transport
**Discharged via:** ☐ Med Transp ☐ Stretcher ☑ Wheelchair ☐ Ambulatory

This information has been reviewed by me. I understand the above and have been given the opportunity to ask questions.

Patient / Caregiver Signature: X [signature] Date: 3-16-08 Time 1800

Clinician Signature: [signature] Clinician Signature:

90-0237 Rev. (06/07)

CITRUS MEMORIAL Health System

PDO

GROTA, WILLIAM R 03/13/08
0807300035 70Y 10/05/37 SDS 0040
259878 M 6 MC FERNANDEZ, MARC

WHITE - Chart Copy CANARY - Patient Copy