PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF THE DEPOSITION OF WILLIAM GROTA

# EXHIBIT C

**Heather Spurlock Kennealy**

**From:** Mark Roberts
**Sent:** Tuesday, April 15, 2008 4:05 PM
**To:** Heather Spurlock Kennealy
**Subject:** FW: Rule 26 Witnesses

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320

Please consider the environment before printing this email.
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

---

**From:** Mark Roberts
**Sent:** Tuesday, April 08, 2008 8:16 PM
**To:** 'Seth Davis'
**Cc:** David Ross
**Subject:** RE: Rule 26 Witnesses

Seth,

We intend to call William Grota, however, he just had gall bladder surgery, so I am trying to hook up with him about a video deposition. I'm hoping to have things straightened out tomorrow. Have had difficulty reaching him due to doctors' appointments. We are not going to call Julie Gregory. We will get back to you on the other two tomorrow.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320

Please consider the environment before printing this email.
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission is prohibited. If this transmission was received in error, please contact me at the above number, collect if necessary. Thank you for your attention to this matter.

---

**From:** Seth Davis [mailto:SDavis@kasowitz.com]
**Sent:** Tuesday, April 08, 2008 6:19 PM
**To:** Mark Roberts
**Cc:** David Ross
**Subject:** RE: Rule 26 Witnesses

Mark: Do you have any information relating to what is referenced in your e-mail of April 7?

Thanks,

Seth

-----Original Message-----
**From:** Mark Roberts [mailto:MRoberts@mcrobertsandroberts.com]
**Sent:** Monday, April 07, 2008 2:47 PM
**To:** David Ross
**Cc:** bmcconnell@motleyrice.com; jorent@motleyrice.com; Heather Spurlock Kennealy; Jennifer Bernazani-Ludlum; Seth Davis; Noelle Kowalczyk; Edward Lee
**Subject:** RE: Rule 26 Witnesses

David,

I am attempting to verify which of these witnesses we are going to rely upon at trial and will attempt to have a final answer for you by tomorrow morning.

Mark

Mark W. Roberts
McRoberts, Roberts & Rainer, L.L.P.
Exchange Place
53 State Street
Boston, Massachusetts 02109

Direct Line: 617-227-2125
Office Telephone: 617-722-8222 ext. 410
Facsimile: 617-720-2320
Please consider the environment before printing this email.
Innovative environmental and land use advice, law and litigation

NOTICE OF CONFIDENTIALITY

This electronic transmission is intended solely for the addressee(s) listed above and may contain confidential information. If you are not the named addressee(s), any use, disclosure, copying, or communication of the contents of this transmission