# 4.0 SUBSURFACE INVESTIGATION

## 4.1 SOIL

### 4.1.1 Soil Sampling

A total of 47 soil borings were performed during this investigation. Prior to the beginning of intrusive activities, all proposed soil borings were cleared for utilities by calling Dig Safe. Five days of subsurface investigation were undertaken to completely characterize and delineate the contamination on Town owned property in and around the Bay Street area: 29 and 31 October, 1 and 14 November, and 18 December 2002. Soil borings were advanced using a truck-mounted Geoprobe. Soils were logged and screened in 4-ft acetate sleeves. Soil borings along the proposed path of the Mount Hope Bay Sewer Interceptor (Bay Street, Foote Street, and State Avenue) were advanced to 12 ft below grade in order to assess contamination within the limits of future excavation. Soil borings along the side streets were generally advanced to 8 ft below grade to encompass the depth of contaminated material previously observed in borings along Bay Street.

Samples were collected from all boring locations at the depth interval exhibiting the highest visual/olfactory and flame ionization detector (FID) screening results in each boring. These soils were collected in 8-oz glass jars and were kept under 4°C pending submittal to an analytical laboratory. Upon completion of all soil borings, a total of 13 soil samples (including a field duplicate sample) were sent to a certified analytical laboratory for SVOC analysis by U.S. Environmental Protection Agency (EPA) Method 8270 and total cyanide analysis by EPA Method 9010. Two soil samples were collected from the source material, and the remaining (compliance) soil samples were selected from borings believed to be outside the limits of contaminated soil based upon visual/olfactory and FID screening results.

### 4.1.2 Soil Analytical Results

#### 4.1.2.1 29 October - 1 November 2002

A total of seven soil samples were collected between the dates of 29 October and 1 November 2002. The following compliance samples revealed no evidence of SVOC or cyanide contamination above RIDEM RDEC: Hooper-1, Canonicus-1, Bay-16, and Foote-1. These samples were expected to be clean based upon field observations and screening results.

Regarding the remaining three soil samples, Hilton-1 contained SVOC contamination above RIDEM R-DEC for benzo(k)fluoranthene and chrysene. The two samples collected to represent the fill material, Judson-2 and Bay-5, contained several exceedances of the RIDEM I/CDEC, including benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, dibenzo(a,h)anthracene, and indeno(1,2,3-cd)pyrene. Table 4.1 below illustrates the concentrations of all analytes detected in the soil samples collected during the first round of soil boring advancement, which took place between the dates of 29 October through 1 November 2002.

TABLE 4.1 ANALYTICAL RESULTS FOR 10/29/02-11/01/02 SAMPLING ACTIVITIES

| Analyte Detected (ppm) | Judson-2 | Hooper-1 | Bay-5 | Canonicus-1 | Hilton-1 | Foote-1 | Bay-16 | RIDEM RDEC | RIDEM I/CDEC |
|---|---|---|---|---|---|---|---|---|---|
| Cyanide | **1,130** | ND | 12 | 7 | 48 | ND | ND | 200 | 10,000 |
| 2-Methylnaphthalene | **428** | ND | 0.674 | 0.130 | ND | ND | ND | 123 | 10,000 |
| Anthracene | **78** | ND | 0.948 | ND | ND | ND | ND | 35 | 10,000 |
| Benzo(a)anthracene | *73.5* | ND | **2.86** | ND | 0.352 | ND | ND | 0.9 | 7.8 |
| Benzo(a)pyrene | *451* | ND | **2.57** | ND | 0.247 | ND | ND | 0.4 | 0.8 |
| Benzo(b)fluoranthene | *452* | ND | **2.91** | ND | 0.885 | ND | ND | 0.9 | 7.8 |
| Benzo(g,h,i)perylene | ND | ND | **1.09** | ND | ND | ND | ND | 0.8 | 10,000 |
| Benzo(k)fluoranthene | **56.4** | ND | **2.18** | 0.0933 | **0.935** | ND | 0.112 | 0.9 | 78 |
| Chrysene | **62.9** | ND | **2.90** | ND | **0.535** | ND | ND | 0.4 | 780 |
| Dibenzo(a,h)anthracene | *82.4* | ND | **0.535** | ND | ND | ND | ND | 0.4 | 0.8 |
| Fluoranthene | **201** | ND | 5.28 | ND | 0.959 | ND | ND | 20 | 10,000 |
| Fluorene | **89.9** | ND | 0.771 | ND | ND | ND | ND | 28 | 10,000 |
| Indeno(1,2,3-cd)pyrene | *14.1* | ND | **1.08** | ND | ND | ND | ND | 0.9 | 7.8 |
| Naphthalene | **1,570** | ND | 2.97 | 0.715 | 0.912 | ND | 0.243 | 54 | 10,000 |
| Phenanthrene | **305** | ND | 2.45 | ND | ND | ND | ND | 40 | 10,000 |
| Pyrene | **131** | ND | 5.48 | ND | 1.51 | ND | 0.078 | 13 | 10,000 |

NOTES:
**Bold** indicates exceedance of RIDEM RDEC.
*Italicized* indicates exceedance of RIDEM I/CDEC.
ND = Non-detect.
See Appendix C for a complete set of boring logs completed during this investigation.

#### 4.1.2.2 14 November 2002

Based upon soil sample results from the first round of invasive activities, further locations were chosen for an additional day of Geoprobe activities. Chase Street, which was not adequately marked for utilities before the first round of soil borings, along with locations further east along Judson Street and Hilton Street, were investigated on 14 November 2002 with the intention of finding the easternmost limits of the contamination discovered during sewer excavations. Soils were again analyzed for SVOCs and total cyanide.

Two borings advanced on Chase Street, at 100 and 200 ft from the Bay Street intersection, revealed evidence of contamination through visual/olfactory and FID screening. Analytical results from Chase-3, advanced to 12 ft below ground surface 300 ft east of the Bay Street intersection, exhibited no exceedances of RIDEM RDEC. Analytical results from Hilton-2, advanced 100 ft east of Hilton-1, exceeded RIDEM RDEC for benzo(b)fluoranthene (1.28 ppm) and chrysene (0.551 ppm), despite the absence of visual/olfactory or FID indicators of contamination. The duplicate sample collected at Hilton-2 also exhibited an exceedance of

RIDEM RDEC for benzo(k)fluoranthene, not found in the original sample.

On Judson Street, borings were continued at 100 ft intervals, beginning 100 ft east of the previously advanced Judson-2. At Judson-8, samples were collected from the 0.5 to 1.5-ft interval. No FID or visual/olfactory clues indicated the presence of contamination. However, analytical results revealed the presence of benzo(a)pyrene (0.585 ppm) and chrysene (0.603 ppm) above RIDEM RDEC. Table 4.2 below summarizes the concentrations of all analytes detected during the second round of Geoprobe investigation taking place on 14 November 2002.

TABLE 4.2 ANALYTICAL RESULTS FOR 11/14/02 SAMPLING ACTIVITIES

| Analyte Detected (ppm) | Chase-3 | Hilton-2 | (Hilton-2) DUP-01 | Judson-8 | RIDEM RDEC |
|---|---|---|---|---|---|
| Cyanide | 6.4 | 69 | 43 | ND | 200 |
| Acenaphthylene | ND | 0.165 J | 0.172 J | ND | 23 |
| Anthracene | ND | ND | ND | 0.193 J | 35 |
| Benzo(a)anthracene | ND | 0.270 J | 0.266 J | 0.617 | 0.9 |
| Benzo(a)pyrene | ND | 0.197 J | 0.167 J | **0.585** | 0.4 |
| Benzo(b)fluoranthene | ND | **1.280** | **1.020** | 0.577 | 0.9 |
| Benzo(k)fluoranthene | ND | 0.883 | **0.978** | 0.611 | 0.9 |
| Chrysene | ND | **0.551** | **0.534** | **0.603** | 0.4 |
| Fluoranthene | ND | 0.232 J | 0.194 J | 1.040 | 20 |
| Phenanthrene | ND | 0.107 J | 0.092 J | 0.820 | 40 |
| Pyrene | ND | 0.563 | 0.456 | 1.870 | 13 |

NOTES:
**Bold** indicates exceedance of RIDEM R-DEC.
J = Detected below Method Reporting Limit; estimated value.
ND = Non-detect.
See Appendix C for a complete set of boring logs completed during this investigation.

#### 4.1.2.3 18 December 2002

Based upon the results of soil sampling conducted on 14 November 2002, additional soil borings were completed at locations east of Hilton-2 and Judson-8 on 18 December 2002. As in the previous investigations, soil borings were advanced to 8 ft below ground surface. Sample intervals were selected based upon FID screening results. Soil samples collected were again analyzed for SVOCs and total cyanide.

Soil samples sent for laboratory analysis were collected from Hilton-7 (350 ft east of Hilton-2) and Judson-9 (100 ft east of Judson-8). Benzo(a)pyrene was detected at a level slightly exceeding the RDEC (0.405) in the sample collected from Hilton-7. The boring logs from Hilton Street reveal a thinning fill layer beneath the asphalt, ranging from 1 ft at Hilton-2 to a few inches at Hilton-7. The nature of the fill layer in an easterly direction on Hilton Street suggests a


LEGEND:
SOIL BORING LOCATIONS
STATE AVENUE
CONNELL STREET
CHASE STREET
FULTON STREET
CANONICUS STREET
HOOPER STREET
JUDSON STREET
BAY STREET
POTTER STREET
CHURCH STREET
RAILROAD TRACKS
TAUNTON RIVER
EA ENGINEERING, SCIENCE, AND TECHNOLOGY
MOUNT HOPE BAY SEWER INTERCEPTOR PROJECT SITE INVESTIGATION
SITE PLAN AND SOIL BORING LOCATIONS
FIGURE 2
PROJECT MANAGER: TR
CREATED BY: DG
DESIGNED BY: DC
CHECKED BY: JP
SCALE: AS SHOWN
DATE: FEBRUARY 2003
PROJECT NO:

# Site Investigation Report Addendum
# Town of Tiverton
# Tiverton, Rhode Island

*Prepared for*

Town of Tiverton
343 Highland Avenue
Tiverton, Rhode Island 02878

*Prepared by*

EA Engineering, Science, and Technology, Inc.
2350 Post Road
Warwick, Rhode Island 02886
(401) 736-3440

October 2003
FINAL
EA Project No. 14070.01.0000

# 1. INTRODUCTION

This Site Investigation Report (SIR) Addendum has been prepared in accordance with Section 7.0 of the Rhode Island Department of Environmental Management (RIDEM) "Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases," or "Remediation Regulations" (March 1993, amended August 1996). EA Engineering, Science, and Technology, Inc. (EA) has prepared this addendum on behalf of the Town of Tiverton, Rhode Island to supplement the SIR prepared by EA in March 2003. The purpose of the addendum is to finish the characterization of fill material located beneath the Town-owned roadways between and including Bay Street, Bottom Street, Judson Street, and State Avenue. This addendum also includes an investigation of the Town-owned Bay View Recreation Area located on Hooper Street (Plat 8-6, Block 3, Lot 2).

Figure 1 is a site locus for the study area. Figure 2 is a site plan showing all boring locations in the Bay View Recreation Area. Figure 3 is a detailed site plan including all roadway soil boring locations. Appendix A includes the soil boring logs for the Bay View Recreation Area. Appendix B contains the Certificates of Analysis from the soil samples submitted from these Bay View Recreation Area soil borings. Appendix C is the letter from the Rhode Island Department of Health regarding the analytical results of the Bay View Recreation Area subsurface investigation. Appendix D includes the boring logs from the roadway investigation of State Avenue, A. Connell Street, Chace Avenue, Canonicus Street, Hooper Street, and Bottom Street. Appendix E contains the Certificates of Analysis from these roadway soil samples. Appendix F is the Soil Management Plan established for potential roadway excavations in the study area.

# 4. SUBSURFACE INVESTIGATION

## 4.1 BAY VIEW RECREATION AREA – 29 AND 30 APRIL 2003

### 4.1.1 Soil Sampling

Prior to the beginning of intrusive activities, the Bay View Recreation Area lot was cleared for utilities by calling DigSafe. Two days of subsurface investigation were undertaken to completely investigate the lot in a grid pattern (29 and 30 April 2003). Soil borings were advanced using a truck-mounted Geoprobe 5400. Soils were logged and screened in 4-ft long, 2-in. diameter acetate sleeves. Soil borings were advanced to 12 ft bgs. Boring logs for this Bay View Recreation Area phase of this investigation are included as Appendix A. Figure 2 is a plan of the lot and the location of all 18 soil borings.

Samples were collected from a total of 10 locations. Seven soil samples were collected from the surface interval (0–2 ft bgs) in order to characterize potential exposure risks to site visitors. These 7 locations were chosen to establish the most spatial coverage of the site. Three samples were collected from subsurface depths based upon visual observations indicating a potential presence of contamination in the soil. No elevated flame ionization detector (FID) readings were recorded for any of the 18 soil boring locations.

Soil samples were collected in clean 8-oz glass jars and clean 40-mL vials preserved with methanol, and all samples were kept under 4°C pending submittal to a certified analytical laboratory. The 10 soil samples were analyzed for SVOCs analysis by U.S. Environmental Protection Agency (EPA) Method 8270, Total Cyanide analysis by EPA Method 9010, Priority Pollutant (PP13) Metals by EPA Methods 6010 and 7471, and VOCs by EPA Method 8260B/5035. A trip blank was also submitted for laboratory analysis of VOCs to assess any contamination introduced during transport. Complete Certificates of Analysis for the Bay View Recreation Area samples are included as Appendix B.

### 4.1.2 Soil Analytical Results

No VOCs were detected in any of the 10 soil samples submitted for analysis by EPA Method 8260B/5035. Cyanide was detected in 2 samples (BVRC-6 and BVRC-11) at levels well below the RIDEM RDEC. Arsenic exceeded the RIDEM RDEC at all 10 locations sampled. However, its presence at the deeper samples (BVRC-5, BVRC-6, and BVRC-9), as well as the 7 surficial soil sampling locations, suggests arsenic may be present in the soils naturally and does not appear to constitute a release. Although the arsenic levels at all locations and beryllium levels at 4 locations exceed the RIDEM RDEC, it does not present a health risk due to the surface layers of grasses or gravel around the entire site preventing this direct exposure.

The only boring location with exceedances of the RIDEM RDEC besides arsenic and beryllium is BVRC-6 (2–4 ft). This interval was chosen for sampling at this boring location based upon the suspicious nature of the soils, which were black and "sparkly" with a slight asphaltic odor.

Although the levels of arsenic, beryllium, lead, and 6 PAHs exceed the RIDEM RDEC, the sample was collected at a depth of 2–4 ft bgs, with 2 ft of fill and vegetation overlying the contaminated layer. Therefore, these soils at BVRC-6 do not present a direct exposure risk to site visitors. Analytical results for the soil sampling activities at Bay View Recreation Area are presented in the table below.

ANALYTICAL RESULTS FOR 29 AND 30 APRIL 2003 SOIL SAMPLING ACTIVITIES

| Analyte Detected (ppm) | BVRC1 (0-2 ft) | BVRC3 (0-2 ft) | BVRC5 (10-12 ft) | BVRC6 (2-4 ft) | BVRC7 (0-2 ft) | BVRC9 (5-7 ft) | BVRC11 (0-2 ft) | BVRC14 (0-2 ft) | BVRC16 (0-2 ft) | BVRC18 (0-2 ft) | RIDEM RDEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cyanide | ND | ND | ND | 8.9 | ND | ND | 9.2 | ND | ND | ND | 200 |
| Arsenic | **2.92** | **4.64** | **2.25** | **4.88** | **3.41** | **2.27** | **6.36** | **4.96** | **10.3** | **3.88** | 1.7 |
| Beryllium | 0.197 | 0.304 | 0.261 | **0.827** | **0.420** | 0.307 | **0.439** | 0.321 | **0.460** | 0.301 | 0.4 |
| Chromium | 6.1 | 6.96 | 2.22 | 4.18 | 7.57 | 3.65 | 9.06 | 8.45 | 8.92 | 9.91 | 1,790 |
| Copper | 10.3 | 16.9 | 6.66 | 27.4 | 4.73 | 9.19 | 17.8 | 2.02 | 11.9 | 11.7 | 3,100 |
| Lead | ND | 84.1 | 11.6 | **257** | ND | 8.53 | 99 | 12.8 | 65.6 | 12.8 | 150 |
| Mercury | ND | 0.115 | ND | 0.343 | ND | ND | 1.01 | 0.124 | 0.292 | 0.037 | 23 |
| Nickel | 11.5 | 6.56 | 3.44 | 8.6 | 4.89 | 4.57 | 7.06 | 5.33 | 7.55 | 11.3 | 1,000 |
| Zinc | 23.2 | 190 | 10.2 | 28.1 | 18.9 | 12.4 | 51.4 | 21.6 | 43.7 | 42 | 6,000 |
| 2-Methylnaphthalene | ND | ND | ND | 0.189J | ND | ND | ND | ND | 0.069J | ND | 123 |
| Acenaphthene | ND | ND | ND | 0.046J | ND | ND | ND | ND | 0.025J | ND | 43 |
| Acenaphthylene | ND | ND | ND | 0.179J | ND | ND | 0.146J | ND | ND | 0.040J | 23 |
| Anthracene | ND | ND | ND | 0.385J | ND | ND | 0.069J | ND | ND | ND | 35 |
| Benzo(a)anthracene | ND | 0.110J | ND | **1.310** | ND | ND | 0.255J | ND | 0.106J | 0.097J | 0.9 |
| Benzo(a)pyrene | ND | 0.142J | ND | **1.610** | ND | ND | 0.279J | ND | 0.114J | 0.131J | 0.4 |
| Benzo(b)fluoranthene | ND | 0.129J | ND | **1.870** | ND | ND | 0.273J | ND | 0.103J | 0.112J | 0.9 |
| Benzo(g,h,I)perylene | ND | 0.109J | ND | **1.000** | ND | ND | 0.199J | ND | 0.070J | 0.176J | 0.8 |
| Benzo(k)fluoranthene | ND | 0.136J | ND | **1.200** | ND | ND | 0.269J | ND | 0.119J | ND | 0.9 |
| Chrysene | ND | 0.136J | ND | **1.440** | ND | ND | 0.305J | ND | 0.160J | 0.113J | 0.4 |
| Dibenzo(a,h)anthracene | ND | ND | ND | ND | ND | ND | 0.056J | ND | ND | 0.031J | 0.4 |
| Fluoranthene | ND | 0.203J | ND | 1.390 | ND | ND | 0.332J | ND | 0.243J | 0.275J | 20 |
| Fluorene | ND | ND | ND | 0.097J | ND | ND | ND | ND | ND | ND | 28 |
| Indeno(1,2,3-cd)pyrene | ND | 0.093J | ND | 0.885 | ND | ND | 0.155J | ND | 0.057J | 0.088J | 0.9 |
| Naphthalene | ND | ND | ND | 0.256J | ND | ND | 0.044J | ND | 0.186J | ND | 54 |
| Phenanthrene | ND | 0.069J | ND | 1.360 | ND | ND | 0.206J | ND | 0.125J | 0.101J | 40 |
| Pyrene | ND | 0.183J | ND | 4.900 | ND | ND | 0.427 | ND | 0.217J | 0.306J | 12 |

NOTE: **Bold** indicates an exceedance of the Rhode Island Department of Environmental Management (RIDEM) Residential Direct Exposure Criteria (RDEC).
J = Detected below the Method Detection Limit; estimated value.
ND = Not detected.

A letter to the Town of Tiverton from the Rhode Island Department of Health (RIDOH) dated 19 June 2003 concluded that the "Bay View Recreation Area is safe for both children and adults to use for sports and other play activities" based upon these soil analytical results. This letter is included as Appendix C.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, et al. :
:
VS. : C.A. NO. 05-221T,
: 05-274T, 05-370T,
NEW ENGLAND GAS COMPANY, et al.: 05-522T

Deposition of ERIC SUUBERG, a Witness herein, taken on behalf of the Defendant, on WEDNESDAY, MARCH 12, 2008, 9:40 A.M., at the offices of HINCKLEY, ALLEN & SNYDER, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island, before Vivian S. Dafoulas, Registered Merit Reporter/Certified Realtime Reporter.

CONDENSED COPY

Vivian S. Dafoulas, RMR-CRR
50 Fieldstone Drive
East Greenwich, RI 02818-2064
(401) 885-0992

PLAINTIFF'S EXHIBIT B

Page 134

are talking about, okay?
A. Okay.
Q. Let's talk about how MGP facilities handled box waste.
A. Okay.
Q. All right. What were -- what were the common methods for handling box waste in that time frame by MGP facilities?
A. Well, I think that I cited in my report the report by Wardale that outlined a number of different approaches that were used. Quite often they were used for fill on the -- the site and other times they were disposed of in -- into dumps because they were unpleasant materials.
There was some attempt in a few cases at capturing the Prussian blue value from these materials. I'm not aware that that was attempted here at Fall River. Those are typical ways in which the material was handled.
Q. So the most common options were either to use them as fill both on-site and off-site I assume?
MR. ORENT: Objection.
A. Well, I mean I've seen a lot of reference to it being used as fill on-site. I've

Page 135

seen less reference to it being used as fill off-site.
Q. Do you recall some of the articles that you've cited in this -- in this report describing box waste as commonly being used for off-site filling purposes?
A. Well, again I -- I mentioned the Wardale article. I think he's one who particularly does say --
Q. Right.
A. -- that it is used for that purpose.
Q. Right.
A. Yes.
Q. And roadbed is one of the areas cited for as fill?
A. I believe that's one of them, yes.
Q. And the other method that was very common that you referred to was disposing of it at a dump?
MR. ORENT: Objection.
A. Disposing of it on a dump site somewhere, yes.
Q. Okay. Was that a common way to handle it?
A. Yes.

Page 136

Q. Okay. And I think the third method of handling box waste, which I think you described as being uncommon, unusual, was to sell it for somebody to extract Prussian blue from?
A. Correct.
Q. Any other methods of handling box waste during that time frame or are these the three that you are familiar with?
A. Well, those -- those are the three that I'm recalling here. Wardale, I think, split some of those categories a little bit but those -- those generally cover it.
Q. Okay. And in terms of your knowledge on that specific point we just talked about, that knowledge again, Dr. Suuberg, comes from the literature that you've reviewed?
A. Correct.
Q. Okay. Do you have Page 10 of your report available?
A. Well, I have the report right here.
Q. Okay. Third full paragraph, I think you state in your report, "Spent oxides..." And that's box waste, right?
A. Yes.
Q. "Spent oxides were commonly used as

Page 137

fill, both on MGP sites and off-site"; correct?
A. Correct.
Q. And again that's a statement based on the literature that you reviewed and some of the conclusions in that literature?
A. Correct.
MR. ORENT: Objection. Asked and answered.
Q. Were box wastes a good drying agent?
A. Again, you're -- you're asking -- when you ask drying agent -- and this goes for what you said earlier about the ash as well -- when I hear the term drying agent, I think of desiccants, materials like that, so in that regard I say no because they're not as effective as a -- as a desiccant material that I would use in my laboratory but I am interpreting your question as being can you put it into a swampy area or something like that? Well, sure you can. I mean as you could any other granular material.
Q. You talk about -- in your report, you talk about box waste at some point being banned from certain public dumps in the United States; do you recall saying that in your report?
A. Yes.