1945

# TO JOHN SIMPSON, JR., DR.

## GENERAL CONTRACTOR - EXCAVATING - BUILDING MOVER

WASHED SAND AND GRAVEL TRUCKING

Fall River Gas Works Co.
Fall River,
Massachusetts

15 STATE AVENUE
NORTH TIVERTON, R. I.

Tear Off This Stub and Return with Check. Cancelled Check Will Be Your Receipt.

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE PAY LAST AMOUNT IN THIS COLUMN |
|---|---|---|---|---|
| | Brought Forward | | | |
| Apr. 21 | Truck 5 hrs. @ 2.00 | 10.00 | Hauling Producer fire ashes to dump, X615B ✓ | |
| | Trans. Tax | .30 | | |
| | Driver Ex. Time 5 hrs. @ .50 | 2.50 | | |
| 23 | Truck 8 hrs. @ 2.00 | 16.00 | Cleaning yard X615B ✓ | |
| | Trans. Tax | .48 | | |
| 24 | Truck 8h rs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 25 | Truck 8 hrs. @ 2.00 | 16.00 | Repairing yard driveways X616AW ✓ | |
| | Trans. Tax | .48 | | |
| 26 | Truck 8 hrs. @ 2.00 | 16.00 | | |
| | Trans. Tax | .48 | | |
| 27 | Truck 8hrs. @ 2.00 | 16.00 | Hauling Generator fire ashes to dump X615B ✓ | |
| | Trans. Tax | .48 | | |
| 28 | Truck 5 hrs. @ 2.00 | 10.00 | Hauling yard cleanings to dump X615B ✓ | |
| | Trans. Tax | .30 | | |
| | Driver Ex. Time 5 hrs. @ .50 | 2.50 | | |
| 30 | Truck 8 hrs. @ 2.00 | 16.00 | Hauling material for Machine Shop X615B ✓ | |
| | Trans. Tax | .48 | | |
| | | 380.80 | | $380.80 |

Date 5-2-45
Order No. 5318W
Price O.K. [signature]
Material Rec'd [signature] 4/30/45
Approved [signature]
Ext. & Add. [signature] 5/3
Charged To [signature]
X615B 281.92
X616AW 32.96
Coke Sth. Exp. 65.92
380.80

JOHN SIMPSON, JR.

FRGCI 19229

PHONE FALL RIVER 2-4861

August 31, 1946

# TO JOHN SIMPSON, JR., DR.

## GENERAL CONTRACTOR - EXCAVATING - BUILDING MOVER

WASHED SAND AND GRAVEL TRUCKING

Fall River Gas Works Co.
155 North Main Street
Fall River, Mass.

15 STATE AVENUE
NORTH TIVERTON, R. I.

Tear Off This Stub and Return with Check. Cancelled Check Will Be Your Receipt.

| DATE | Charles St. Plant DESCRIPTION | | | DEBITS | CREDITS | BALANCE PAY LAST AMOUNT THIS COLUMN |
|---|---|---|---|---|---|---|
| | Truck working in Plant | | | | | |
| Aug. 8 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | Hauling Boiler Ashes to dump C.D. & W.S. X616B | |
| 27 | Truck | 6 hrs. @ 2.00 hr. | | 12.00 | Stacking Coke in yard | |
| 28 | Truck | 6 hrs. @ 2.00 hr. | | 12.00 | | |
| 29 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | | |
| 30 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | Coke Stk Exp. | |
| 31 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | ✓ | 88.00 |
| | Stacking Breeze | | | | | |
| Aug. 10 | Bulldozer | 6 hrs. @ 7.00 hr. | Stacking Coke Breeze in yard Coke Breeze Stk Exp. ✓ | 42.00 | | 42.00 |
| | Hauling Oxide from Car to Plant | | | | | |
| Aug. 26 | Truck | 8 hrs. @ 2.00 hr. | Unloading Oxide from car for W.S. Purification 889A8 ✓ | 16.00 | | |
| | Trans. Tax | | | .48 | | |
| 27 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | | |
| | Trans. Tax | | | .48 | | |
| 28 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | | |
| | Trans. Tax | | | .48 | | |
| 29 | Truck | 8 hrs. @ 2.00 hr. | | 16.00 | | |
| | Trans. Tax | | | .48 | | 65.92 |
| | | | | | | $195.92 |

ALL:

I am sending this E-mail to update you on the situation in the Bay Street area concerning Telephone pole replacement.

I called Verizon on 18 Jan'06 to notify them about pole # 3 located on West Canonicus St. This pole is leaning toward the road and should be replaced.

Verizon started replacement action within two days. However, after digging the hole they were directed by DPW to replace the dirt back in the hole since they were not conducting this project in accordance with the Town of Tiverton's safety procedure. The dirt was put back in the hole and the Verizon crew left the area. DPW removed the excess dirt on top of the hole. No further activity has occurred to this date.

Dave Webster informed me that Verizon now has the safely procedure.

I finally made contact with Verizon this morning. David Sinottee (401-847-9165) Npt office, told me the following:

He believes that the process of replacing a tel pole in our area would involve hiring a company to handled the dirt and remove it. He is also concerned on how to clean his equipment. He believes this will be very costly.

He is waiting for direction from Verizon's regulatory group. (401-525-2400)

He also stated that the union is now involved and there could be a liability problem.

The present status of the pole is this:

The pole has a condemned sticker on it, which means no climbing. He believes the pole will NOT fall since it has wiring from the two adjacent poles, which should hold it up.

Final note:

Verizon, National Grid and the Town of Tiverton need to get together to resolve this issue. There is a scheduled meeting with members of ENACT, Town Administrator, and DPW on 6 Feb at the Town Hall. I plan to attend this meeting. Hopefully we can put together a plan of action to stove this problem.

Sincerely

John S. Christo

(401-624-6002)

PLAINTIFF'S EXHIBIT
tabbies
E

# TOWN OF TIVERTON
## DEPARTMENT OF PUBLIC WORKS
50 INDUSTRIAL WAY
PHONE: 401-625-6760
FAX: 401-625-6783
EMAIL:publicworksdirector@townoftivertonri.com
DAVID A. WEBSTER, PE, DIRECTOR


January 25, 2006

Fred Amaral
New England Gas Co.
100 Weybosset St.
Providence, RI 02903

Dear Mr. Amaral:

An emergency moratorium was adopted as a Resolution-Ordinance of the Tiverton Town Council on September 8, 2003, which prohibits soil excavation and land development projects of any sort within the moratorium area. The moratorium area is bounded on the North by State Avenue, on the West by the Sakonnet River, on the South by the so-called Simpson Wall and on the East by Church Street (extended to State Avenue and the so-called Simpson Wall). The Town Council has voted every six months to extend the moratorium (see attached.)

A copy of the Safety, Health, and Emergency Response Plan for the Town of Tiverton, Rhode Island dated July 2003 and prepared by EA Engineering, Science, and Technology is enclosed. This document describes in detail the measures that must be taken to protect workers and the public when authorized excavations are authorized and undertaken. The SHRERP is intended for major excavations that are greater than three (3) feet in depth and greater than seventy five (75) square feet. Please note that BETA Group, Inc. has replaced EA Engineering, Science, and Technology as the Town's engineer of record for the moratorium area. The contact person at BETA is Joseph R. McLoughlin, II, LSP, Project Manager at 401-333-2382. A separate Work Plan and Health and Safety Plan for Minor Excavations (less than three (3) feet in depth and less than seventy five (75) square feet) dated December 16, 2005 and prepared by BETA Group, Inc. is currently under review and awaiting adoption by the Town Council.

Certified 7004 2890 0000 8386 4937



COPY

This letter is to serve as official notification to you and your company of the existence of the moratorium area and the restrictions on excavations therein. You are reminded that any excavations that are performed within the Town road right of ways must be performed by a drain layer licensed and permitted in accordance with Town Ordinance Sec. 70-3 Excavations.

Your assistance in this matter is appreciated. Should you have any questions, please contact my office.

Sincerely,

David A. Webster

David A. Webster, PE
Director of Public Works

Cc: W. Glenn Steckman, Town Administrator
Thomas Blakey, Chief of Police
Joseph R. McLoughlin, II, BETA Group

TOWN OF TIVERTON
DEPARTMENT OF PUBLIC WORKS
50 INDUSTRIAL WAY
TIVERTON, RI 02878
PHONE: 401-625-6760
FAX: 401-625-6783
EMAIL: publicworksdirector@townoftivertonri.com
DAVID A. WEBSTER, PE. DIRECTOR

July 17, 2006

Mr. Robert Johnson
Right of Way Supervisor
Duke Energy Company
8 Wilson Way
Westwood, MA 02090

Dear Mr. Johnson:

An emergency moratorium was adopted as a Resolution-Ordinance of the Tiverton Town Council on September 8, 2003, which prohibits soil excavation and land development projects of any sort within the moratorium area. The moratorium area is bounded on the North by State Avenue, on the West by the Sakonnet River, on the South by the so-called Simpson Wall and on the East by Church Street (extended to State Avenue and the so-called Simpson Wall). The Town Council has voted every six months to extend the moratorium and voted the extension again on June 26, 2006 (see attached).

A copy of the Safety, Health, and Emergency Response Plan for the Town of Tiverton, Rhode Island dated July 2003 and prepared by EA Engineering, Science, and Technology has previously been provided to you. This document describes in detail the measures that must be taken to protect workers and the public when authorized excavations are authorized and undertaken. The SHRERP is intended for major excavations that are greater than three (3) feet in depth and greater than seventy five (75) square feet. Please note that BETA Group, Inc. has replaced EA Engineering, Science, and Technology as the Town's engineer of record for the moratorium area. The contact person at BETA is Joseph R. McLoughlin, II, LSP, Project Manager at 401-333-2382. A separate Work Plan and Health and Safety Plan for Minor Excavations (less than three (3) feet in depth and less than seventy five (75) square feet) dated December 16, 2005 and prepared by BETA Group, Inc. was adopted by the Town Council on June 26, 2006. A copy is enclosed for your reference.

Certified 7004 2890 0000 8389 2640



COPY

This letter is to serve as official notification to you and your company of the existence of the moratorium area and the restrictions on excavations therein. You are reminded that any excavations that are performed within the Town road right of ways must be performed by a drain layer licensed and permitted in accordance with Town Ordinance Sec. 70-3 Excavations.

Your assistance in this matter is appreciated. Should you have any questions, please contact my office.

Sincerely,

David A. Webster

David A. Webster, PE
Director of Public Works

Cc: W. Glenn Steckman, Town Administrator
Thomas Blakey, Chief of Police
Joseph R. McLoughlin, II, BETA Group

TOWN OF TIVERTON
DEPARTMENT OF PUBLIC WORKS
50 INDUSTRIAL WAY
TIVERTON, RI 02878
PHONE: 401-625-6760
FAX: 401-625-6783
EMAIL: publicworksdirector@townoftivertonri.com
DAVID A. WEBSTER, PE. DIRECTOR

July 17, 2006

David Sinotte
Verizon
286 Connell Highway
Newport, RI 02840

Dear Mr. Sinotte:

An emergency moratorium was adopted as a Resolution-Ordinance of the Tiverton Town Council on September 8, 2003, which prohibits soil excavation and land development projects of any sort within the moratorium area. The moratorium area is bounded on the North by State Avenue, on the West by the Sakonnet River, on the South by the so-called Simpson Wall and on the East by Church Street (extended to State Avenue and the so-called Simpson Wall). The Town Council has voted every six months to extend the moratorium and voted the extension again on June 26, 2006 (see attached).

A copy of the Safety, Health, and Emergency Response Plan for the Town of Tiverton, Rhode Island dated July 2003 and prepared by EA Engineering, Science, and Technology has previously been provided to you. This document describes in detail the measures that must be taken to protect workers and the public when authorized excavations are authorized and undertaken. The SHRERP is intended for major excavations that are greater than three (3) feet in depth and greater than seventy five (75) square feet. Please note that BETA Group, Inc. has replaced EA Engineering, Science, and Technology as the Town's engineer of record for the moratorium area. The contact person at BETA is Joseph R. McLoughlin, II, LSP, Project Manager at 401-333-2382. A separate Work Plan and Health and Safety Plan for Minor Excavations (less than three (3) feet in depth and less than seventy five (75) square feet) dated December 16, 2005 and prepared by BETA Group, Inc. was adopted by the Town Council on June 26, 2006. A copy is enclosed for your reference.

COPY



Certified 7004 2890 0000 8389 2657

This letter is to serve as official notification to you and your company of the existence of the moratorium area and the restrictions on excavations therein. You are reminded that any excavations that are performed within the Town road right of ways must be performed by a drain layer licensed and permitted in accordance with Town Ordinance Sec. 70-3 Excavations.

Your assistance in this matter is appreciated. Should you have any questions, please contact my office.

Sincerely,

David A. Webster

David A. Webster, PE
Director of Public Works

Cc: W. Glenn Steckman, Town Administrator
Thomas Blakey, Chief of Police
Joseph R. McLoughlin, II, BETA Group

TOWN OF TIVERTON
DEPARTMENT OF PUBLIC WORKS
50 INDUSTRIAL WAY
TIVERTON, RI 02878
PHONE: 401-625-6760
FAX: 401-625-6783
EMAIL: publicworksdirector@townoftivertonri.com
DAVID A. WEBSTER, PE. DIRECTOR

July 17, 2006

Mr. Sonny Moniz
National Grid
Turner Road
Middletown, RI 02842

Dear Mr. Moniz:

An emergency moratorium was adopted as a Resolution-Ordinance of the Tiverton Town Council on September 8, 2003, which prohibits soil excavation and land development projects of any sort within the moratorium area. The moratorium area is bounded on the North by State Avenue, on the West by the Sakonnet River, on the South by the so-called Simpson Wall and on the East by Church Street (extended to State Avenue and the so-called Simpson Wall). The Town Council has voted every six months to extend the moratorium and voted the extension again on June 26, 2006 (see attached).

A copy of the Safety, Health, and Emergency Response Plan for the Town of Tiverton, Rhode Island dated July 2003 and prepared by EA Engineering, Science, and Technology has previously been provided to you. This document describes in detail the measures that must be taken to protect workers and the public when authorized excavations are authorized and undertaken. The SHRERP is intended for major excavations that are greater than three (3) feet in depth and greater than seventy five (75) square feet. Please note that BETA Group, Inc. has replaced EA Engineering, Science, and Technology as the Town's engineer of record for the moratorium area. The contact person at BETA is Joseph R. McLoughlin, II, LSP, Project Manager at 401-333-2382. A separate Work Plan and Health and Safety Plan for Minor Excavations (less than three (3) feet in depth and less than seventy five (75) square feet) dated December 16, 2005 and prepared by BETA Group, Inc. was adopted by the Town Council on June 26, 2006. A copy is enclosed for your reference.

Certified # 7004 2890 0000 8389 2626



COPY