UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Gail Corvello, et al.,<br>Kevin Burns, et al.,<br>Colleen Bigelow, et al., and<br>Sheila Reis, et al.<br>*Plaintiffs,*<br>v.<br><br>New England Gas Company, Inc.<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Numbers:<br>05-221T, 05-274T, 05-370T,<br>05-522T |

**PRIVILEGE LOG**

Pursuant to Fed. R. Civ. P. 45(d)(2)(A), in accordance with a subpoena issued by the defendant New England Gas Company dated March 5, 2007, the undersigned Shell Oil Company hereby asserts claims of privilege for the documents indicated on Schedule A, attached hereto.

SHELL OIL COMPANY

By /s/ Mark T. Reynolds

Mark T. Reynolds, Esq. #4764
REYNOLDS, DeMARCO & BOLAND LTD.
146 Westminster Street, Suite 400
Providence, Rhode Island 02903
Telephone: 401.861.5522
Facsimile: 401.331.4861
Email: mtreynolds@conversent.net

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Privilege Log was electronically mailed this 13th day of May, 2008, as follows:

**Gregory L. Benik**
gbenik@jreri.com,mbiagetti@jreri.com

**Jeffrey Bromme**
jeffrey_bromme@aporter.com

**David A. Cetola**
dcetola@mcrobertslaw.com

**David A. Crichlow**
david.crichlow@pillsburylaw.com

**Christina C. Dodds**
CDodds@bishoplondon.com

**Susan B. Forcier**
susan.wilson@dem.ri.gov

**David M. Goldberg**
david.goldberg@pillsburylaw.com,catherine.mcculley@pillsburylaw.com,judy.way@pillsburylaw.com

**Stephen P. Harten**
sharten@rbhelaw.com,kpaiva@rbhelaw.com

**Eric D. Herschmann**
eherschmann@kasowitz.com

**Heather Spurlock Kennealy**
hskennealy@mcrobertslaw.com

**Neil T. Leifer**
nleifer@tenlaw.com

**Robin-Lee Main**
rmain@haslaw.com,sjfoster@haslaw.com

**John J. McConnell , Jr**
jmcconnell@motleyrice.com

**Robert J. McConnell**
bmcconnell@motleyrice.com,lgrande@motleyrice.com

**Christopher P. McCormack**
cmccormack@pullcom.com

**Catherine C. McCulley**
catherine.mcculley@pillsburylaw.com

**Brad J. Mitchell**
bmitchell@tenlaw.com

**Michael D Mitchell**
mmitchell@admin.ri.gov

**Anthony F. Muri**
amuri@murilaw.com

**Jonathan D Orent**
jorent@motleyrice.com

**Gerald J. Petros**
gpetros@haslaw.com,clomas@haslaw.com

**Mark W. Roberts**
mroberts@mcrobertslaw.com

**Paul Revere , III**
revereiii@aol.com

**Patricia K. Rocha**
procha@apslaw.com,dhumm@apslaw.com,jtarantino@apslaw.com

**David E. Ross**
dross@kasowitz.com

**Kerry T. Ryan**
kryan@tbhr-law.com

**Paul M. Sanford**
psanford@burnslev.com,jdurand@burnslev.com

**Gregory S. Schultz**
gregory.schultz@dem.ri.gov

**Jeanne M. Scott**
jeannescott@utrlaw.com,trevorfittro@utrlaw.com

**Emily C. Shanahan**
eshanahan@tbhr-law.com

**Kristen W. Sherman**
ksherman@apslaw.com,afontaine@apslaw.com,btallman@apslaw.com

**Kimberly A. Simpson**
ksimpson@vetterandwhite.com

**Matthew B. Smith**
matthew@verdecchialaw.com

**Aileen L. Sprague**
asprague@motleyrice.com

**David C. Strouss**
dstrouss@tenlaw.com

**John A. Tarantino**
jtarantino@apslaw.com,dhumm@apslaw.com

**Bruce Gregory Tucker**
btucker@legalmgt.com

**Christian F. Uehlein**
cuehlein@tenlaw.com

**Brian A. Wagner**
brian.wagner@dem.ri.gov

**Craig R. Waksler**
cwaksler@mcgivneyandkluger.com

**Benjamin V. White , III**
bwhite@vetterandwhite.com

**William D Wick**
bwick@ww-envlaw.com

**Lewis S. Wiener**
lewis.wiener@sablaw.com

**David B. Willis**
dwillis@legalmgt.com

**David A. Wollin**
dwollin@apslaw.com,epickett@apslaw.com,dciuffetelli@apslaw.com

**Richard J. Zabbo**
rzabbo@rbhelaw.com

I hereby certify that a copy of the foregoing Privilege Log was mailed, postage prepaid, this 13th day of May, 2008, as follows:

**Christine Alvarez**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Cara Ciuffani**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Kim Conroy**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
NY, NY 10019

**Seth Davis**
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

**Gary W. Dunn**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Matthew B. Kirsner**
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

**Noelle Kowalczyk**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Michael K. Marran**
P.O. Box 6067
321 South Main St.
Suite 200
Providence, RI 02940-6067

**Andrew G. Mauck**
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

**Samuel K. Moore**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Jennifer B. Schwarz**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
NY, NY 10019

By /s/ Mark T. Reynolds
Mark T. Reynolds

493249